**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Mulford Construction Co., Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 52-1078929 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 171 Skipjack Road | |
| Prince Frederick, MD 20678 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Calvert | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.mulfordconstruction.com |

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Mulford Construction Co., Inc.                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**      A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____2389_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check **all** that apply*:

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   __Mulford Construction Co., Inc._____     Case number (*if known*) _____
　　　　　Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50　million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☒ $10,000,001 - $50　million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Mulford Construction Co., Inc.                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 27, 2026
                 MM / DD / YYYY

**X** /s/  Kurt Fowler                                    Kurt Fowler
Signature of authorized representative of debtor           Printed name

Title     CEO

**18. Signature of attorney**

**X** /s/ Dennis Shaffer                                  Date   March 27, 2026
Signature of attorney for debtor                                  MM / DD / YYYY

Dennis Shaffer 25680
Printed name

Tydings Rosenberg LLP
Firm name

One East Pratt Street, #901
Baltimore, MD 21202
Number, Street, City, State & ZIP Code

Contact phone    (410) 752-9752       Email address   dshaffer@tydings.com

25680 MD
Bar number and State

## CERTIFICATE OF RESOLUTIONS

The undersigned, being duly designated Chief Executive Officer of **MULFORD CONSTRUCTION CO., INC.;** a Maryland corporation (the "Company" or "Mulford"), hereby certifies the following:

1.      The undersigned is the sole shareholder and Chief Executive Officer (the "CEO") of the Company.

2.      There being no Board of Directors, and with the sole authority to adopt these resolutions being with the CEO, the following resolutions were unanimously adopted by the CEO:

> **WHEREAS**, the Board believes it is in the best interest of the Company to seek protection under Chapter 11 of the United States Bankruptcy Code in order to reorganize the business affairs of the Company; and accordingly, it is hereby

> **RESOLVED**:   That the Company is hereby authorized and directed to seek protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland; and it is

> **FURTHER RESOLVED**: That the Company is authorized to retain, employ, and compensate the firm of Tydings & Rosenberg LLP as the Company's counsel in connection with the bankruptcy filing; and it is

> **FURTHER RESOLVED**: That the Company, is authorized to retain, employ, and compensate Traxi, LLC as its financial advisor as the Company's advisor in connection with the bankruptcy filing; and it is

> **FURTHER RESOLVED**:   That in order to perform the Company's obligations in connection with the bankruptcy filing, the Board hereby authorizes and directs Kurt M. Fowler, the Company's Chief Executive Officer, as the authorized representative of the Company (the "Authorized Representative") to execute and deliver on behalf of the Company all instruments and documents and take all action which he deems necessary, advisable, necessary and proper; and it is

> **FURTHER RESOLVED**:   That the Authorized Representative, in furtherance of his duties on behalf of the Company in furtherance of the bankruptcy filing, may appoint and/or utilize other Company employees or representatives to effectuate actions necessary thereto; and it is

> **FURTHER RESOLVED**:   That to induce any party to rely thereon, Kurt M. Fowler, be and he is hereby authorized and empowered to certify a copy of these resolutions and may consider him to remain in his capacity as such and the resolutions to remain in full force and effect until written notice to the contrary shall be received from him.

6540969.1

- 2 -

3.      The foregoing resolutions have not been amended, rescinded or modified and are in full force and effect on the date hereof; and

4.      The principal place of business of the Company is 171 Skipjack Rd Prince Frederick, MD 20678.

IN WITNESS WHEREOF, the Clerk has caused this instrument to be properly executed and sealed as of this **27th** day of March, 2026.

