# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **26–13271 – LSS**   Chapter: **11**

**Mulford Construction Co., Inc.**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:                                **Voluntary Petition**

PROBLEM:                                 **The following pleadings are missing.**

CURE:                                    **All of these pleadings must be filed by the date shown below.**

**Schedules A–H due 04/10/2026**
**Declaration for Schedules due 04/10/2026**
**Summary of Assets and Liab. due 04/10/2026**
**Stmt. of Fin. Affairs due 04/10/2026**

CONSEQUENCE:                             **If the problem is not cured by the date below,**
**YOUR CASE WILL BE DISMISSED WITHOUT A**
**HEARING.**

This notice is issued pursuant to:      **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by <u>4/10/26</u>.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 3/31/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, C Paige
410–962–4434

cc:   Debtor
Attorney for Debtor – Dennis J. Shaffer

Form ntcddl (03/05)