**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-13271 |
| MULFORD CONSTRUCTION CO., INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Shanna M. Kaminski of Kaminski Law, PLLC appears as counsel for Meged Funding Group, and, pursuant to Fed. R. Bankr. P. 2002 and 9010, requests that all notices given or required to be given in the above case be given to and served upon:

Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects any party in interest, creditor, the Debtor, Debtor-in-Possession, or property of the Debtor or Debtor-in-Possession.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Meged Funding Group's right (1) to have final orders in non-core

matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Meged Funding Group is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which Meged Funding Group, expressly reserves.

Dated: March 31, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

__*/s/ Shanna M. Kaminski*_____

SHANNA M. KAMINSKI
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

*Attorneys for Meged Funding Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| MULFORD CONSTRUCTION CO., INC., | ) | Case No. 26-13271 |
| Debtor. | ) | Chapter 11 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 31, 2026, a true and correct copy of the Notice of Appearance and Request for Notice was served via the CM/ECF system, which sent a notice of electronic filing to all interested parties receiving service electronically through the CM/ECF system as reflected on the attached Notice of Electronic Filing.

Dated: March 31, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*

SHANNA M. KAMINSKI
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

*Attorneys for Meged Funding Group*