# Exhibit A

6542287.1

| Employee | Period Begin Date | Period End Date | Gross Pay | Miscellaneous Deductions | Employee Taxes | Net Pay | Fringes | Employer Taxes |
|---|---|---|---|---|---|---|---|---|
| 1 | 3-22-2026 | 3-28-2026 | 1,404.00 | 0 | 291.31 | 1,112.69 | 128.51 | 107.41 |
| 2 | 3-22-2026 | 3-28-2026 | 1,282.51 | 0 | 194.95 | 1,087.56 | 122.03 | 98.11 |
| 3 | 3-22-2026 | 3-28-2026 | 1,144.00 | 0 | 212.10 | 931.90 | 103.44 | 87.52 |
| 4 | 3-22-2026 | 3-28-2026 | 1,648.75 | 0 | 380.88 | 1,067.87 | 137.86 | 110.83 |
| 5 | 3-22-2026 | 3-28-2026 | 1,208.00 | 0 | 231.17 | 776.83 | 106.41 | 77.12 |
| 6 | 3-22-2026 | 3-28-2026 | 1,469.00 | 0 | 314.76 | 994.24 | 125.35 | 100.14 |
| 7 | 3-22-2026 | 3-28-2026 | 4,519.23 | 180.77 | 1,342.17 | 2,996.29 | 774.46 | 345.72 |
| 8 | 3-22-2026 | 3-28-2026 | 2,300.00 | 9.74 | 688.71 | 1,601.55 | 337.38 | 175.21 |
| 9 | 3-22-2026 | 3-28-2026 | 2,115.39 | 84.62 | 450.57 | 1,849.43 | 298.45 | 161.83 |
| 10 | 3-22-2026 | 3-28-2026 | 814.00 | 0 | 139.15 | 674.85 | 85.32 | 62.26 |
| 11 | 3-22-2026 | 3-28-2026 | 1,161.00 | 0 | 178.28 | 982.72 | 115.57 | 88.81 |
| 12 | 3-22-2026 | 3-28-2026 | 1,245.00 | 0 | 174.55 | 1,070.45 | 68.79 | 95.24 |
| 13 | 3-22-2026 | 3-28-2026 | 1,560.39 | 62.42 | 325.12 | 1,172.85 | 220.14 | 119.38 |
| 14 | 3-22-2026 | 3-28-2026 | 2,285.00 | 123.00 | 642.52 | 1,519.48 | 322.37 | 174.13 |
| 15 | 3-22-2026 | 3-28-2026 | 1,850.00 | 0 | 389.29 | 1,460.71 | 271.34 | 141.53 |
| 16 | 3-22-2026 | 3-28-2026 | 903.00 | 0 | 202.19 | 700.81 | 89.89 | 82.63 |
| 17 | 3-22-2026 | 3-28-2026 | 1,380.00 | 33.23 | 315.50 | 1,031.27 | 133.29 | 103.85 |
| 18 | 3-22-2026 | 3-28-2026 | 670.00 | 0 | 102.58 | 447.42 | 64.21 | 44.64 |
| 19 | 3-22-2026 | 3-28-2026 | 2,285.00 | 0 | 435.31 | 1,849.69 | 335.15 | 174.81 |
| 20 | 3-22-2026 | 3-28-2026 | 1,249.00 | 0 | 257.74 | 831.26 | 117.51 | 83.31 |
| 21 | 3-22-2026 | 3-28-2026 | 1,068.00 | 9.74 | 158.00 | 900.26 | 104.58 | 80.96 |
| 22 | 3-22-2026 | 3-28-2026 | 1,036.00 | 0 | 67.03 | 808.97 | 92.27 | 67.03 |
| 23 | 3-22-2026 | 3-28-2026 | 1,036.00 | 0 | 146.65 | 729.35 | 92.25 | 67.01 |
| 24 | 3-22-2026 | 3-28-2026 | 1,421.90 | 92.31 | 303.61 | 1,025.98 | 140.52 | 108.77 |
| 25 | 3-22-2026 | 3-28-2026 | 2,908.50 | 233.82 | 920.84 | 1,763.84 | 283.87 | 221.55 |
