**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

### WITNESS LIST FOR APRIL 2, 2026 VIRTUAL HEARING

| Name | Position |
|---|---|
| Kurt Fowler | Chief Execute Officer of Debtor |
| Robert Iommazzo | Proposed Financial Advisor |

Dated: March 31, 2026

Respectfully submitted,

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone (410) 752-9700
Email: rcostella@tydings.com
       dshaffer@tydings.com

*Proposed Counsel for Mulford Construction Co.,*
*Inc., Debtor and Debtor in Possession*

6542734.1