Entered: March 31st, 2026
Signed: March 31st, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:                                   *

                                         *

Mulford Construction Co., Inc.,          *        Case No. 26-13271-LSS

                                         *        Chapter 11

    Debtor.                      *

                                         *

*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER SHORTENING RESPONSE DEADLINES
## AND SETTING EXPEDITED HEARING

Upon reviewing the Emergency Motion for Hearing on First Day Motions and to Shorten Objection Deadline [Dkt. No. 17] ("Motion to Shorten Time"), filed by Debtor, the Court finds good cause to shorten the response deadlines for (I) the Emergency Motion for Court Approval of Payment of Pre-Petition Wages and Related Taxes in the Ordinary Course of Business (the "Wage Motion") [Dkt. No.13], and (II) the Emergency Motion for Order Determining Adequate Assurance of Payment for Future Utility Services (the "Utility Motion") [Dkt. No. 14] (collectively, "First Day Motions") and to set an expedited initial hearing on the First Day Motions and all timely filed responses. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Shorten Time is GRANTED, as provided herein; and it is further,

**ORDERED**, that any party in interest wishing to object or otherwise respond to the First Day Motions must file an objection or other response by **Thursday, April 2, 2026, at 9:00 a.m.;** and it is further,

**ORDERED**, that a virtual hearing on the First Day Motions and all timely filed objections and responses will be held on **Thursday, April 2, 2026, at 10:00 a.m.** in the Virtual Courtroom – for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688; and it is further,

**ORDERED,** that counsel for the Debtor shall serve a copy of this Order on all parties in interest by facsimile, e-mail, overnight mail, or hand delivery no later than **Wednesday, April 1, 2026, at 4:00 p.m.**; and it is further,

**ORDERED**, that counsel for the Debtor shall file a certification with the Court by **Wednesday, April 1, 2026, at 5:00 p.m.**, that service was effectuated as required by this Order; and it is further,

**ORDERED**, that, if Debtor fails to comply with all the requirements set forth in this Order, the Court may terminate the hearing and vacate this Order without further notice or a hearing.

cc:     Debtor
        Debtor's Counsel – Dennis Shaffer
        U.S. Trustee

**End of Order**