# <u>Exhibit A</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**VERIFIED STATEMENT OF FINANCIAL ADVISORS**
**TO BE EMPLOYED BY DEBTOR AND DEBTOR-IN-POSSESSION**

Robert Iommazzo and Traxi LLC ("Traxi"), as the proposed financial advisors of Mulford Construction Co., Inc. (the "Debtor"), the above-captioned debtor and debtor in possession, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, respectfully represent:

1.      I am the Managing Director of Traxi, LLC with an office at 8 Hemlock Drive Edison New Jersey, 08820.  I have over thirty years of experience in financial, operational, and business consulting services and have assisted clients in the construction industry with corporate restructuring. This verified statement is submitted in support of the *Application for Authority to Employ Traxi LLC as Financial Advisors for the Debtor and Debtor in Possession* (the "Application").

2.      Neither I nor any Traxi employees, insofar as I have been able to ascertain, have any connection with the Debtor, its creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

3.      Neither I nor any Traxi employees, insofar as I have been able to ascertain, represent any interest adverse to the Debtor, the Debtor's estate, or the Debtor's creditors in the matters upon which the firm is to be engaged.

6544172.2

1

4.      As of the filing of the Debtor's bankruptcy case, Traxi was not owed any amounts from the Debtor.  Traxi advised the Debtor that it would require a retainer in the amount of $30,000.00 to assist the Debtor in the chapter 11 proceeding.  Traxi further advised the Debtor that, subject to this Court's approval, it will be compensated and reimbursed, without limitation, on an hourly rate of $595 for the services of Traxi's Managing Director, $450 for the services of Traxi's Directors, and $300 for the services of Traxi's Senior Associates.

5.      Traxi is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in that Traxi and employees:

a)   Are not creditors, equity security holders, or insiders of the Debtor;

b)   Are not and were not within two (2) years before the date of filing of the Debtor's petition, a director, officer, or employee of the Debtor; and;

c)   Do not have an interest materially adverse to the interest of the Debtor's estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason. *See* 11 U.S.C. § 101(14).

6.      Neither I nor any Traxi employees, insofar as I have been able to ascertain, have agreed to share any compensation or reimbursement under § 503(b) with any other person or company.

I, Robert Iommazzo, declare under penalty of perjury that the forgoing is true and correct.

Dated: April 8, 2026                              **TRAXI, LLC**

By: */s/ Robert Iommazzo*
Name: Robert Iommazzo
Title: Managing Director

6544172.2

2