**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**NOTICE OF DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY TRAXI LLC
AS FINANCIAL ADVISORS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

PLEASE TAKE NOTICE that on April 8, 2026, Mulford Construction Co., Inc., debtor and debtor in possession (the "Debtor") filed its *Application for Authority to Employ Traxi LLC as Financial Advisors for Debtor and Debtor-in-Possession* (the "Application"). A copy of the Application was served on April 8, 2026.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application may be held before the Honorable Lori S. Simpson at the United States Bankruptcy Court for the District of Maryland (the "Court"), 6500 Cherrywood Lane, Courtroom 3D, Greenbelt, MD 20770, on a date and time to be determined. If a hearing on the Application is scheduled, you will be provided notice of such hearing.

PLEASE TAKE FURTHER NOTICE that any objections to the relief sought in the Application, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for the Debtor (Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore MD 21202, Attn: Richard L. Costella and Dennis J. Shaffer) so as to be actually received by no later than April 22, 2026 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED; AND THAT IF NO REPLIES ARE FILED BY THE OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING**.

Dated: April 8, 2026

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9700
Email: rcostella@tydings.com
        dshaffer@tydings.com

*Proposed Counsel for Mulford Construction Co., Inc., Debtor and Debtor in Possession*

2