**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

IN RE:

MULFORD CONSTRUCTION CO., INC.

DEBTOR(S)

CASE NO. 26-13271

CHAPTER 11

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND DOCUMENTS**

Please take notice that, pursuant to Bankruptcy Rules 2002, 9007 and 9010, J. David Folds of the firm Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC is appearing on behalf of VFS US LLC ("*Creditor*"), a creditor in the above-captioned case.  Undersigned counsel hereby requests the following:

1.     Receipt of Notices.  Undersigned counsel requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve.  This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

2.     No Express or Implied Acceptance of Service.  This Notice of Appearance does not give express or implied consent by the undersigned or Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

3.      <u>No Waiver of Rights</u>.  This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Creditor of the following:

a.      To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

b.      To trial by jury in any case or proceeding related to this case;

c.      To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

d.      To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which are expressly reserved.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By:     /s/ *John David Folds*
John David Folds (Fed. Bar No.: 13600)
901 K Street N.W., Suite 900
Washington, DC 20001
Telephone: (202) 508-3441
Fax: (202) 508-3402
dfolds@bakerdonelson.com

*Attorneys for VFS US LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2026, a true and accurate copy of this

Notice of Appearance and Request for Notice was served upon all parties registered to receive

CM/ECF and via regular first-class mail:


Mulford Construction Co., Inc.
171 Skipjack Road
Prince Frederick, MD 20678

Richard L. Costella *(Via CM/ECF)*
Dennis J. Shaffer *(Via CM/ECF)*
Megan Young *(Via CM/ECF)*
Tydings & Rosenberg LLP
1 E Pratt Street
Suite 901
Baltimore, MD 21202

*Attorneys for Debtor*

L. Jeanette Rice *(Via CM/ECF)*
Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770


/s/ John David Folds
John David Folds