**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| MULFORD CONSTRUCTION CO., INC., | ) | Case No. 26-13271 |
| Debtor. | ) | Chapter 11 |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AS COUNSEL [DN 8 & 84]**

**PLEASE TAKE NOTICE** that Shanna M. Kaminski of Kaminski Law, PLLC hereby withdraws her Notice of Appearance and Request for Notice [DN 8 & 84], as these documents were filed in error.

Dated: April 24, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*

SHANNA M. KAMINSKI
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-13271 |
| MULFORD CONSTRUCTION CO., INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 24, 2026, a true and correct copy of the Notice of Withdrawal of Notice of Appearance and Request for Notice as Counsel was served via the CM/ECF system, which sent a notice of electronic filing to all interested parties receiving service electronically through the CM/ECF system as reflected on the attached Notice of Electronic Filing.

Dated: April 24, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

__*/s/ Shanna M. Kaminski*_____
SHANNA M. KAMINSKI
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com