**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)   26-13271

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 11, 2026      **X** /s/   Kurt Fowler
                                      Signature of individual signing on behalf of debtor

                                        Kurt Fowler
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   26-13271

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ 36,649,246.97

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 36,649,246.97

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 19,982,068.28

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ 1,510,970.89

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 10,639,633.06

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 32,132,672.23

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    26-13271

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    Shore United | Checking | | $238,423.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $238,423.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    4,473,195.35    -    0.00    = ....    $4,473,195.35
face amount          doubtful or uncollectible accounts

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Mulford Construction Co., Inc. | Case number (If known) 26-13271 |
|---|---|---|
| | Name | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

|  |
|---:|
| $4,473,195.35 |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Various | $0.00 | | $50,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

|  |
|---:|
| $50,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

Debtor   __Mulford Construction Co., Inc.__   Case number *(If known)* __26-13271__
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Various (See Attachment A47) | $0.00 | | $4,042,353.07 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Various (See Attachment A50) | $0.00 | | $25,404,302.27 |

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   | $29,446,655.34 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.   Go to Part 10.
   ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. 8530 Veterans<br>Highway Floor 2<br>Millersville, MD 21108 | Leasehold | $0.00 | | $0.00 |
| 55.2. 171 Skipjack Road<br>Prince Frederick, MD<br>20678 | Leasehold | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $0.00 |
   |---|

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor __Mulford Construction Co., Inc._____ Case number *(If known)* _26-13271_____
            Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☒ No
        ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ☒ No.   Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ☐ No.   Go to Part 12.
        ☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Smith Home Farm Litigation<br>Mulford Construction Co. v. Blythewood Partners, LLC<br>C-16-CV-25-00054 | $2,390,973.28 |
|  | Nature of claim      Trade debt | |
|  | Amount requested         $2,777,393.86 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | Various Tools | $50,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,440,973.28 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    Mulford Construction Co., Inc.                                     Case number *(If known)*  26-13271
                    Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $238,423.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,473,195.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $29,446,655.34 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,440,973.28 | |
| 91. **Total.** Add lines 80 through 90 for each column | $36,649,246.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $36,649,246.97 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   26-13271

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Ally Financial <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> Various (See Attachment A47) | $262,251.56 | $4,042,353.07 |

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Ally Financial
2. Ford Motor Credit
3. GM Financial
4. Land Rover
5. M&T Finance

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Blade Funding Inc <br> Creditor's Name | Describe debtor's property that is subject to a lien | $623,164.00 | $0.00 |

1 Whispering Pines Lane
Lakewood, NJ 08701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 7

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Mulford Construction Co., Inc._____    Case number (if known) __26-13271_____
　　　　　Name

including this creditor and its relative priority.

☒ Unliquidated
☒ Disputed

---

| 2.3 | Caterpillar Financial | Describe debtor's property that is subject to a lien | $4,459,448.79 | $25,404,302.27 |

Creditor's Name

Various (See Attachment A50)

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Caterpillar Financial
2. Volvo Financial
3. Commercial Credit Group
4. John Deere Financial

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Commercial Credit Group | Describe debtor's property that is subject to a lien | $3,350,493.34 | $25,404,302.27 |

Creditor's Name

Various (See Attachment A50)

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $540,336.85 | $4,042,353.07 |

Creditor's Name

Various (See Attachment A47)

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Mulford Construction Co., Inc.__      Case number (if known)   26-13271
   Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

| 2.6 | Fox Funding Group LLC | | | |
|---|---|---|---|---|

Fox Funding Group LLC
Creditor's Name

Describe debtor's property that is subject to a lien     $1,867,791.88     $0.00

803 S 21st Ave
Hollywood, FL 33020
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.7 | GM Financial | | | |
|---|---|---|---|---|

GM Financial
Creditor's Name

Describe debtor's property that is subject to a lien
Various (See Attachment A47)     $120,379.27     $4,042,353.07

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

| 2.8 | Granite Merchant Funding, LLC | | | |
|---|---|---|---|---|

Granite Merchant Funding,
LLC
Creditor's Name

Describe debtor's property that is subject to a lien     $832,000.00     $0.00

102 W 38th Street
6th - Floor

New York, NY 10018
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.9** Heidelberg Materials US, Inc.

Creditor's Name

300 E John Carpenter Freeway
Irving, TX 75062

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

**2.10** John Deere Financial

Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**Describe debtor's property that is subject to a lien**
Various (See Attachment A50)

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,308,300.73    $25,404,302.27

---

**2.11** Land Rover

Creditor's Name

**Describe debtor's property that is subject to a lien**
Various (See Attachment A47)

$110,891.56    $4,042,353.07

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 7

Debtor    Mulford Construction Co., Inc.                          Case number (if known)    26-13271
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.1<br>2 | Lifetime Funding, LLC | **Describe debtor's property that is subject to a lien** | $97,472.89 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| 750 E MAIN ST 6TH FLOOR<br>Stamford, CT 06902 | |
| Creditor's mailing address | **Describe the lien** |
| | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

| 2.1<br>3 | M&T Finance | **Describe debtor's property that is subject to a lien**<br>Various (See Attachment A47) | $175,762.64 | $4,042,353.07 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

---

**2.14** | Meged Funding Group

Creditor's Name

108 W 39th Street
Suite 1006 # 2171
New York, NY 10018

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    $608,747.11                    $0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.15** | Rocket Capital NY LLC

Creditor's Name

1250 E HALLANDALE
BEACH BOULEVARD,
SUITE 505
Hallandale, FL 33009

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    $457,875.00                    $0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.16** | Volvo Financial

Creditor's Name

_____

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**                    $1,167,152.66                    $25,404,302.27
Various (See Attachment A50)

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Mulford Construction Co., Inc.                                    Case number (if known)    26-13271
_____                                                    _____
                  Name

☐ No
☒ Yes. Specify each creditor,             ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                                  ☐ Disputed
  Specified on line 2.3
_____

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $19,982,068.<br>28 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Mulford Construction Co., Inc.

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   26-13271

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Department of the Treasury
Internal Revenue Service
Ogden    , UT 84201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,042,970.89**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Prince George's County - PP
PO Box 17578
Baltimore    , MD 21297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$468,000.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   **Nonpriority creditor's name and mailing address**

**A Plus Paving & Concrete
5545 Woodridge Drive
Waldorf    , MD 20601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Amount of claim: **$4,500.00**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  __Mulford Construction Co., Inc._____  Case number (if known)　__26-13271_____
　　　　　　Name

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A.C. Miller<br>Concrete Products<br>P.O. Box 199<br>Spring City　　, PA 19475 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$23,828.46<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>AGGDIRECT<br>10610 RHODE ISLAND AVE #301<br>BELTSVILLE　　, MD 20705 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$169,969.38<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Alpha Space Control Company<br>ATTN: Right Traffic AR<br>1200 Sharon Road Suite 1<br>Beaver　　, PA 15009 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$62,795.82<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Always Ready Construction<br>AmeriFactors<br>P.O. Box 628328<br>Orlando　　, FL 32862 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$0.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Amrize Mid-Atlantic Inc.<br>6400 Golden Triangle Dr #400<br>Greenbelt　　, MD 20770 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$345,680.58<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Anne Arundel County<br>Finance Dept.<br>PO Box 2700<br>Annapolis　　, MD 21401 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$4,459.37<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Antonio's Trucking, Inc.<br>7202 Montevideo Road<br>Jessup　　, MD 20794 | **As of the petition filing date, the claim is:** *Check all that apply.*　　　$106,209.50<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?　☒ No　☐ Yes |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor    **Mulford Construction Co., Inc.**                                    Case number (if known)    26-13271
           Name

