# Exhibit 10

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
241211-0958000 S
Lapse Date: 12/11/2029
Date: 12/11/2024
Time: 9:58 AM
Page Count: 3 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mulford Construction Co., Inc. | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 171  Skipjack Rd. | Prince Frederick | MD | 20678 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of CCI | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 Essjay Road, Suite 340 | Williamsville | NY | 14221 | US |

4. COLLATERAL: This financing statement covers the following collateral:
(1) 2015 Hitachi ZX160LCS5 Excavator with Hydraulic Coupler SN AKR26255 1FFDBC70HEE230186 (1) 2016 Caterpillar 336FL Hydraulic Excavator RKB02047 (1) 2016 Komatsu PC228USLC-10 Excavator 2251 (1) 2017 Komatsu PC228USLC-10 Excavator 2942 (1) 2018 Hitachi ZX135UC-6N Hydraulic Excavator with Backfill Blade, Strickland Quick Coupler and 60" Slope Bucket 200249 (1) 2016 Case MX290 Tractor ZCRD01051 (1) 2015 Komatsu WA320-7 Wheel Loader with Coupler SN 284J320, Forks SN J000058952-1, and 3.25CY Bucket SN J000065955-1 80680 (1) 2016 Komatsu WA270-7 Wheel Loader with Forks SN J000055325-1 and 3YD Bucket SN J 000064542-1 A27498 (1) 2016 Komatsu WA380-8 Wheel Loader with Coupler SN 0613-AKR27163, 4Yd Bucket SN J000058792-1 and 60" Forks SN 757J380 A74016 (1) 2017 Komatsu WA270-7 Wheel Loader 81281 (1) 2016 Komatsu WA270-7 Wheel Loader with 60" Forks SN J000066390-1, Coupler AN 438J270 and 3CY Bucket SN 423J270 81498 (1) 2017 Komatsu WA270-8 Wheel

See additional.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
39561 2994 88551

(Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM    UCC-1Ad
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:**  Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

Mulford Construction Co., Inc.

OR

**9b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATION
241211-0958000 S

Date: 12/11/2024
Time: 9:58 AM
Page Count: 3 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:**  Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Loader with Forks SN J000058673-1, 3Yd Bucket SN J000079440-1 and Coupler SN A69669 A28211 (1) 2018 John Deere 544K-II Wheel Loader with Forks, Bucket and Coupler 1DW544KZCJF687258 (1) 2015 Hitachi ZX85USB5 Excavator with Tilting and Ditching Buckets HCMDEF60L00017096 (1) 2014 Hitachi ZX50US5 Excavator with Grading Bucket HCMAED60V00281472 (1) 2016 Morooka MST2200 Crawler Carrier Dumper A224126  and all attachments, accessions, improvements, tooling, replacements, replacement parts, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing.  In addition to the foregoing collateral, all assets now owned or hereafter acquired. Secured Party includes Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of Commercial

See additional.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

(Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM   UCC-1Ad
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| Mulford Construction Co., Inc. |

OR

| 9b. INDIVIDUAL'S SURNAME | |
|---|---|
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

MD DEPT. OF ASSESSMENTS & TAXATION
241211-0958000 S

Date: 12/11/2024
Time: 9:58 AM
Page Count: 3 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Credit, Inc.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: |
|---|---|
| | ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

**17. MISCELLANEOUS:**

(Rev. 07/01/23)

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

⌐CSC

801 Adlai Stevenson Drive

Springfield, IL 62703⌐

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
250122-1642000 S
Date: 1/22/2025
Time: 4:42 PM
Page Count: 3 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $4.50
Total: $29.50
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
241211-0958000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

**AND** Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8. COLLATERAL CHANGE:**   Check only one box:   ☐ ADD collateral   ☐ DELETE collateral   ☒ RESTATE covered collateral   ☐ ASSIGN* collateral

