# Exhibit 12

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC

801 Adlai Stevenson Drive

Springfield, IL 62703

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
241211-1027000 S
Lapse Date: 12/11/2029
Date: 12/11/2024
Time: 10:27 AM
Page Count: 2 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mulford Construction Co., Inc. | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 171 Skipjack Rd. | Prince Frederick | MD | 20678 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of CCI | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 Essjay Road, Suite 340 | Williamsville | NY | 14221 | US |

4. COLLATERAL: This financing statement covers the following collateral:
(1) 2015 Caterpillar CS56 84" Smooth Drum Vibratory Compactor C5S01584 (1) 2015 Caterpillar CS56B 84" Smooth Drum Vibratory Compactor L8H00936 (1) 2015 HAMM H7i 66" Smooth Roller H2220226 (1) 2015 Caterpillar CS54B 84" Smooth Drum Vibratory Compactor L4H00527 (1) 2016 Caterpillar CS44B 66" Smooth Drum Vibratory Roller CS300129 (1) 2016 Caterpillar CS54B 84" Smooth Drum Vibratory Compactor CS500135 (1) 2016 Caterpillar CS44B 66" Smooth Drum Vibratory Roller CS300130 (1) 2016 Terex 883 Reclaimer TRX883STJDGG42150 (1) 2016 Caterpillar 299D XHP Skidsteer JST01394 (1) 2017 Ford F750 Water Truck 1FDXF7DC5HDB05725 (1) 2015 Freightliner M2 Water Truck 3ALHCYCY3FDGC1505 (1) 2016 Ford F750 Mechanics Truck 1FDWX7DX6GDA03960 (1) 2016 Ford F750 Dump Truck 1FDNW7DC4GDA03645 (1) 2015 Talbert 55 Ton Trailer 40FSK5137F1034073 (1) 2015 Caterpillar 963 Crawler Loader LCS02300 and all attachments, accessions, improvements, tooling, replacements,

See additional.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
39562 2994 92940

(Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM   UCC-1Ad
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

**Mulford Construction Co., Inc.**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATIONS
241211-1027000

Date: 12/11/2024
Time: 10:27 AM
Page Count: 2 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
replacement parts, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing.  In addition to the foregoing collateral, all assets now owned or hereafter acquired. Secured Party includes Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of Commercial Credit, Inc.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

(Rev. 07/01/23)

Run On: Jan 6, 2026 1:01:30 PM



## Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 1FDXF7DC5HDB05725 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | | | |
| **Organization ID** | 5145 | **Organization Name** | Commercial Credit Group Inc. (NY) |
| **Lien Start** | | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | | **Dealer ID** | |

### Last ELT Transactions

| Received On | |
|---|---|
| 2026-01-06 00:32:58.0 | Add Record - Perfection of Lien |

### Borrower / Lesee Details

**Name**

**Address**

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | | **Make** | |
| **Model** | | **Year** | |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 62013679 | **Title State** | MD |
| **Tag Number** | | **VIN** | 1FDXF7DC5HDB05725 |
| **Status** | UNMATCHED | **Match Date** | |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | MULFORD CONSTRUCTION CO INC | **Lessee** | |
| **Address** | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| **Vehicle Type** | | **Make** | FORD |
| **Model** | | **Year** | 2017 |
| **Mileage** | 7080 | | |
| **Title State** | MD | **Title Number** | 62013679 |
| **Brands** | Gross Vehicle Weight: 33000 | | |

Non On Jan 6, 2026 1 02:11 PM



## Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 3ALHCYCY3FDGC1505 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | | | |
| **Organization ID** | 5145 | **Organization Name** | Commercial Credit Group Inc. (NY) |
| **Lien Start** | | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | | **Dealer ID** | |

---

### Last ELT Transactions

Received On

2026-01-06 00:32:58.0                          Add Record - Perfection of Lien

---

### Borrower / Lesee Details

**Name**

**Address**

---

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | | **Make** | |
| **Model** | | **Year** | |
| **Mileage** | 0 | | |

