**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| MULFORD CONSTRUCTION CO., INC., | * | Case No.: 26-13271 |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., | |
| Movant, | * |
| | * |
| v. | * |
| MULFORD CONSTRUCTION CO., INC. | * |
| Respondent. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION IN SUPPORT OF MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

I, John Evoy, am over the age of twenty-one (21) years old, and state as follows:

1.  I am an Assistant Vice President and Operations Manager for Commercial Credit Group, Inc. ("CCG").

2.  I have reviewed the accompanying Motion for Relief from Stay (the "Motion"), and all of the facts therein are accurate and correct.

3.  The documents attached to the Motion are genuine and authentic copies of the originals, which are kept and maintained in the ordinary course of CCG's business and operations.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit/Declaration are true and correct to the best of my knowledge, information and belief.

*-signature on following page-*

Commercial Credit Group, Inc.

By: John Evoy, Assistant Vice President and
    Operations Manager