WITNESS:

_____

**MULFORD  CONSTRUCTION  CO.,  INC.;  a Maryland corporation**

By:_____(SEAL)

Kurt M. Fowler

Chief Executive Officer and Sole Shareholder

6540969.1

- 2 -

**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 27, 2026     **X** /s/   Kurt Fowler
                                       Signature of individual signing on behalf of debtor

                                       Kurt Fowler
                                       Printed name

                                       CEO
                                       Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Mulford Construction Co., Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amrize Mid-Atlantic Inc. 6400 Golden Triangle Dr #400 Greenbelt     , MD 20770 | | Trade Debt | | | | $167,704.79 |
| Caterpillar Financial Services Corp 2120 West End Ave Nashville, TN 37203 | | Trade Debt | | | | $217,558.63 |
| Chaney Enterprises P.O. Box 824896 Philadelphia     , PA 19182 | | Trade Debt | | | | $540,359.18 |
| Contractors Precast Corp 3200 Patuxent River Rd. Davidsonville     , MD 21035 | | Trade debt | | | | $212,126.14 |
| Core & Main LP PO Box 28330 St Louis     , MO 63146 | | Trade debt | | | | $448,596.83 |
| Gradeline Construction Co. Inc PO Box 374 Brooklandville     , MD 21022 | | Trade debt | | | | $245,465.24 |
| Griffith Energy Job Site Griffith Energy Services, Inc. 6996 Columbia Gateway Dr. Columbia     , MD 21046 | | Trade debt | | | | $177,286.55 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Mulford Construction Co., Inc.                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hawkins Erosion Control, LLC 4175 Harrisville Rd Mount Airy    , MD 21771 | | Trade debt | | | | $207,075.20 |
| Internal Revenue Service Centralized Insolvency Oper. P.O. Box 7346 Philadelphia, PA 19101-7346 | | Tax Liability | | | | $407,096.73 |
| Iron Sheepdog Inc PO Box 541056 Dept 99 Atlanta    , GA 30353 | | Trade debt | | | | $699,503.96 |
| James River Equipment P.O. Box 745475 Atlanta    , GA 30374 | | Trade debt | | | | $282,436.83 |
| Jesco Equipment Company Inc 1260 Centennial Ave Piscataway    , NJ 18854 | | Trade debt | | | | $308,532.49 |
| John Deere Financial, F.S.B. 8102 Excelsior Dr. Madison, WI 53717 | | Trade debt | | | | $1,722,246.47 |
| Kinsley Construction PO Box 2886 York    , PA 17405 | | Trade debt | | | | $170,220.00 |
| Maine Drilling & Blasting, Inc 542 Brunswick Avenue P.O. Box 1140 Gardiner    , ME 44345 | | Trade debt | | | | $546,074.40 |
| Pioneer Paving LLC 1675 Dennings Road New Windsor    , MD 21776 | | Trade debt | | | | $434,585.84 |
| Sunbelt Rentals PO Box 409211 Atlanta    , GA 30384 | | Trade debt | | | | $175,319.63 |
| TrenchTech, Inc. 11217 Maryland Ave Beltsville    , MD 20705 | | Trade debt | | | | $222,074.78 |

Debtor   Mulford Construction Co., Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Washington Winwater 3137 Pennsy Drive, Unit C Hyattsville     , MD 20785 | | Trade debt | | | | $192,545.79 |
| WG Construction Company, Inc. 9251 Industrial Court Manassas     , VA 20109 | | Trade debt | | | | $297,700.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re    Mulford Construction Co., Inc.                                    Case No.
                                                    Debtor(s)           Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kurt Fowler<br>171 Skipjack Road<br>Prince Frederick, MD 20678 | Shares of Stock | | 100 % Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 27, 2026                              Signature   /s/  Kurt Fowler
                                                              Kurt Fowler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maryland

In re    Mulford Construction Co., Inc.                 Case No. _____

                                   Debtor(s)    Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐ **FLAT FEE**

         For legal services, I have agreed to accept ...................................................................    $ _____

         Prior to the filing of this statement I have received .......................................................    $ _____

         Balance Due .....................................................................................................    $ _____

     ☒ **RETAINER**

         For legal services, I have agreed to accept and received a retainer of...........................    $            100,000.00

         The undersigned shall bill against the retainer at an hourly rate of...............................    $            500.00
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    $ 1,738.00    of the filing fee has been paid.