| 26 | 3-22-2026 | 3-28-2026 | 927.50 | 0 | 168.88 | 758.62 | 98.67 | 70.95 |
| 27 | 3-22-2026 | 3-28-2026 | 1,182.75 | 0 | 264.57 | 918.18 | 65.36 | 90.48 |
| 28 | 3-22-2026 | 3-28-2026 | 890.00 | 0 | 164.06 | 605.94 | 81.93 | 58.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | 3-22-2026 | 3-28-2026 | 1,328.00 | 0 | 321.86 | 1,006.14 | 73.38 | 101.58 |
| 30 | 3-22-2026 | 3-28-2026 | 1,058.00 | 0 | 144.05 | 913.95 | 102.21 | 80.95 |
| 31 | 3-22-2026 | 3-28-2026 | 1,150.00 | 0 | 183.00 | 807.00 | 104.51 | 75.73 |
| 32 | 3-22-2026 | 3-28-2026 | 1,092.00 | 0 | 132.34 | 959.66 | 67.97 | 83.53 |
| 33 | 3-22-2026 | 3-28-2026 | 1,262.25 | 0 | 161.20 | 1,101.05 | 120.86 | 96.57 |
| 34 | 3-22-2026 | 3-28-2026 | 1,023.50 | 0 | 151.58 | 871.92 | 100.21 | 78.30 |
| 35 | 3-22-2026 | 3-28-2026 | 2,300.00 | 0 | 512.65 | 1,787.35 | 337.38 | 175.95 |
| 36 | 3-22-2026 | 3-28-2026 | 1,246.00 | 44.82 | 365.02 | 836.16 | 151.97 | 94.58 |
| 37 | 3-22-2026 | 3-28-2026 | 1,923.20 | 383.11 | 504.67 | 1,035.42 | 337.17 | 145.01 |
| 38 | 3-22-2026 | 3-28-2026 | 1,276.00 | 0 | 231.63 | 884.37 | 117.81 | 85.37 |
| 39 | 3-22-2026 | 3-28-2026 | 1,545.76 | 100.00 | 308.18 | 1,137.58 | 136.13 | 118.26 |
| 40 | 3-22-2026 | 3-28-2026 | 1,569.50 | 0 | 298.24 | 1,071.26 | 138.72 | 104.77 |
| 41 | 3-22-2026 | 3-28-2026 | 1,421.00 | 0 | 395.77 | 1,025.23 | 133.29 | 108.72 |
| 42 | 3-22-2026 | 3-28-2026 | 855.25 | 0 | 103.33 | 591.92 | 80.54 | 53.18 |
| 43 | 3-22-2026 | 3-28-2026 | 1,248.00 | 0 | 173.38 | 1,074.62 | 114.24 | 95.46 |
| 44 | 3-22-2026 | 3-28-2026 | 960.00 | 0 | 105.00 | 695.00 | 87.12 | 61.20 |
| 45 | 3-22-2026 | 3-28-2026 | 2,115.38 | 14.81 | 317.61 | 1,956.04 | 228.63 | 161.82 |
| 46 | 3-22-2026 | 3-28-2026 | 1,875.00 | 27.74 | 450.64 | 1,396.62 | 275.01 | 141.31 |
| 47 | 3-22-2026 | 3-28-2026 | 1,391.00 | 0 | 263.82 | 1,127.18 | 125.73 | 106.40 |
| 48 | 3-22-2026 | 3-28-2026 | 895.00 | 0 | 98.94 | 636.06 | 86.54 | 56.23 |
| 49 | 3-22-2026 | 3-28-2026 | 1,519.38 | 144.23 | 365.38 | 1,009.77 | 145.52 | 116.23 |
| 50 | 3-22-2026 | 3-28-2026 | 1,104.00 | 0 | 136.75 | 967.25 | 106.63 | 84.46 |
| 51 | 3-22-2026 | 3-28-2026 | 981.75 | 0 | 146.66 | 835.09 | 94.01 | 75.11 |
| 52 | 3-22-2026 | 3-28-2026 | 1,096.51 | 23.06 | 207.44 | 866.01 | 109.15 | 82.12 |