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,110.00 |

Antron Corporation
108 Ridgewood Road
Baltimore      , MD 21210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

APF Construction Co., Inc.
20475 Point Lookout Rd
Great Mills      , MD 20634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,080.00 |

Atlantic Sweeping and Clearing
PO Box 220099
Chantilly      , VA 20153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $152,400.00 |

Bowen & Kron Enterprises, Inc.
9315 Pulaski Highway
Baltimore      , MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,205.80 |

Brandywine Rentals
PO Box 68
Brandywine      , MD 20613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,510.00 |

C Wood Trucking, LLC
124 Park Road
Pasadena      , MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58,199.94 |

C.I. Woodworking

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Calvert County - PP
Personal Property Division
PO Box 2909
PrinceFrederick      , MD 20678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Mulford Construction Co., Inc. | | Case number (if known) | 26-13271 |
|---|---|---|---|---|
| | Name | | | |

**3.17** | **Nonpriority creditor's name and mailing address**
Calvert Utilities
8184 Telegraph Road
Severn    , MD 21144

**As of the petition filing date, the claim is:** *Check all that apply.*                    $17,808.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
Canhelco
111 Kingsley Rd., SW
Vienna    , VA 22180

**As of the petition filing date, the claim is:** *Check all that apply.*                    $17,337.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102

**As of the petition filing date, the claim is:** *Check all that apply.*                    $74,412.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
CareFlex Benefit Solutions
205 West Dares Beach Rd.
PrinceFrederick    , MD 20678

**As of the petition filing date, the claim is:** *Check all that apply.*                    $375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
Caron East Inc.
PO Box 1378
Cumberland    , MD 21501

**As of the petition filing date, the claim is:** *Check all that apply.*                    $132.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
Carter Machinery
Box 64251
Baltimore    , MD 21264

**As of the petition filing date, the claim is:** *Check all that apply.*                    $130,217.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
CAT CARD
PO BOX 735638
DALLAS    , TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*                    $15,263.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
Caterpillar Financial Services Corp
2120 West End Ave
Nashville, TN 37203

**As of the petition filing date, the claim is:** *Check all that apply.*                    $217,558.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _                    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,679.69

CFC Security, Inc. dba Solis
300 E Highland Mall Blvd
#300
Austin    , TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $540,359.18

Chaney Enterprises
P.O. Box 824896
Philadelphia    , PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,718.60

Chesapeake Environmental Mat.L
171 Skipjack Rd
Prince Frederick    , MD 20678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,853.02

Chip's Transport
5611 Solomons Island Road
Huntingtown    , MD 20639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,050.00

CHS Traffic Control Serv., Inc
5397 Argo Drive
Frederick    , MD 21703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $107,815.44

CJ Miller, LLC
3514 Basler Road
Hampstead    , MD 21074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,983.35

CMR Claims Department
PO Box 60553
Oklahoma City    , OK 73146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $110.00

Coffman Recycling Center, Inc.
PO Box 5292
Laytonsville    , MD 20882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Mulford Construction Co., Inc.**                                      Case number (if known)      26-13271
                 Name

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6,608.40 |
| | Colliflower | ☐ Contingent |
| | P.O Box 826398 | ☐ Unliquidated |
| | Philadelphia      , PA 19182 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,487.03 |
| | Comcast Cable | ☐ Contingent |
| | PO Box 3005 | ☐ Unliquidated |
| | Southeastern      , PA 19398 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Comptroller of Maryland | |
| | Bankruptcy Unit | |
| | Room 409 | ☐ Contingent |
| | 301 W. Preston Street | ☐ Unliquidated |
| | Baltimore, MD 21201-2305 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $82,081.04 |
| | Concrete Safety Systems | ☐ Contingent |
| | PO Box 300 | ☐ Unliquidated |
| | Midland      , VA 22728 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,416.00 |
| | ConstructConnect aka Planswift | ☐ Contingent |
| | 3825 Edwards Road | ☐ Unliquidated |
| | Cincinnati      , OH 45209 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $254,768.88 |
| | Contractors Precast Corp | ☐ Contingent |
| | 3200 Patuxent River Rd. | ☐ Unliquidated |
| | Davidsonville      , MD 21035 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $450,765.58 |
| | Core & Main LP | ☐ Contingent |
| | PO Box 28330 | ☐ Unliquidated |
| | St Louis      , MO 63146 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $13,967.80 |
| | Cox Automotive Mobility | ☐ Contingent |
| | 7717 Solution Center | ☐ Unliquidated |
| | Chicago      , IL 60677 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

CPE, Inc.
PO Box 658
Jessup    , MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,495.20

Crepeau Mourges
1344 Ashton Road
Suite 110
Hanover    , MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,549.26

CS Disco, Inc.
P.O. Box 737106
Dallas    , TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,802.88

D&D Tire Co., Inc.
4919 Kenilworth Ave
Hyattsville    , MD 20781

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $609.50

DiCarlo Precision Instrument
2006 Northwood Dr.
Saliisbury    , MD 21801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $741.60

Digital Protection Srvcs, Inc.
520 McCormick Drive, Suite A
Glen Burnie    , MD 21061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,300.00

Dot Diamond Core Drilling, Inc
780 Sugar Lane, PO Box 683
Elyria    , OH 44035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,155.54

Eastern Supply
240 McGhee Rd
Winchester, VA 22603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

ECS MID ATLANTIC LLC
PO BOX 604391
CHARLOTTE    , NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,601.30 |
|---|---|---|---|

Ed's Plant World
11811 Branch Avenue
Brandywine    , MD 20613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,476.68 |
|---|---|---|---|

EJ USA, Inc.
PO Box 644873
Pittsburgh    , PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.00 |
|---|---|---|---|

Encore Business Sytems, Inc.
P.O. Box 1690
Edgewater    , MD 21037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,935.00 |
|---|---|---|---|

Eureka Concrete Const., Inc.
7840 Cessna Ave., Suite D
Gaithersburg    , MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.17 |
|---|---|---|---|

EyeMed
Fidelity Security Life Insuranc C
P.O. Box 632530
Cincinnati    , OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.72 |
|---|---|---|---|

FedEx
P.O. Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,897.39 |
|---|---|---|---|

FORTILINE WATERWORKS
PO Box 744053
ATLANTA    , GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Mulford Construction Co., Inc.**                                    Case number (if known)    26-13271
            Name

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address**<br>Francis. O Day Co., Inc.<br>850 E. Gude Drive<br>Suite A<br>Rockville    , MD 20850 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,005.29 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.58** | **Nonpriority creditor's name and mailing address**<br>Frederick Brick Works, Inc.<br>PO Box 505<br>Frederick    , MD 21705 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,376.51 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.59** | **Nonpriority creditor's name and mailing address**<br>FrederickTowne Labs, Inc.<br>Accounts Receivable<br>P.O. Box 245<br>Myersville    , MD 21773 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,061.00 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address**<br>FSM, Inc.<br>P.O. Box 1908<br>Frederick    , MD 21702 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,400.00 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address**<br>FW Fleet Clean, LLC<br>P.O. Box 25568<br>New York, NY 10087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.31 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address**<br>Gardner Road Associates, LLC<br>12150 TAC Court<br>Manassas    , VA 20109 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,080.00 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address**<br>Geo-Technology Associates<br>3445 Box Hill Corp. Center Drive<br>Suite A<br>Abingdon    , MD 21009 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,812.50 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address**<br>Global Green Recycling LLC<br>5900 Sheriff Road<br>Capitol Heights    , MD 20743 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76,869.80 |