Indicate collateral:   * Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

(1) 2015 Hitachi ZX160LCS5 Excavator with Hydraulic Coupler SN AKR26255 1FFDBC70HEE230186 (1) 2016 Caterpillar 336FL Hydraulic Excavator RKB02047 (1) 2016 Komatsu PC228USLC-10 Excavator 2251 (1) 2017 Komatsu PC228USLC-10 Excavator 2942 (1) 2018 Hitachi ZX135UC-6N Hydraulic Excavator with Backfill Blade, Strickland Quick Coupler and 60" Slope Bucket 200249 (1) 2016 Case MX290 Tractor ZCRD01051 (1) 2015 Komatsu WA320-7 Wheel Loader with Coupler SN 284J320, Forks SN J000058952-1, and 3.25CY Bucket SN J000065955-1 80680 (1) 2016 Komatsu WA270-7 Wheel Loader with Forks SN J000055325-1 and 3YD Bucket SN J 000064542-1 A27498 (1) 2016 Komatsu WA380-8 Wheel Loader with Coupler SN 0613-AKR27163, 4Yd Bucket SN J000058792-1 and 60" Forks SN 757J380 A74016 (1) 2017 Komatsu WA270-7 Wheel Loader 81281 (1) 2016 Komatsu WA270-7 Wheel Loader with 60" Forks SN J000066390-1, Coupler AN 438J270 and 3CY Bucket SN 423J270 81498 (1) 2017 Komatsu WA270-8 Wheel

See additional.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COMMERCIAL CREDIT GROUP INC. ON BEHALF OF ITSELF AND ON BEHALF OF ALL AFFILIATES OF CCI | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
39561 3027 37704

(Rev. 07/01/23)

# UCC-3

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE NUMBER:  Same as item 1a on Amendment form<br>241211-0958000 | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:  Same as item 9 on Amendment form

| | |
|---|---|
| 12a. ORGANIZATION'S NAME<br>COMMERCIAL CREDIT GROUP INC. ON BEHALF OF ITSELF AND ON BEHALF OF ALL AFFILIATES OF CCI | |
| OR  12b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

MD DEPT. OF ASSESSMENTS & TAXATION

250122-1642000  S

Date: 1/22/2025
Time: 4:42 PM
Page Count: 3 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic
Records Access: $4.50
Total: $29.50
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13):  Provide only <u>one</u> Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | | | |
|---|---|---|---|
| 13a. ORGANIZATION'S NAME | | | |
| OR  13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR (CHECK ONE BOX):  [X] ITEM 8 (Collateral)  **OR**  [ ] OTHER INFORMATION (Please Describe)

Loader with Forks SN J000058673-1, 3Yd Bucket SN J000079440-1 and Coupler SN A69669 A28211 (1) 2018 John Deere 544K-II Wheel Loader with Forks, Bucket and Coupler 1DW544KZCJF687258 (1) 2015 Hitachi ZX85USB5 Excavator with Tilting and Ditching Buckets HCMDEF60L00017096 (1) 2014 Hitachi ZX50US5 Excavator with Grading Bucket HCMAED60V00281472 (1) 2016 Morooka MST2200 Crawler Carrier Dumper AR224126  and all attachments, accessions, improvements, tooling, replacements, replacement parts, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing.  In addition to the foregoing collateral, all assets now owned or hereafter acquired. Secured Party includes Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of Commercial

| | |
|---|---|
| 15. This FINANCING STATEMENT AMENDMENT:<br>[ ] covers timber to be cut  [ ] covers as-extracted collateral  [ ] is filed as a fixture filing | 17. Description of real estate: |
| 16. Name and address of a RECORD OWNER of real estate described in item 17<br>(if Debtor does not have a record interest): | |

18. MISCELLANEOUS:

(Rev. 07/01/23)

# UCC-3

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
241211-0958000

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

| | |
|---|---|
| 12a. ORGANIZATION'S NAME | |
| COMMERCIAL CREDIT GROUP INC. ON BEHALF OF ITSELF AND ON BEHALF OF ALL AFFILIATES OF CCI | |

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATION

250122-1642000 S

Date: 1/22/2025
Time: 4:42 PM
Page Count: 3 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic
Records Access: $4.50
Total: $29.50
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only <u>one</u> Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**14. ADDITIONAL SPACE FOR (CHECK ONE BOX):**  [X] ITEM 8 (Collateral)  **OR**  [ ] OTHER INFORMATION (Please Describe)

Credit, Inc.

---

**15. This FINANCING STATEMENT AMENDMENT:**

[ ] covers timber to be cut   [ ] covers as-extracted collateral   [ ] is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17** (if Debtor does not have a record interest):

**17. Description of real estate:**

**18. MISCELLANEOUS:**

(Rev. 07/01/23)