---

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 62013668 | **Title State** | MD |
| **Tag Number** | | **VIN** | 3ALHCYCY3FDGC1505 |
| **Status** | UNMATCHED | **Match Date** | |
| **Lien Expiration Date** | | **Media Type** | Electronic |

---

### State Information

| | | | |
|---|---|---|---|
| **Name** | MULFORD CONSTRUCTION CO INC | **Lessee** | |
| **Address** | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| **Vehicle Type** | | **Make** | FRHT |
| **Model** | | **Year** | 2015 |
| **Mileage** | 16765 | | |
| **Title State** | MD | **Title Number** | 62013668 |
| **Brands** | | | |



# Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 1FDWX7DX6GDA03960 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | | | |
| **Organization ID** | 5145 | **Organization Name** | Commercial Credit Group Inc. (NY) |
| **Lien Start** | | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | | **Dealer ID** | |

### Last ELT Transactions

Received On
2025-01-15 00:39:27.0

Add Record - Perfection of Lien

### Borrower / Lesee Details

**Name**
**Address**

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | | **Make** | |
| **Model** | | **Year** | |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 60460270 | **Title State** | MD |
| **Tag Number** | | **VIN** | 1FDWX7DX6GDA03960 |
| **Status** | UNMATCHED | **Match Date** | |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | MULFORD CONSTRUCTION CO INC | **Lessee** | |
| **Address** | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| **Vehicle Type** | | **Make** | FORD |
| **Model** | | **Year** | 2016 |
| **Mileage** | 800 | | |
| **Title State** | MD | **Title Number** | 60460270 |
| **Brands** | Gross Vehicle Weight: 26000 | | |

# VINtek

## Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 1FDNW7DC4GDA03645 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | | | |
| **Organization ID** | 5145 | **Organization Name** | Commercial Credit Group Inc. (NY) |
| **Lien Start** | | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | | **Dealer ID** | |

### Last ELT Transactions

Received On
2025-01-15 00:39:27.0

Add Record - Perfection of Lien

### Borrower / Lesee Details

Name
Address

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | | **Make** | |
| **Model** | | **Year** | |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 60460313 | **Title State** | MD |
| **Tag Number** | | **VIN** | 1FDNW7DC4GDA03645 |
| **Status** | UNMATCHED | **Match Date** | |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | MULFORD CONSTRUCTION CO INC | **Lessee** | |
| **Address** | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| **Vehicle Type** | | **Make** | FORD |
| **Model** | | **Year** | 2016 |
| **Mileage** | 320 | | |
| **Title State** | MD | **Title Number** | 60460313 |
| **Brands** | Gross Vehicle Weight: 26000 | | |

# CERTIFICATE OF TITLE

## STATE OF MAINE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 40FSK5137F1034073 | 2015 | TALB | TL | SE | 18125827 |

| NEW / USED | PURCHASE DATE | ISSUE DATE | PRIOR TITLE | ODOMETER |
|---|---|---|---|---|
| USED | 12/11/2024 | 01/30/2025 | 13837622 | |

MAIL TO

**COMMERCIAL CREDIT GROUP INC**
**400 ESSJAY RD STE 340**
**WILLIAMSVILLE, NY   14221**

OWNER(S) NAME AND ADDRESS
**MULFORD CONSTRUCTION CO INC**
**171 SKIPJACK RD**
**PRINCE FREDERICK, MD   20678**

**Secretary of State**  **Bureau of Motor Vehicles**

| FIRST LIENHOLDER | 12/11/2024<br>COMMERCIAL CREDIT GROUP INC<br>400 ESSJAY RD STE 340<br>WILLIAMSVILLE, NY   14221 | FIRST RELEASE | Interest in this vehicle is released by:<br>Signature _____<br>Title _____ Date _____ |
|---|---|---|---|
| SECOND LIENHOLDER | | SECOND RELEASE | Interest in this vehicle is released by:<br>Signature _____<br>Title _____ Date _____ |
| THIRD LIENHOLDER | | THIRD RELEASE | Interest in this vehicle is released by:<br>Signature _____<br>Title _____ Date _____ |

**THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW**
**KEEP IN A SAFE PLACE - NOT IN VEHICLE**

L17467075

**VOID IF ALTERED**