3. The source of the compensation paid to me was:

         ☒ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

         ☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [List other services that counsel has agreed to provide]
         Representation of Debtor in all aspects of bankruptcy case on an hourly basis. All post-petition fees are subject to approval by Bankruptcy Court.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re      Mulford Construction Co., Inc.                                    Case No. _____

                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| March 27, 2026 | /s/ Dennis Shaffer |
| *Date* | Dennis Shaffer 25680 |
| | *Signature of Attorney* |
| | Tydings Rosenberg LLP |
| | One East Pratt Street, #901 |
| | Baltimore, MD 21202 |
| | (410) 752-9752   Fax: |
| | dshaffer@tydings.com |
| | *Name of law firm* |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No.** |
| **Debtor.** | |

## SUPPLEMENT TO DISCLOSURE OF
## <u>COMPENSATION OF ATTORNEY FOR DEBTOR</u>

Undersigned proposed counsel for the Debtor hereby supplements its disclosure on Form 2030 with respect to compensation received in relation to its representation of the above-captioned Debtor.

| | |
|---|---|
| Retainer Received | $125,000.00 |
| Pre-petition fees | $25,000.00 |
| Filing fee | $1,738.00 |
| Remaining Retainer Balance | $98,262.00 |

Dated: March 27, 2026

Respectfully submitted,

**TYDINGS & ROSENBERG LLP**

<u>/s/ Dennis J. Shaffer</u>
Richard L. Costella (Bar No. 14095)
Dennis J. Shaffer (Bar No. 25680)
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone:  (410) 752-9700
Email: rcostella@tydings.com
      dshaffer@tydings.com

*Proposed Counsel to Mulford Construction Co., Inc., Debtor and Debtor in Possession*

6541596.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| **MULFORD CONSTRUCTION CO., INC.,** | Case No. |
| Debtor. | |

**DEBTOR'S NOTICE OF APPLICATION OF COMPLEX**
**CHAPTER 11 CASE PROCEDURES**

The Complex Chapter 11 case Procedures established by Local Bankruptcy Rule 1002-3

apply to the above captioned case for the following reason:

I.    Mandatory application of the Complex Chapter 11 Case Procedures (Check all that apply):

    **X**    The debtor, including affiliates, if any, has liabilities of at least $10 million (US).

    **X**    More than fifty (50) creditors, including creditors of the debtor's affiliates, are listed in the debtor's schedules.

    ☐    A portion of the debt or equity securities of the debtor or any one of the affiliated debtors is publicly traded.

II.    Voluntary election to proceed under the Complex Chapter 11 Case Procedures:

    ☐    The debtor does not satisfy any of the three (3) criteria set forth in Section I herein but nevertheless elects to proceed under the Complex Chapter 11 Case Procedures.

Dated: March 27, 2026        Respectfully submitted,

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone (410) 752-9700
Email:  rcostella@tydings.com
        dshaffer@tydings.com

*Proposed counsel to Mulford Construction Co., Inc.*
*Debtor and Debtor-in-Possession*

# United States Bankruptcy Court
### District of Maryland

In re    Mulford Construction Co., Inc.                                      Case No.
                                                    Debtor(s)         Chapter         11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      March 27, 2026                          /s/  Kurt Fowler
                                                    Kurt Fowler/CEO
                                                    Signer/Title

A Plus Paving & Concrete
5545 Woodridge Drive
Waldorf    , MD 20601


A.C. Miller
Concrete Products
P.O. Box 199
Spring City    , PA 19475


AGGDIRECT
10610 RHODE ISLAND AVE #301
BELTSVILLE    , MD 20705


Ally Financial Services, Inc.
500 Woodward Ave
Floor 10
Detroit, MI 48226


Alpha Space Control Company
ATTN: Right Traffic AR
1200 Sharon Road Suite 1
Beaver    , PA 15009