| 53 | 3-22-2026 | 3-28-2026 | 936.00 | 0 | 96.86 | 839.14 | 98.81 | 71.60 |
| 54 | 3-22-2026 | 3-28-2026 | 961.54 | 48.08 | 207.47 | 705.99 | 135.65 | 73.56 |
| 55 | 3-22-2026 | 3-28-2026 | 1,358.00 | 69.48 | 279.81 | 808.71 | 155.86 | 88.59 |
| 56 | 3-22-2026 | 3-28-2026 | 3,846.15 | 37.16 | 824.35 | 3,156.18 | 417.61 | 294.24 |
| 57 | 3-22-2026 | 3-28-2026 | 2,925.00 | 62.61 | 780.00 | 2,082.39 | 457.89 | 221.64 |
| 58 | 3-22-2026 | 3-28-2026 | 1,058.00 | 0 | 149.65 | 908.35 | 102.22 | 80.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | 3-22-2026 | 3-28-2026 | 1,540.00 | 0 | 333.41 | 1,046.59 | 142.04 | 105.57 |
| 60 | 3-22-2026 | 3-28-2026 | 1,104.00 | 0 | 172.87 | 771.13 | 102.77 | 72.22 |
| 61 | 3-22-2026 | 3-28-2026 | 1,168.00 | 0 | 147.73 | 1,020.27 | 122.99 | 89.35 |
| 62 | 3-22-2026 | 3-28-2026 | 696.00 | 0 | 59.06 | 516.94 | 68.20 | 44.06 |
| 63 | 3-22-2026 | 3-28-2026 | 1,951.25 | 0 | 449.56 | 1,501.69 | 173.47 | 149.26 |
| 64 | 3-22-2026 | 3-28-2026 | 1,311.00 | 9.74 | 350.73 | 950.53 | 126.63 | 99.55 |
| 65 | 3-22-2026 | 3-28-2026 | 1,088.00 | 27.70 | 253.25 | 807.05 | 136.19 | 86.88 |
| 66 | 3-22-2026 | 3-28-2026 | 1,334.00 | 0 | 326.65 | 1,007.35 | 128.86 | 102.05 |
| 67 | 3-22-2026 | 3-28-2026 | 2,792.31 | 279.23 | 577.87 | 2,108.29 | 393.93 | 213.61 |
| 68 | 3-22-2026 | 3-28-2026 | 2,884.62 | 159.66 | 980.60 | 1,744.36 | 291.57 | 219.93 |
| 69 | 3-22-2026 | 3-28-2026 | 6,250.00 | 0 | 2,480.22 | 3,769.78 | 808.29 | 478.12 |
| 70 | 3-22-2026 | 3-28-2026 | 988.00 | 0 | 205.19 | 722.81 | 101.04 | 79.33 |
| 71 | 3-22-2026 | 3-28-2026 | 2,700.00 | 334.46 | 618.17 | 1,747.37 | 504.03 | 204.84 |
| 72 | 3-22-2026 | 3-28-2026 | 1,294.50 | 0 | 206.74 | 887.76 | 102.10 | 83.72 |
| 73 | 3-22-2026 | 3-28-2026 | 2,300.00 | 0 | 630.99 | 1,669.01 | 337.38 | 175.95 |
| 74 | 3-22-2026 | 3-28-2026 | 1,393.75 | 0 | 349.11 | 1,044.64 | 146.89 | 106.61 |
| 75 | 3-22-2026 | 3-28-2026 | 1,000.00 | 0 | 183.25 | 656.75 | 89.38 | 64.26 |
| 76 | 3-22-2026 | 3-28-2026 | 3,125.00 | 149.74 | 839.32 | 2,135.94 | 455.88 | 238.32 |
| 77 | 3-22-2026 | 3-28-2026 | 955.00 | 36.60 | 122.89 | 755.51 | 137.87 | 70.00 |
| 78 | 3-22-2026 | 3-28-2026 | 1,739.50 | 0 | 425.52 | 1,313.98 | 176.43 | 133.07 |
| 79 | 3-22-2026 | 3-28-2026 | 2,692.31 | 29.80 | 616.45 | 2,161.44 | 272.13 | 204.51 |