Date(s) debt was incurred _                    **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 9 of 23

Debtor    **Mulford Construction Co., Inc.**                                   Case number (if known)    26-13271
Name

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

GMC Contractors, Inc.
8213 Jumpers Hole RD, Suite 101
Millersville    , MD 21108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $204,906.49 |

Gradeline Construction Co. Inc
PO Box 374
Brooklandville    , MD 21022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,706.87 |

Griffith Brothers, Inc.
3004 Fallston Road
Fallston    , MD 21047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $182,025.85 |

Griffith Energy Job Site
Griffith Energy Services, Inc.
6996 Columbia Gateway Dr.
Columbia    , MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,242.51 |

Griffith Energy Yard
Griffith Energy Services, Inc.
6996 Columbia Gateway Dr.
Columb    , MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,713.63 |

H. Frank Foland & Son, Inc.
1525 Tilco Drive Unit C
Frederick    , MD 21704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $410.55 |

Hale Trailer
P.O. Box 1400
Voorhees    , NJ 18043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,348.72 |

Harrison Law Group
40 West Chesapeake Avenue
Suite 600
Towson    , MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 10 of 23**

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$207,075.20**

Hawkins Erosion Control, LLC
4175 Harrisville Rd
Mount Airy    , MD 21771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,992.76**

Heavy Construction
Systems Specialists
13151 W. Airport Blvd.
Sugar Land    , TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$154.41**

Hilltop Signs & Graphics
43935 Commerce Ave
Building A, Unit 3 & 4
Hollywood    , MD 20636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00**

Home Land Labs
1220 E Joppa Rd #C505
Towson    , MD 21286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,615.33**

INTEGRIS LLC
PO BOX 674539
Dallas    , TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$407,096.73**

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Tax Liability_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,306.19**

International Cover Systems
352 Earls Rd
Middle River, MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,875.00**

Intyllus Advisors, LLC
6021 University Blvd
Suite 470
Ellicott City , MD 21043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,273.32**

Inwood Quarry
PO Box 65
Inwood , WV 25428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$872,439.71**

Iron Sheepdog Inc
PO Box 541056 Dept 99
Atlanta , GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,273.95**

J&B Fabricators, LLC
28685 Earth Lite Rd.
Wye Mills , MD 21679

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$322,234.83**

James River Equipment
P.O. Box 745475
Atlanta , GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$308,532.49**

Jesco Equipment Company Inc
1260 Centennial Ave
Piscataway , NJ 18854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,095.00**

Kelley's Trucking
11419 Eastern Avenue
Baltimore , MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170,220.00**

Kinsley Construction
PO Box 2886
York , PA 17405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Mulford Construction Co., Inc.** _____ Case number (if known)  **26-13271** _____
      Name

| | |
|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address**<br>L/B Water Service<br>593 S. High Street<br>Selinsgrove, PA 17870 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$97,318.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address**<br>Landscape Supply, Inc.<br>2501 Oak Lake Blvd<br>Midlothian    , VA 23112 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$18,574.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address**<br>Lane Enterprises Inc.<br>275 Grandview Avenue Ste 300<br>Camp Hill    , PA 17011 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$36,950.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address**<br>Level Land Inc.<br>PO Box 100<br>Lisbon    , MD 21704 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address**<br>Linear Surveys Inc.<br>42120 St. Andrews Church Road<br>Leonardtown    , MD 20650 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$41,625.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address**<br>Long Fence Company, Inc.<br>8545 Edgeworth Dr<br>Capitol Heights, MD 20743 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$73,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address**<br>Luna Concrete Inc.<br>11011 Lahnam Severn Road<br>Glenn Dale    , MD 20769 |

**As of the petition filing date, the claim is:** *Check all that apply.*         **$24,436.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | |
|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address**<br>MADE Design & Build<br>4780 Old Adelina Road<br>Prince Frederick , MD 20678 |

**As of the petition filing date, the claim is:** *Check all that apply.*         Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor  __Mulford Construction Co., Inc._____  Case number (if known) ___26-13271_____
        Name

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**Nonpriority creditor's name and mailing address**
Magstone LLC
PO Box 576
Union Bridge　　, MD 21791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.97  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$546,074.40

Maine Drilling & Blasting, Inc
542 Brunswick Avenue
P.O. Box 1140
Gardiner　　, ME 44345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset?　☒ No　☐ Yes

---

3.98  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$46,186.89

Martin Marietta
PO Box 30013
Raleigh　　, NC 27622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.99  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$1,500.00

Martin Safety Solutions, LLC
7882 Brighton Court
Pasadena　　, MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.100  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$0.00

Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.101  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$495.00

Maryland Newsletters
PO Box 1358
Olney　　, MD 20830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.102  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$11,150.00

Mega Tap, Inc.
PO Box 301
Myersville　　, MD 21773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

3.103  **Nonpriority creditor's name and mailing address**　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　$1,986.00

Mid Atlantic Deck & Fence Co
800 Route 3 South
Gambrills　　, MD 21054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?　☒ No　☐ Yes

---

Debtor　**Mulford Construction Co., Inc.**　　　　　　　　Case number (if known)　26-13271
　　　　　　Name

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.20 |
|---|---|---|---|

Mid-Atlantic Waste
THC Enterprises, Inc.
P.O. Box 735343
Chicago　　, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,698.34 |
|---|---|---|---|

Minority Environmental
Solutions and Services, LLC
1575 Postal Rd Unit 147
Chester　　, MD 21619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,460.70 |
|---|---|---|---|

Mintek Resources, Inc.
PO Box 715090
Cincinnati　　, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,210.00 |
|---|---|---|---|

Morris & Ritchie
CSC - Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore , MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,298.68 |
|---|---|---|---|

MRB Enterprise Inc.
5727 Indian Court
Alexandria　　, VA 22303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

Mulford Enterprise LLC
171 Skipjack Road
Prince Frederick, MD 20678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mulford Industrial LLC
171 Skipjack Road
Prince Frederick, MD 20678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor  __Mulford Construction Co., Inc._____   Case number (if known)   __26-13271_____
          Name

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Mullen's Markings
16177 Marathon Drive
Culpeper    , VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,148.75 |
|---|---|---|---|

MullerErosionSiteServices, Inc
1910 Association Drive
Reston     , VA 20191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Office of Attorney General
300 W. Preston Street
Suite 302
Baltimore, MD 21201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,790.20 |
|---|---|---|---|

PINEY RECLAMATION
12065 FORGOTTEN FARM PLACE
WALDORF     , MD 20602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $306,001.93 |
|---|---|---|---|

Pioneer Paving LLC
1675 Dennings Road
New Windsor     , MD 21776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Piping & Corrosion Specialties
8371 Jumpers Hole Rd
Millersville     , MD 21108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,328.01 |
|---|---|---|---|