Always Ready Construction
AmeriFactors
P.O. Box 628328
Orlando    , FL 32862


Amrize Mid-Atlantic Inc.
6400 Golden Triangle Dr #400
Greenbelt    , MD 20770


Anne Arundel County
Finance Dept.
PO Box 2700
Annapolis    , MD 21401


Antonio's Trucking, Inc.
7202 Montevideo Road
Jessup    , MD 20794

Antron Corporation
108 Ridgewood Road
Baltimore    , MD 21210


APF Construction Co., Inc.
20475 Point Lookout Rd
Great Mills    , MD 20634


Atlantic Sweeping and Clearing
PO Box 220099
Chantilly    , VA 20153


Blade Funding Ince
1 Whispering Pines Lane
Lakewood, NJ 08701


Bowen & Kron Enterprises, Inc.
9315 Pulaski Highway
Baltimore    , MD 21220


Brandywine Rentals
PO Box 68
Brandywine    , MD 20613


C Wood Trucking, LLC
124 Park Road
Pasadena    , MD 21122


C.I. Woodworking, Inc.
P.O. Box 59
Cobb Island    , MD 20625


Calvert County - PP
Personal Property Division
PO Box 2909
PrinceFrederick    , MD 20678

Calvert Utilities
8184 Telegraph Road
Severn    , MD 21144


Canhelco
111 Kingsley Rd., SW
Vienna    , VA 22180


Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102


CareFlex Benefit Solutions
205 West Dares Beach Rd.
PrinceFrederick    , MD 20678


Caron East Inc.
PO Box 1378
Cumberland    , MD 21501


Carter Machinery
Box 64251
Baltimore    , MD 21264


CAT CARD
PO BOX 735638
DALLAS    , TX 75373


Caterpillar Financial Services Corp
2120 West End Ave
Nashville, TN 37203


CFC Security, Inc. dba Solis
300 E Highland Mall Blvd
300
Austin    , TX 78752

Chaney Enterprises
P.O. Box 824896
Philadelphia    , PA 19182


Chesapeake Environmental Mat.L
171 Skipjack Rd
Prince Frederick    , MD 20678


Chip's Transport
5611 Solomons Island Road
Huntingtown    , MD 20639


CHS Traffic Control Serv., Inc
5397 Argo Drive
Frederick    , MD 21703


CJ Miller, LLC
3514 Basler Road
Hampstead    , MD 21074


CMR Claims Department
PO Box 60553
Oklahoma City    , OK 73146


Coffman Recycling Center, Inc.
PO Box 5292
Laytonsville    , MD 20882


Colliflower
P.O Box 826398
Philadelphia    , PA 19182


Comcast Cable
PO Box 3005
Southeastern    , PA 19398

Commercial Credit Group Inc.
525 North Tryon Street
Suite 1000
Charlotte, NC 28202


Comptroller of Maryland
Bankruptcy Unit  Room 409
301 W. Preston Street Baltimore, MD 2120


Concrete Safety Systems
PO Box 300
Midland    , VA 22728


ConstructConnect aka Planswift
3825 Edwards Road
Cincinnati    , OH 45209


Contractors Precast Corp
3200 Patuxent River Rd.
Davidsonville    , MD 21035


Core & Main LP
PO Box 28330
St Louis    , MO 63146


Cox Automotive Mobility
7717 Solution Center
Chicago    , IL 60677


CPE, Inc.
PO Box 658
Jessup    , MD 20794


Crepeau Mourges
1344 Ashton Road
Suite 110
Hanover    , MD 21076

CS Disco, Inc.
P.O. Box 737106
Dallas    , TX 75373


D&D Tire Co., Inc.
4919 Kenilworth Ave
Hyattsville    , MD 20781


Department of the Treasury
Internal Revenue Service
Ogden    , UT 84201


DiCarlo Precision Instrument
2006 Northwood Dr.
Saliisbury    , MD 21801


Digital Protection Srvcs, Inc.
520 McCormick Drive, Suite A
Glen Burnie    , MD 21061