| 80 | 3-22-2026 | 3-28-2026 | 1,750.00 | 27.74 | 243.98 | 1,478.28 | 256.68 | 131.75 |
| 81 | 3-22-2026 | 3-28-2026 | 1,177.00 | 0 | 277.80 | 899.20 | 106.41 | 90.03 |
| 82 | 3-22-2026 | 3-28-2026 | 1,900.00 | 27.74 | 377.90 | 1,494.36 | 278.70 | 143.23 |
| 83 | 3-22-2026 | 3-28-2026 | 725.00 | 0 | 115.58 | 609.42 | 47.33 | 55.46 |
| 84 | 3-22-2026 | 3-28-2026 | 952.00 | 0 | 115.16 | 676.84 | 85.45 | 60.59 |
| 85 | 3-22-2026 | 3-28-2026 | 2,475.00 | 29.82 | 795.35 | 1,649.83 | 291.29 | 188.59 |
| 86 | 3-22-2026 | 3-28-2026 | 840.00 | 0 | 101.10 | 738.90 | 89.39 | 64.26 |
| 87 | 3-22-2026 | 3-28-2026 | 880.00 | 0 | 100.80 | 779.20 | 95.60 | 67.32 |
| 88 | 3-22-2026 | 3-28-2026 | 1,204.00 | 0 | 92.10 | 1,111.90 | 119.84 | 92.10 |

| 89 | 3-22-2026 | 3-28-2026 | 1,110.00 | 298.21 | 256.62 | 555.17 | 143.09 | 84.16 |
|---|---|---|---|---|---|---|---|---|
| 90 | 3-22-2026 | 3-28-2026 | 1,188.00 | 0 | 225.65 | 762.35 | 103.06 | 75.59 |
| 91 | 3-22-2026 | 3-28-2026 | 2,200.00 | 0 | 513.96 | 1,686.04 | 220.17 | 168.30 |
| 92 | 3-22-2026 | 3-28-2026 | 1,430.00 | 9.74 | 229.02 | 1,191.24 | 158.89 | 108.65 |
| 93 | 3-22-2026 | 3-28-2026 | 2,300.00 | 169.36 | 648.02 | 1,482.62 | 429.38 | 175.21 |
| 94 | 3-22-2026 | 3-28-2026 | 2,884.62 | 163.12 | 527.43 | 2,194.07 | 426.95 | 218.55 |
| 95 | 3-22-2026 | 3-28-2026 | 1,168.75 | 0 | 175.55 | 993.20 | 111.92 | 89.41 |
| 96 | 3-22-2026 | 3-28-2026 | 825.00 | 51.93 | 155.14 | 617.93 | 89.03 | 63.11 |
| 97 | 3-22-2026 | 3-28-2026 | 2,086.50 | 51.47 | 589.62 | 1,445.41 | 226.85 | 158.88 |
| 98 | 3-22-2026 | 3-28-2026 | 1,378.77 | 222.83 | 264.40 | 731.54 | 175.02 | 93.23 |
| 99 | 3-22-2026 | 3-28-2026 | 2,600.00 | 0 | 526.67 | 2,073.33 | 381.36 | 198.90 |
| 100 | 3-22-2026 | 3-28-2026 | 1,320.00 | 134.40 | 242.27 | 743.33 | 160.06 | 85.68 |
| 101 | 3-22-2026 | 3-28-2026 | 1,204.00 | 0 | 243.34 | 960.66 | 119.85 | 110.17 |
| 102 | 3-22-2026 | 3-28-2026 | 1,096.51 | 0 | 140.54 | 955.97 | 109.13 | 83.88 |
| 103 | 3-22-2026 | 3-28-2026 | 1,396.00 | 0 | 280.79 | 915.21 | 115.52 | 91.49 |
| 104 | 3-22-2026 | 3-28-2026 | 257.00 | 141.12 | 28.41 | 47.47 | 45.86 | 16.59 |
| 105 | 3-22-2026 | 3-28-2026 | 1,100.00 | 0 | 135.28 | 764.72 | 95.03 | 68.85 |
| 106 | 3-22-2026 | 3-28-2026 | 1,982.50 | 106.18 | 449.18 | 1,427.14 | 242.00 | 149.95 |