Pirtek
9213 Hampton Overlook
Capitol Heights     , MD 20743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $189.57 |
|---|---|---|---|

Pitney Bowes Purchase Power
10 Dan Road, Dock #2
Canton, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mulford Construction Co., Inc.**    Case number (if known)    26-13271
_____Name_____

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address**<br>POOLESVILLE AUTO BODY<br>19920 FISHER AVE<br>POOLESVILLE    , MD 20837 | **As of the petition filing date, the claim is:** *Check all that apply.*    $2,464.81<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address**<br>PPC Lubricants<br>CSC-LAWYERS INCORPORATING SERVICE<br>COMPAN<br>7 ST. PAUL STREET<br>SUITE 820<br>Baltimore, md 21202 | **As of the petition filing date, the claim is:** *Check all that apply.*    $911.42<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.121** | **Nonpriority creditor's name and mailing address**<br>Principal Dental<br>Principal Life Insurance Company<br>PO Box 77202<br>Minneapolis    , MN 55480 | **As of the petition filing date, the claim is:** *Check all that apply.*    $2,119.76<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address**<br>Priority Construction Corp.<br>1315 W. Hamburg Street<br>Baltimore    , MD 21230 | **As of the petition filing date, the claim is:** *Check all that apply.*    $100,583.39<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.123** | **Nonpriority creditor's name and mailing address**<br>Randall-Reilly LLC<br>d/b/a Fusable<br>P.O. Box 2029<br>Tuscaloosa, AL 35403 | **As of the petition filing date, the claim is:** *Check all that apply.*    $4,660.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.124** | **Nonpriority creditor's name and mailing address**<br>Rinker Materials<br>PO Box 936217<br>Atlanta    , GA 31193 | **As of the petition filing date, the claim is:** *Check all that apply.*    $80,372.60<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.125** | **Nonpriority creditor's name and mailing address**<br>Robert F. Beall & Sons Inc.<br>8795 Veterans Highway<br>Millersville    , MD 21108 | **As of the petition filing date, the claim is:** *Check all that apply.*    $350.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

**3.126** | **Nonpriority creditor's name and mailing address**
Roche Brothers, Inc.
5304 Kings Ct
Frederick    , MD 21703

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $8,857.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**
Rose Financial Group, LLC
6602 East 75th Street, Suite 200
Indianapolis    , IN 46250

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $1,229.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**
Rotondo Environmental Solution
2560 Huntington Avenue
Suite 303
Alexandria    , VA 22303

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $136,368.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**
Roy's Quality Car Care
400 S Cannon Avenue
Hagerstown    , MD 21740

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $2,781.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**
Ruhlman Bros. Inc.
65 Musselman Rd
Hanover    , PA 17331

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $9,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**
Sage Const. & Real Estate Form
PO Box 230578
Portland    , OR 97281

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $428.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**
Securities & Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Rd. NE
Suite 900
Atlanta, GA 30326-1382

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**
Segmental Wall Specialists
4641 Sudley Road
Catharpin, VA 20143

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $100,149.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                **Basis for the claim:** _

**Last 4 digits of account number** _          Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 18 of 23**

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

**3.134** | Nonpriority creditor's name and mailing address
Service Tire Truck Centers,Inc
2255 Avenue A
Bethlehem    , PA 18017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $10,776.78

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address
Sitech Chesapeake, LLC
12011 Guilford Road, Suite 109
Annapolis Junction    , MD 20701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $18,658.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address
SMECO
PO Box1937
Hughesville    , MD 20637

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,938.55

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address
Snyder Environmental Serv, Inc
270 Industrial Blvd.
Kearneysville    , WV 25430

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $73,440.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address
Southern MD Hydraulics, Inc.
18-G Irongate Drive
Waldorf    , MD 20602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $626.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address
St. John Properties, Inc.
c/o M&T Bank
Box 62707, 1800 Washington Blvd
Baltimore    , MD 21264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $20,736.81

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address
Start Safety, LLC.
14930 Main St.
Upper Marlboro    , MD 20772

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $16,325.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address
Strittmatter Materials
Renard Lakes Holdings, LLC
9102 Owens Drive
Manassas Park    , VA 20111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $38,787.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 19 of 23

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,561.19**

Stuart M Perry Inc.
117 Limestone Lane
Winchester    , VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,479.82**

Sun Recycling
6305 Ivy Lane #520
Greenbelt    , MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203,320.41**

Sunbelt Rentals
PO Box 409211
Atlanta    , GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,615.44**

T&T Sweeping & Port-O-Let Serv
PO Box 70
Clements    , MD 20624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,257.24**

Taylor Oil Company
77 Second Street
PO Box 974
Somerville    , NJ 38876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,031.82**

The Rigging Box Inc
8184 Newington Rd
Lorton    , VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,179.86**

Three Mules Welding Supply
28827 Three Notch Rd.
Mechanicsville    , MD 20659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00**

Timmons Group, Inc.
1001 Boulders Pkwy
Suite 300
Richmond    , VA 23225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mulford Construction Co., Inc.**                                    Case number (if known)    26-13271
_____Name_____

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address**<br>Topcon Solutions<br>PO Box 412798<br>Boston          , MA 12241 | As of the petition filing date, the claim is: *Check all that apply.*                $2,578.54<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address**<br>Travelers Insurance<br>One Tower Square<br><br>Hartford, CT 06183 | As of the petition filing date, the claim is: *Check all that apply.*                $108,207.92<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address**<br>TrenchTech, Inc.<br>11217 Maryland Ave<br>Beltsville      , MD 20705 | As of the petition filing date, the claim is: *Check all that apply.*                $281,069.18<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address**<br>U.S. Attorney - District of MD<br>36 S. Charles Street<br>4th Floor<br>Baltimore, MD 21201-3020 | As of the petition filing date, the claim is: *Check all that apply.*                $0.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address**<br>UBEO, LLC<br>PO Box 791790<br>Baltimore      , MD 21279 | As of the petition filing date, the claim is: *Check all that apply.*                $237.71<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address**<br>Ultra Towing & Transport<br>3340 Leonardtown Road<br>Waldorf      , MD 20601 | As of the petition filing date, the claim is: *Check all that apply.*                $750.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address**<br>United Rentals, Inc.<br>PO Box 100711<br>Atlanta      , GA 30384 | As of the petition filing date, the claim is: *Check all that apply.*                $96,959.69<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address**<br>Verizon Connect<br>P.O. Box 844183<br>Los Angeles      , CA 90084 | As of the petition filing date, the claim is: *Check all that apply.*                $2,895.92<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

**3.158** | Nonpriority creditor's name and mailing address
Verizon Wireless
P.O. Box 25505
Lehigh, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$12,027.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address
Washington Winwater
3137 Pennsy Drive, Unit C
Hyattsville    , MD 20785

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$327,477.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address
WB Waste Solutions
1701 Olive Street
Capital Heights    , MD 20743

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$18,467.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address
WeCare Denali
PO Box 746463
Atlanta    , GA 30374

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$123,192.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address
WG Construction Company, Inc.
9251 Industrial Court
Manassas    , VA 20109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$267,930.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address
White Glove Drug
& Alcohol Testing, Inc.
537 Ritchie Highway Suite 2E
Severna Park    , MD 21146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$55.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address
Williams Scotsman
901 South Bond Street, Suite 600
Baltimore, MD 21231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address
WL Construction & Paving Inc
P.O. Box 339
Stephenson    , VA 22656