Dot Diamond Core Drilling, Inc
780 Sugar Lane, PO Box 683
Elyria    , OH 44035


ECS MID ATLANTIC LLC
PO BOX 604391
CHARLOTTE    , NC 28260


Ed's Plant World
11811 Branch Avenue
Brandywine    , MD 20613


EJ USA, Inc.
PO Box 644873
Pittsburgh    , PA 15264

Encore Business Sytems, Inc.
P.O. Box 1690
Edgewater    , MD 21037


Eureka Concrete Const., Inc.
7840 Cessna Ave., Suite D
Gaithersburg    , MD 20879


EyeMed
Fidelity Security Life Insuranc C
P.O. Box 632530
Cincinnati    , OH 45263


FedEx
P.O. Box 371461
Pittsburgh, PA 15250


Ford Motor Credit Company LLC
One American Road
Dearborn, MI 48126


FORTILINE WATERWORKS
PO Box 744053
ATLANTA    , GA 30374


Fox Capital Partners, LLC
285 Kappa Drive
Suite 120 Pittsburgh, PA 15238


Francis. O Day Co., Inc.
850 E. Gude Drive
Suite A
Rockville    , MD 20850


Frederick Brick Works, Inc.
PO Box 505
Frederick    , MD 21705

FrederickTowne Labs, Inc.
Accounts Receivable
P.O. Box 245
Myersville    , MD 21773

FSM, Inc.
P.O. Box 1908
Frederick    , MD 21702

FW Fleet Clean, LLC
P.O. Box 25568
New York, NY 10087

Gardner Road Associates, LLC
12150 TAC Court
Manassas    , VA 20109

General Motors Financial Company, Inc.
801 Cherry St
Suite 3500
Fort Worth, TX 76102

Geo-Technology Associates
3445 Box Hill Corp. Center Drive
Suite A
Abingdon    , MD 21009

Global Green Recycling LLC
5900 Sheriff Road
Capitol Heights    , MD 20743

GMC Contractors, Inc.
8213 Jumpers Hole RD, Suite 101
Millersville    , MD 21108

Gradeline Construction Co. Inc
PO Box 374
Brooklandville    , MD 21022

Griffith Brothers, Inc.
3004 Fallston Road
Fallston    , MD 21047


Griffith Energy Job Site
Griffith Energy Services, Inc.
6996 Columbia Gateway Dr.
Columbia    , MD 21046


Griffith Energy Yard
Griffith Energy Services, Inc.
6996 Columbia Gateway Dr.
Columb    , MD 21046


H. Frank Foland & Son, Inc.
1525 Tilco Drive Unit C
Frederick    , MD 21704


Hale Trailer
P.O. Box 1400
Voorhees    , NJ 18043


Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson    , MD 21204


Hawkins Erosion Control, LLC
4175 Harrisville Rd
Mount Airy    , MD 21771


Heavy Construction
Systems Specialists
13151 W. Airport Blvd.
Sugar Land    , TX 77478


Heidelberg Materials US, Inc.
300 E John Carpenter Freeway
Irving, TX 75062

```
Hilltop Signs & Graphics
43935 Commerce Ave
Building A, Unit 3 & 4
Hollywood    , MD 20636


Home Land Labs
1220 E Joppa Rd #C505
Towson    , MD 21286


INTEGRIS LLC
PO BOX 674539
Dallas    , TX 75267


Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 7346 Philadelphia, PA 19101-734


Intyllus Advisors, LLC
6021 University Blvd
Suite 470
Ellicott City    , MD 21043


Inwood Quarry
PO Box 65
Inwood    , WV 25428


Iron Sheepdog Inc
PO Box 541056 Dept 99
Atlanta    , GA 30353


J&B Fabricators, LLC
28685 Earth Lite Rd.
Wye Mills    , MD 21679


James River Equipment
P.O. Box 745475
Atlanta    , GA 30374
```