| 107 | 3-22-2026 | 3-28-2026 | 1,028.00 | 0 | 124.05 | 703.95 | 87.42 | 63.35 |
| 108 | 3-22-2026 | 3-28-2026 | 1,540.00 | 61.60 | 419.93 | 1,058.47 | 224.91 | 117.81 |
| 109 | 3-22-2026 | 3-28-2026 | 1,952.00 | 0 | 496.00 | 1,456.00 | 199.12 | 149.32 |
| 110 | 3-22-2026 | 3-28-2026 | 1,950.00 | 8.20 | 450.81 | 1,490.99 | 286.02 | 148.55 |
| 111 | 3-22-2026 | 3-28-2026 | 1,519.00 | 0 | 116.20 | 1,402.80 | 142.51 | 116.20 |
| 112 | 3-22-2026 | 3-28-2026 | 1,029.00 | 0 | 155.39 | 873.61 | 96.54 | 94.14 |
| 113 | 3-22-2026 | 3-28-2026 | 1,186.00 | 0 | 144.56 | 841.44 | 105.49 | 75.44 |
| 114 | 3-22-2026 | 3-28-2026 | 1,102.50 | 0 | 127.74 | 974.76 | 103.45 | 84.35 |
| 115 | 3-22-2026 | 3-28-2026 | 2,725.00 | 209.84 | 668.25 | 1,846.91 | 537.55 | 207.72 |
| 116 | 3-22-2026 | 3-28-2026 | 244.00 | 0 | 24.67 | 219.33 | 47.76 | 21.98 |
| 117 | 3-22-2026 | 3-28-2026 | 1,612.50 | 0 | 316.53 | 1,175.97 | 139.21 | 114.17 |
| 118 | 3-22-2026 | 3-28-2026 | 1,900.00 | 0 | 535.80 | 1,364.20 | 278.70 | 145.35 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 119 | 3-22-2026 | 3-28-2026 | 1,580.01 | 0 | 289.29 | 1,090.72 | 142.04 | 105.57 |
| 120 | 3-22-2026 | 3-28-2026 | 1,447.00 | 68.63 | 294.76 | 883.61 | 124.13 | 95.39 |
| 121 | 3-22-2026 | 3-28-2026 | 1,072.50 | 0 | 139.33 | 933.17 | 111.09 | 82.05 |
| 122 | 3-22-2026 | 3-28-2026 | 1,068.00 | 22.38 | 172.80 | 872.82 | 104.58 | 79.99 |
| 123 | 3-22-2026 | 3-28-2026 | 168.00 | 0 | 21.09 | 146.91 | 32.88 | 15.38 |
| 124 | 3-22-2026 | 3-28-2026 | 1,404.00 | 0 | 184.55 | 1,219.45 | 126.89 | 107.41 |
| 125 | 3-22-2026 | 3-28-2026 | 1,900.00 | 76.00 | 513.19 | 1,310.81 | 354.70 | 145.35 |
| 126 | 3-22-2026 | 3-28-2026 | 1,695.00 | 0 | 234.84 | 1,460.16 | 149.98 | 129.67 |
| 127 | 3-22-2026 | 3-28-2026 | 2,400.00 | 124.85 | 418.98 | 1,856.17 | 476.87 | 183.60 |
| 128 | 3-22-2026 | 3-28-2026 | 1,380.00 | 0 | 343.95 | 1,036.05 | 133.30 | 126.27 |
| 129 | 3-22-2026 | 3-28-2026 | 875.00 | 0 | 194.46 | 680.54 | 86.47 | 66.94 |
| 130 | 3-22-2026 | 3-28-2026 | 1,702.75 | 0 | 205.82 | 1,336.93 | 147.73 | 118.02 |
| 131 | 3-22-2026 | 3-28-2026 | 1,645.50 | 0 | 110.58 | 1,334.92 | 135.62 | 110.58 |
| 132 | 3-22-2026 | 3-28-2026 | 1,064.00 | 0 | 222.87 | 721.13 | 102.79 | 72.22 |
| | | | **$203,212.74** | | **$42,987.45** | | **$23,679.37** | **$15,145.50** |