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$126,095.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

| Debtor | Mulford Construction Co., Inc. | Case number (if known) | 26-13271 |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,574.37 |
|---|---|---|---|

Yellow Iron Parts & Srvc, LLC
4305 Jericho Rd
Ruther Glen      , VA 22546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,510,970.89 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,639,633.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,150,603.95 |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Mulford Construction Co., Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number (if known) ___26-13271___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease of 2024 Kenworth T880 (1NKZXPEX5RJ364910) for S6132.28/month | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease of 27 rolloff dumpsters | |
| | State the term remaining | | Channel Equipment Finance 10900 Wayzata Blvd, Suite 300 |
| | List the contract number of any government contract | | Hopkins, MN 55305 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for 2022 Talbert 55CC Lowboy Trailer (40FSK5334N1041879) for $2,018/month | |
| | State the term remaining | | Commerical Credit Group Inc. 525 North Tryon Street Suite 1000 Charlotte, NC 28202 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for two 2022 Volvo A30Gs (752750 and 752766) for $20,073/month | |
| | State the term remaining | | Commerical Credit Group Inc. 525 North Tryon Street Suite 1000 Charlotte, NC 28202 |
| | List the contract number of any government contract | | |

Debtor 1  Mulford Construction Co., Inc.

  First Name        Middle Name        Last Name

Case number (*if known*)  26-13271

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2023 Peterbilt 537 (2NPMHJ7X3PM870477) for $4,283/month<br><br><br>Commerical Credit Group Inc.<br>525 North Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease: (1) 2021 John Deere 750L (2NPMHJ7X3PM870477); (2) 2021 John Deere 750L (1T0750LXCMF391639); (3) 2020 Volvo A30G (752024); (4) 2020 Volvo A30G (752013); (5) 2018 Hitachi 350LC-6 (1FFDDR70PKF940777); (6) 2019 Volvo A30G (742518); and (7) 2019 Volvo A30G (742531). Monthly payment: $31,151<br><br><br>Commerical Credit Group Inc.<br>525 North Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2019 Peterbilt 389 (1NPXX4EX8KD616265) and 2021 Peterbilt 337 (2NP2HJ7X4MM732479) for $6,335/month<br><br><br>Commerical Credit Group Inc.<br>525 North Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment lease for 2023 Western Star 47X (5KKHBPDV1PLUH4814) and 96 rolloff dumpsters for $6,068/month<br><br><br>Commerical Credit Group Inc.<br>525 North Tryon Street<br>Suite 1000<br>Charlotte, NC 28202 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Mulford Construction Co., Inc.                                    Case number *(if known)*  26-13271
           First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Site development for Boyds Crossing project | |
| | State the term remaining | Open | |
| | List the contract number of any government contract | | DRB Group West Virginia LLC<br>10313 Arnett Drive, Suite 101<br>Hagerstown, MD 21740 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease of Ford F600 DRW Flat Bed (1FDFF6LT7SDA16091) for $3338.09/month | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ford Motor Credit Company LLC<br>One American Road<br>Dearborn, MI 48126 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of non-residential real property (8530 Veterans Highway Millersville, MD 21108) | |
| | State the term remaining | | |
| | List the contract number of any government contract | Expires December 31, 2030 | Frederick Road Realty II, LLC<br>606 Frederick Ave 2nd Floor<br>Catonsville, MD 21228 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Equipment leases for 37 rolloff dumpsters for $5017.68/month | |
| | State the term remaining | | M2 Equipment Finance<br>20800 Swenson Drive<br>Suite 475 |
| | List the contract number of any government contract | | Waterford, WI 53185 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease of postage meter for $99.57/month | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pitney Bowes Purchase Power<br>10 Dan Road, Dock #2<br>Canton, MA 02021 |

Debtor 1    Mulford Construction Co., Inc.                                  Case number *(if known)*   26-13271
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Non-residential real property lease of 171 Skipjack Road Prince Frederick, MD 20678 | |
| | State the term remaining | Expires January 31, 2030 | Williams Scotsman<br>901 South Bond Street<br>Suite 600<br>Baltimore, MD 21231 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      Mulford Construction Co., Inc.

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    26-13271

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Blade Funding Inc | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Granite Merchant Funding, LLC | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Lifetime Funding, LLC | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Fox Funding Group LLC | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Meged Funding Group | ☒ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Kurt Fowler | 1440 Old Adelina Road<br>Prince Frederick, MD 20678 | Rocket Capital NY LLC | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Attachment A47