Jesco Equipment Company Inc
1260 Centennial Ave
Piscataway    , NJ 18854


John Deere Financial, F.S.B.
8102 Excelsior Dr.
Madison, WI 53717


Kelley's Trucking
11419 Eastern Avenue
Baltimore    , MD 21220


Kinsley Construction
PO Box 2886
York    , PA 17405


Landscape Supply, Inc.
2501 Oak Lake Blvd
Midlothian    , VA 23112


Lane Enterprises Inc.
275 Grandview Avenue Ste 300
Camp Hill    , PA 17011


Level Land Inc.
PO Box 100
Lisbon    , MD 21704


Lifetime Funding LLC
585 Stewart Avenue
Suite L90 Garden City, NY 11530


Linear Surveys Inc.
42120 St. Andrews Church Road
Leonardtown    , MD 20650

Luna Concrete Inc.
11011 Lahnam Severn Road
Glenn Dale    , MD 20769


M&T Equipment Finance Corporation
1300 Post Oak Blvd
Suite 1300
Houston, TX 77056


Magstone LLC
PO Box 576
Union Bridge    , MD 21791


Maine Drilling & Blasting, Inc
542 Brunswick Avenue
P.O. Box 1140
Gardiner    , ME 44345


Martin Marietta
PO Box 30013
Raleigh    , NC 27622


Martin Safety Solutions, LLC
7882 Brighton Court
Pasadena    , MD 21122


Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202


Maryland Newsletters
PO Box 1358
Olney    , MD 20830


Mega Tap, Inc.
PO Box 301
Myersville    , MD 21773

Meged Funding Group
108 W 39th Street
Suite 1006 #2171 New York, NY 10018


Mid Atlantic Deck & Fence Co
800 Route 3 South
Gambrills    , MD 21054


Mid-Atlantic Waste
THC Enterprises, Inc.
P.O. Box 735343
Chicago    , IL 60673


Minority Environmental
Solutions and Services, LLC
1575 Postal Rd Unit 147
Chester    , MD 21619


Mintek Resources, Inc.
PO Box 715090
Cincinnati    , OH 45271


MRB Enterprise Inc.
5727 Indian Court
Alexandria    , VA 22303


Mulford Industrial LLC
171 Skipjack Road
Prince Frederick, MD 20678


Mullen's Markings
16177 Marathon Drive
Culpeper    , VA 22701


MullerErosionSiteServices, Inc
1910 Association Drive
Reston    , VA 20191

```
Office of Attorney General
300 W. Preston Street
Suite 302 Baltimore, MD 21201


PINEY RECLAMATION
12065 FORGOTTEN FARM PLACE
WALDORF    , MD 20602


Pioneer Paving LLC
1675 Dennings Road
New Windsor    , MD 21776


Piping & Corrosion Specialties
8371 Jumpers Hole Rd
Millersville    , MD 21108


Pirtek
9213 Hampton Overlook
Capitol Heights    , MD 20743


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh    , PA 15250


POOLESVILLE AUTO BODY
19920 FISHER AVE
POOLESVILLE    , MD 20837


Prince George's County - PP
PO Box 17578
Baltimore    , MD 21297


Principal Dental
Principal Life Insurance Company
PO Box 77202
Minneapolis    , MN 55480
```

Priority Construction Corp.
1315 W. Hamburg Street
Baltimore    , MD 21230


Randall-Reilly LLC
d/b/a Fusable
P.O. Box 2029 Tuscaloosa, AL 35403


Rinker Materials
PO Box 936217
Atlanta    , GA 31193


Robert F. Beall & Sons Inc.
8795 Veterans Highway
Millersville    , MD 21108


Roche Brothers, Inc.
5304 Kings Ct
Frederick    , MD 21703


Rocket Capital Management, LLC
319 Barry Avenue
Wayzata, MN 55391


Rose Financial Group, LLC
6602 East 75th Street, Suite 200
Indianapolis    , IN 46250