| Veh# | Year | Make | Model | Body Type | Vehicle ID Number | Vehicle Value |
|---|---|---|---|---|---|---|
| 1 | 2013 | MANAC | Dump | DMPTK | 5MC424016D3135676 | $ 49,800.00 |
| 3 | 2017 | Ford | F750 SD Diesel | DMPTK | 1FDWF7DC9HDB05268 | $ 20,000.00 |
| 5 | 2019 | Peterbilt | Dump Truck | DMPTK | 1NPXX4EX8KD616265 | $ 138,950.00 |
| 6 | 2023 | Kenworth | T880 | DMPTK | 3BKZXKEX0PF255267 | $ 209,900.00 |
| 8 | 2020 | Lincoln | Corsair Reserve | PPP | 5LMCJ2D98LUL24608 | $ 15,160.00 |
| 9 | 2019 | Ford | Expedition | PPP | 1FMJU2AT4KEA13039 | $ 25,439.00 |
| 10 | 2022 | Chevrolet | Tahoe | PPP | 1GNSK1KL8NR187218 | $ 36,483.59 |
| 11 | 2023 | Cadillac | Escalade ESV | PPP | 1GYS4PKLXPR470209 | $ 60,652.01 |
| 13 | 2023 | Ford | Explorer | PPP | 1FMSK8DH3PGA24954 | $ 26,079.67 |
| 14 | 2025 | Ford | Expedition | PPP | 1FMJU1MG7SEA23489 | $ 76,991.00 |
| 17 | 2023 | Ford | Bronco | PPP | 1FMEE5DP9PLB75041 | $ 47,459.00 |
| 18 | 2024 | Dodge | Durango | PPP | 1C4SDJGJ5RC184591 | $ 69,690.00 |
| 19 | 2005 | TOWMASTER | POLE | T | 4KNU16206L160207 | $ 2,000.00 |
| 20 | 2005 | TOWMASTER | POLE | T | 4KNUC16255L164140 | $ 2,000.00 |
| 21 | 2005 | TOWMASTER | POLE | T | 4KNUC16285L161118 | $ 2,000.00 |
| 22 | 2006 | CONTINENTAL | POLE | T | 4KNUC162X6L162658 | $ 2,000.00 |
| 23 | 2006 | TOWMASTER | C 12 | T | 4KNUC16296L164126 | $ 2,000.00 |
| 24 | 2006 | TOWMASTER | POLE | T | 4KNUC16206L160210 | $ 2,000.00 |
| 25 | 2014 | MANAC | 48 X 102 FLAT Traile | T | 5MC124817E5142133 | $ 8,000.00 |
| 26 | 2015 | Talbert | Lowboy 55 ton | T | 40FSK5137F1034073 | $ 23,573.00 |
| 27 | 2017 | Pitts | Enterprise | T | 5JYLT4020HPP06340 | $ 20,000.00 |
| 28 | 2021 | Arising | 6 x 12 Enclosed Trai | T | 5YCBE1215MH000228 | $ 4,000.00 |
| 29 | 2022 | Talbert | 55CC Lowboy | T | 40FSK5334N1041879 | $ 125,000.00 |
| 30 | 2023 | Ford (PU230) | F250 | TK | 1FT7W2BA8PEC46189 | $ 39,805.00 |
| 31 | 2023 | Ford | F250 | TK | 1FD7W2B60NEG06933 | $ 44,811.45 |
| 32 | 2024 | Ford (PU231) | F250 | TK | 1FT7X2BA8RED11509 | $ 36,341.00 |
| 33 | 2024 | Ford (PU233) | F250 | TK | 1FT7W2BA8REC17116 | $ 34,102.00 |
| 34 | 2024 | Ford (PU243) | F250 | TK | 1FT7W2BA4REC52302 | $ 65,000.00 |
| 35 | 2024 | Ford (PU244) | F250 | TK | 1FT7W2BA7REE62022 | $ 65,000.00 |
| 36 | 2024 | Ford (PU245) | F250 | TK | 1FT7W2BA8REC51847 | $ 65,000.00 |
| 37 | 2024 | Ford | F250 | TK | 1FT7W2BA8REE01858 | $ 36,146.00 |
| 38 | 2024 | Ford | F250 | TK | 1FT7W2BA6REC68355 | $ 35,636.00 |
| 39 | 2024 | FORD | F250 | TK | 1FT8W2BN1RED87292 | $ 44,532.00 |
| 40 | 2025 | Ford | F250 SD | TK | 1FT7W2BA9SEE02782 | $ 53,940.00 |
| 41 | 2025 | Ford | F250 SD | TK | 1FT7W2BA7SED06164 | $ 53,940.00 |
| 42 | 2025 | Ford | F250 SD | TK | 1FT7W2BA3SED10597 | $ 53,940.00 |
| 43 | 2007 | Ford | F450 | TK | 1FDXX47P77EB23551 | $ 25,000.00 |
| 45 | 2014 | Ford | F150 | TK | 1FTEX1CM8EKG43343 | $ 3,272.00 |
| 48 | 2015 | FORD | F550 | TK | 1FD0W5HT4FEB83758 | $ 15,000.00 |
| 49 | 2015 | Ford | Flusher | TK | 3FRWF7FC4FV000301 | $ 40,000.00 |
| 50 | 2016 | Ford | F350 SD | TK | 1FDRF3HT4GEC32969 | $ 40,000.00 |
| 52 | 2016 | Ford | F750 Mechanics Truck | TK | 1FDWX7DX6GDA03960 | $ 85,000.00 |
| 56 | 2017 | Ford | F250 Crew Cab 4WD | TK | 1F77W2BT6HEC51927 | $ 12,169.00 |
| 60 | 2017 | Mitsubishi | FUSO | TK | JL6BPK1A2HK002086 | $ 32,368.00 |
| 61 | 2018 | FORD | F150 | TK | 1FTEW1E53JFE60587 | $ 16,459.00 |
| 65 | 2022 | Ford | F150 | TK | 1FTEW1EP1NKD34856 | $ 22,064.00 |
| 66 | 2022 | Ford | F250 | TK | 1FT7W2BN0NEE77734 | $ 33,697.00 |
| 67 | 2022 | Ford | F150 | TK | 1FTFW1E52NKD63088 | $ 22,166.67 |
| 71 | 2023 | Chevy | Silverado | TK | 1HTKJPVM1PH259668 | $ 210,133.00 |
| 73 | 2023 | Ford | F350 | TK | 1FD8W3F68NEG17568 | $ 33,126.02 |
| 74 | 2023 | Ford | F250 | TK | 1FT7X2BA3PEC85642 | $ 33,734.42 |
| 75 | 2023 | Ford | F150 | TK | 1FTFX1E57PKD98869 | $ 28,165.43 |
| 77 | 2023 | Ford | F150 | TK | 1FTFW1E85PFA18109 | $ 39,050.63 |
| 78 | 2023 | Ford | F250 | TK | 1FT7W2BA7PED39284 | $ 33,644.64 |
| 79 | 2023 | Ford | F250 | TK | 1FT7W2BA9PED38895 | $ 33,644.64 |
| 81 | 2023 | Ford | F150 | TK | 1FTFW1E89PFA20624 | $ 28,119.62 |
| 82 | 2023 | Ford | F150 | TK | 1FTFW1E88PFA20792 | $ 28,119.62 |
| 83 | 2024 | Ford | F150 | TK | 1FTFW5L89RFA73790 | $ 48,193.00 |
| 84 | 2024 | Ford | F150 | TK | 1FTFW3L81RKD57992 | $ 39,125.00 |
| 85 | 2017 | Ford | F750 Water Truck | TKTR | 1FDXF7DC5HDB05725 | $ 67,988.17 |
| 86 | 2018 | Peterbilt | 348 Fuel Truck | TKTR | 2NP3LJ0X0JM431006 | $ 133,000.00 |
| 87 | 2015 | Freightliner | M2 4K Water Truck | TKTR | 3ALHCYCY3FDGC1505 | $ 78,000.00 |

| 88 | 2009 | Peterbilt | 388 Day Cab | TKTR | 1XPWD40X89D787593 | $ | 95,000.00 |
|----|------|-----------|-------------|------|-------------------|---|-----------|
| 90 | 2018 | Peterbilt | 389 | TKTR | 1XPXD40X0JD460470 | $ | 159,900.00 |
| 91 | 2021 | Peterbilt | 337 | TKTR | 2NP2HJ7X4MM732479 | $ | 133,000.00 |
| 93 | 2023 | Peterbilt | 567 | TKTR | 1NPCLP0X8PD892584 | $ | 230,000.00 |
| 94 | 2023 | Peterbilt | 389 | TKTR | 1XPXP4EX6PD892392 | $ | 116,940.49 |
| 95 | 2023 | Peterbilt | 537 | TKTR | 2NPMHJ7X3PM870477 | $ | 225,000.00 |
| 96 | 2025 | Peterbilt | 537 | TKTR | 2NPMHJ7X5SM736353 | $ | 267,025.00 |
| 97 | 2019 | Ford | Transit | VAN | 1FBAX2CM8KKA73865 | $ | 24,514.00 |
| 98 | 2009 | Chevy | Express G3500 | VAN | 1GAHG39K791117899 | $ | 12,363.00 |
| | | | | | | $ | 4,042,353.07 |