Rotondo Environmental Solution
2560 Huntington Avenue
Suite 303
Alexandria    , VA 22303


Roy's Quality Car Care
400 S Cannon Avenue
Hagerstown    , MD 21740

Ruhlman Bros. Inc.
65 Musselman Rd
Hanover    , PA 17331


Sage Const. & Real Estate Form
PO Box 230578
Portland    , OR 97281


Securities & Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Rd. NE Suite 900 Atla


Service Tire Truck Centers,Inc
2255 Avenue A
Bethlehem    , PA 18017


Sitech Chesapeake, LLC
12011 Guilford Road, Suite 109
Annapolis Junction    , MD 20701


SMECO
PO Box1937
Hughesville    , MD 20637


Snyder Environmental Serv, Inc
270 Industrial Blvd.
Kearneysville    , WV 25430


Southern MD Hydraulics, Inc.
18-G Irongate Drive
Waldorf    , MD 20602


St. John Properties, Inc.
c/o M&T Bank
Box 62707, 1800 Washington Blvd
Baltimore    , MD 21264

Start Safety, LLC.
14930 Main St.
Upper Marlboro    , MD 20772


Strittmatter Materials
Renard Lakes Holdings, LLC
9102 Owens Drive
Manassas Park    , VA 20111


Stuart M Perry Inc.
117 Limestone Lane
Winchester    , VA 22602


Sun Recycling
6305 Ivy Lane #520
Greenbelt    , MD 20770


Sunbelt Rentals
PO Box 409211
Atlanta    , GA 30384


T&T Sweeping & Port-O-Let Serv
PO Box 70
Clements    , MD 20624


Taylor Oil Company
77 Second Street
PO Box 974
Somerville    , NJ 38876


The Rigging Box Inc
8184 Newington Rd
Lorton    , VA 22079


Three Mules Welding Supply
28827 Three Notch Rd.
Mechanicsville    , MD 20659

Timmons Group, Inc.
1001 Boulders Pkwy
Suite 300
Richmond    , VA 23225


Topcon Solutions
PO Box 412798
Boston    , MA 12241


TrenchTech, Inc.
11217 Maryland Ave
Beltsville    , MD 20705


U.S. Attorney - District of MD
36 S. Charles Street
4th Floor Baltimore, MD 21201-3020


UBEO, LLC
PO Box 791790
Baltimore    , MD 21279


Ultra Towing & Transport
3340 Leonardtown Road
Waldorf    , MD 20601


United Rentals, Inc.
PO Box 100711
Atlanta    , GA 30384


Verizon Connect
P.O. Box 844183
Los Angeles    , CA 90084


Verizon Wireless
P.O. Box 25505
Lehigh, PA 18002-5505

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, NC 27409


Washington Winwater
3137 Pennsy Drive, Unit C
Hyattsville    , MD 20785


WB Waste Solutions
1701 Olive Street
Capital Heights   , MD 20743


WeCare Denali
PO Box 746463
Atlanta    , GA 30374


WG Construction Company, Inc.
9251 Industrial Court
Manassas    , VA 20109


White Glove Drug
Alcohol Testing, Inc.
537 Ritchie Highway Suite 2E
Severna Park   , MD 21146


Williams Scotsman
901 South Bond Street, Suite 600
Baltimore, MD 21231


WL Construction & Paving Inc
P.O. Box 339
Stephenson    , VA 22656


Yellow Iron Parts & Srvc, LLC
4305 Jericho Rd
Ruther Glen   , VA 22546

# United States Bankruptcy Court
## District of Maryland

In re   Mulford Construction Co., Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Mulford Construction Co., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 27, 2026

Date

/s/ Dennis Shaffer

Dennis Shaffer 25680

Signature of Attorney or Litigant

Counsel for   Mulford Construction Co., Inc.

Tydings Rosenberg LLP

One East Pratt Street, #901
Baltimore, MD 21202
(410) 752-9752  Fax:
dshaffer@tydings.com