Attachment A50

| EQ# | Item# | Description | Model | Serial Number | Value |
|---|---|---|---|---|---|
| AC-002 | 1 | 2022 Doosan 185WDO-T4F Air Com | 185WDO-T4F | 504600ULAFH88 | $ 24,900.00 |
| AC-003 | 2 | 2022 Doosan 185WDO-T4F Air Com | 185WDO-T4F | | $ 24,900.00 |
| DS-001 | 4 | Rome Disc 10TACW-188 | 10TACW-188 | 10TACW-188 | $ 18,000.00 |
| DZ-012 | 6 | 2021 John Deere Crawler Dozer | 750L | 1T0750LXCMF391639 | $ 379,800.00 |
| DZ-013 | 7 | 2021 John Deere Crawler Dozer | 750L | 1T0750LXAMF394356 | $ 400,463.00 |
| DZ-014 | 8 | 2021 JD Crawler 64 | 550K-II | 1T0550KKCKF345481 | $ 70,000.00 |
| DZ-015 | 9 | 2022 John Deere Crawler Dozer | 750L | 1T0750LXCNF418881 | $ 447,000.00 |
| DZ-016 | 10 | 2022 John Deere Crawler Dozer | 650K | 1T0650KKENF414712 | $ 209,000.00 |
| DZ-017 | 11 | 2022 John Deere 450 | 450 | 1T0450KXJNF418057 | $ 147,851.00 |
| DZ-018 | 12 | 2020 John Deere Crawler Dozer | 750L | 1T0750LXLLF388928 | $ 328,625.00 |
| DZ-019 | 13 | 2020 CAT Track Type Tractor | | RDC00581 | $ 380,976.00 |
| DZ-020 | 14 | 2023 JD Crawler Dozer w/Smartgradeslope Control Kit | 750L | 1T0750LXCPF453142 | $ 465,838.00 |
| DZ-021 | 15 | 2023 JD Crawler Dozer w/Smartgradeslope Control Kit | 750L | 1T0750LXEPF453107 | $ 465,838.00 |
| DZ-022 | 16 | 2024 CAT Crawler Dozer | D5 17VP | Z6A02275 | $ 413,350.00 |
| DZ-023 | 17 | 2024 Cat Track Type Tractor | D5-17VP | Z6A02335 | $ 438,151.00 |
| EX-036 | 23 | 2018 Hitachi Excavator | 350LC-6 EX-036 | 1FFDDR70PKF940777 | $ 353,900.00 |
| EX-037 | 24 | 2022 Hitachi Excavator Base | Zaxi ZX350LC | 1FFDDR70PMF941057 | $ 412,000.00 |
| EX-039 | 25 | 2019 John Deere Excavator | 350GLC | 1FF350GXPKF814050 | $ 381,000.00 |
| EX-040 | 26 | 2022 CAT Hydraulic Excavator | | YBN21543 | $ 405,581.00 |
| EX-041 | 27 | 2018 Hitachi Zaxis Hydraulic Excavator w/Backfill Blade, Coupler & 6 | ZX135UC-6N | CDMA16C360200249 | $ 115,000.00 |
| EX-042 | 28 | John Deere 160G - QC | 160G | 1FF160GXJNF058585 | $ 233,760.00 |
| EX-043 | 29 | 2023 CAT Hydraulic Excavator | | WCH30535 | $ 381,453.00 |
| EX-044 | 30 | 2022 CAT Hydraulic Excavator | | WCH03532 | $ 381,453.00 |
| EX-045 | 31 | 2022 CAT 349 Excavator | $ 349.00 | 0RYG20811 | $ 568,550.00 |
| EX-046 | 32 | 2023 CAT 330 | $ 330.00 | CAT00330JWCH40172 | $ 325,850.00 |
| EX-047 | 33 | 2023 CAT 317-07C | 317-07C | CAT00317CTZE20182 | $ 228,900.00 |
| EX-048 | 34 | 2023 CAT 317-07C | 317-07C | CAT00317HTZE20169 | $ 228,900.00 |
| EX-049 | 35 | 2023 Caterpillar Excavator | 330-07 | WCH40252 | $ 325,850.00 |
| EX-050 | 36 | 2023 CAT 352 | $ 352.00 | KXH10656 | $ 553,776.00 |
| EX-051 | 37 | 2024 CAT Hydraulic Excavator | 330-07 | WCH40391 | $ 345,401.00 |
| EX-052 | 38 | 2023 John Deere 160P | 160P | 1FF160PATPF000406 | $ 248,390.00 |
| EX-053 | 39 | 2024 John Deere 160P | 160P | 1FF160PACPF000422 | $ 248,390.00 |
| EX-054 | 40 | 2024 John Deere 300P | 300P | 1FF300PAJRF000388 | $ 336,955.00 |
| EX-055 | 41 | 2024 John Deere 300P | 300P | 1FF300PAKRF000373 | $ 336,955.00 |
| FT-001 | 42 | 2016 Case Tractor | IH MX290 | ZCRD01051 | $ 95,000.00 |
| FT-003 | 43 | 2022 John Deere Scraper Tractor (Stock #80957A) | 9R 590 | 1RW9590DENC076503 | $ 631,016.00 |
| FT-004 | 44 | 2023 John Deere Scraper Tractor (Stock #19406B) | 9R 590 | 1RW9590DEPC081087 | $ 679,427.00 |
| GE-N01 | 45 | Pull behind generator | | M15000170A | $ 12,000.00 |
| LD-007 | 46 | CAT 924K DCA6 - FORKS | 924K | PWR02587 | $ 80,000.00 |
| LD-008 | 47 | 2014 CAT Wheel Loader | 938K | SWL02691 | $ 148,000.00 |
| LD-010 | 49 | 216 Komatsu Wheel Loader w/Forks (S#J000055325-1), 3YD Bucket | WA270-7 | A27498 | $ 60,000.00 |
| LD-011 | 50 | 2016 Komatsu Wheel Loader w/coupler (S#0613-AKR27163), 4YD B | WA320-8 | A74016 | $ 175,000.00 |
| LD-015 | 52 | 2017 Komatsu Wheel Loader w/60" Forks (S#J000066390-1), Couple | WA270-7 | 81498 | $ 60,000.00 |
| LD-019 | 54 | 2018 John Deere Loader w/Forks, Bucket & Coupler | 544K | 1DW544KZCJF687258 | $ 369,800.00 |
| LD-020 | 55 | 2023 John Deere P-Tier Wheel Loader w/QC Forks | 624P / 60X72 | 1DW624PAEPLX19432 / TI | $ 302,100.00 |
| LD-021 | 56 | 2023 John Deere Wheel Loader | 544G-Tier | 1YN544GAPPLA00243 | $ 222,123.00 |
| LD-022 | 57 | 2023 John Deere  Wheel Loader | 544G-Tier | 1YN544GALPLA00199 | $ 222,971.00 |
| LD-023 | 58 | JD 544G | 544G | 1YN544GAEPLA00268 | $ 213,375.00 |
| ME-004 | 59 | 2015 Hitachi Compact Excavator | ZX60U5 | HCMAFC60T00286025 | $ 53,000.00 |
| ME-006 | 61 | 2014 Hitachi Excavator w/Grading Bucket | ZX50US5 | HCMAED60V00281472 | $ 35,000.00 |
| ME-008 | 62 | 2023 CAT 306-07 ACR | 306-7 ACR | 6G607926 | $ 121,784.00 |
| OT-012 | 63 | 2016 Morooka Crawler Carrier Dumper | MST2200 | AR224126 | $ 85,000.00 |
| OT-016 | 64 | 2019 Volvo End Dump | A30G | 742518 | $ 390,000.00 |
| OT-017 | 65 | 2019 Volvo End Dump | A30G | 742531 | $ 390,000.00 |
| OT-018 | 66 | 2020 Volvo Articulated Hauler | A30G | 752013 | $ 405,000.00 |
| OT-019 | 67 | 2020 Volvo Articulated Hauler | A30G | 75024 | $ 405,000.00 |
| OT-020 | 68 | 2022 Volvo Articulated Truck | A30G | 752750/752446 | $ 475,000.00 |
| OT-021 | 69 | 2022 Volvo Articulated Truck | A30G | 752766/752451 | $ 475,000.00 |
| OT-022 | 70 | 2023 Volvo Hauler | A30G | VCE0A30GV00753478 | $ 494,208.00 |
| OT-023 | 71 | 2023 Volvo Hauler | A30G | VCE0A30GP00753524 | $ 494,208.00 |

| ID | No. | Description | Model | Serial | Amount |
|---|---|---|---|---|---|
| OT-024 | 72 | 2024 Volvo A30G | A30G | 753474 | $ 546,148.00 |
| OT-025 | 73 | 2024 Volvo A30G | A30G | 753476 | $ 546,148.00 |
| PP-001 | 74 | 2022 John Deere Four Tire Ejector Scraper (Stock 19194B) | 2412D E | 1T82412EPPD423010 | $ 233,200.00 |
| PP-002 | 75 | 2022 John Deere Four Tire Ejector Scraper (Stock 19214B) | 2412D E | 1T82412EJPD423012 | $ 232,140.00 |
| PP-003 | 76 | 2022 John Deere Four Tire Ejector Scraper (Stock 19218B) | 2412D E | 1T82412ECPD423013 | $ 226,840.00 |
| PP-004 | 77 | 2022 John Deere Four Tire Ejector Scraper (Stock 1922B) | 2412D E | 1T82412EKPD423011 | $ 237,400.00 |
| RC-001 | 78 | 2017 Wirtgen WR25 Cold Recycler | WR 250 | 8WR0191 | $ 458,500.00 |
| RL-003 | 79 | 2015 Caterpillar 84" Smooth Drum Vibratory Compactor | CS56 | C%S01584 | $ 70,000.00 |
| RL-004 | 80 | 2015 Caterpillar 84" Smooth Drum  Vibratory Compactor | CS56B | L8H00936 | $ 95,000.00 |
| RL-005 | 81 | 2015 Hamm 66" Smooth Roller | H7i | H2220226 | $ 73,000.00 |
| RL-006 | 82 | 2015 Caterpillar 84" Smooth Drum  Vibratory Compactor | CS54B | L4H00527 | $ 105,000.00 |
| RL-007 | 83 | 2016 Caterpillar 66" Smooth Drum  Vibratory Roller | CS454B | CS300130 | $ 115,000.00 |
| RL-008 | 84 | 2016 Caterpillar 84" Smooth Drum Vibratory Compactor | CS54B | CS500135 | $ 105,000.00 |
| RL-009 | 85 | 2016 Caterpillar 66" Smooth Drum  Vibratory Compactor | CS44B | CS300129 | $ 115,000.00 |
| RL-010 | 86 | 2019 Hamm Smooth Dirt Roller | H7i | H222-2401 | $ 98,900.00 |
| RL-011 | 87 | 2019 Hamm Smooth Dirt Roller | H7i | H222-2526 | $ 98,900.00 |
| RL-012 | 88 | 2019 Hamm 54" Smooth Roller | H5i | H222-2672 | $ 45,000.00 |
| RL-013 | 89 | 2021 Hamm 84" Smooth Drum Roller | H13i | H267.0097 | $ 136,000.00 |
| RL-014 | 90 | CAT CP563E | CP563E | CATCP563HCNT00421 | $ 47,200.00 |
| SL-013 | 92 | 2019 John Deere Skid Loader | | 1T0318GJKJJ340900 | $ 71,300.00 |
| SL-014 | 93 | CAT 279 Track Skidsteer | $ 279.00 | ORB905749 | $ 94,815.00 |
| SL-015 | 94 | 2023 CAT 289 Skidsteer | $ 289.00 | JX917001 | $ 104,209.00 |
| SL-016 | 95 | 2023 CAT 289 Skidsteer | $ 289.00 | CAT0289DHJX917441 | $ 108,438.00 |
| SL-017 | 96 | 2023 CAT 289 Skidsteer | $ 289.00 | CAT0289DLJX917423 | $ 108,438.00 |
| SL-018 | 97 | 2023 CAT 289 Skidsteer | $ 289.00 | JX917393 | $ 104,209.00 |
| ST-001 | 98 | Osh Kosh Soil Cement Truck | | 10TCDAC325S084486 | $ 189,000.00 |
| TL-007 | 101 | CAT 963-12 | 963-12 | 0LTT00813 | $ 397,506.00 |
| TR-001 | 102 | 33in Trench Roller | | | $ 6,000.00 |
| TR-002 | 103 | Wacker roller | | 9568 | $ 8,000.00 |
| TR-004 | 104 | 2015 3 Wacker Trench Rollers | RTX-82SC2 | 20187029/20184680 | $ 92,250.00 |
| TR-006 | 105 | Wacker roller | | 20184042 | $ 10,000.00 |
| TR-007 | 106 | 2014 Wacker Trench Roller | RT82-SCII | 20261477 | $ 19,000.00 |
| TR-008 | 107 | 2014 Wacker Trench Roller | RT82-SCII | 20261475 | $ 20,000.00 |
| TR-009 | 108 | 2016 Wacker Neuson Trench Roller | RT82-SCIII | 20287929 | $ 20,000.00 |
| TR-010 | 109 | 2016 Wacker Neuson Trench Roller | RT82-SCIII | 20290279 | $ 20,000.00 |
| TR-012 | 110 | Hamm HTC15 Trench Roller | HTC15 | H950.0130 | $ 34,220.00 |
| TR-013 | 111 | Hamm HTC15 Trench Roller | HTC15 | H950.0154 | $ 34,220.00 |
| TR-014 | 112 | Hamm HTC15 Trench Roller | HTC15 | H950.0158 | $ 34,220.00 |
| TR-L23 | 113 | 2013 Hydro Trailer Pressure Washer | T2500E-SS35005 | 1H9BSS188D1120625 | $ 8,500.00 |
| WP-001 | 114 | Gorman 6 inch Pump | | 1301832 | $ 15,000.00 |
| | 115 | 2013 Ford Eagle Pro/2359 Crane | F750 | 3FRXF7FLXDV791015 | $ 150,000.00 |
| | 116 | 2022 Topcon GPS System | MCX3 | 1T0SMGRXTN0000430 | $ 64,529.00 |
| | 117 | 2024 Caterpillar Soil Compactor | 815-11 | J5T00251 | $ 739,440.00 |
| EX-057 | 119 | 2024 CAT Hydraulic Excavator | 317-07GC | ZCF20181 | $ 238,866.00 |
| EX-059 | 120 | 2024 CAT Hydraulic Excavator | 317-07GC | ZCF20176 | $ 238,866.00 |
| EX-058 | 121 | 2024 CAT Hydraulic Excavator | 330-07GC | SCZ40169 | $ 331,206.54 |
| EX-056 | 122 | 2024 CAT Hydraulic Excavator | 330-07GC | SCZ50030 | $ 331,206.54 |
| SL-019 | 123 | 2024 CAT Track Loader | 289D3 | JX919244 | $ 114,824.50 |
| PU-241 | 124 | 2025 Peterbilt Crane Truck | 537 | M736353 | $ 257,894.69 |
| | 125 | 2020 CAT Excavator w/HYD Thumb | 320GC | CAT00320KLKS00125 | $ 133,000.00 |
| | | | | | $ 25,404,302.27 |