**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

### LINE FILING MONTHLY FEE STATEMENT FOR APRIL 2026
### [TRAXI, LLC]

By this line, counsel for Mulford Construction Co., Inc. (the "Debtor"), the above-captioned debtor and debtors-in-possession, hereby submits the Monthly Fee Statement for the period March 27, 2026 through April 30, 2026 for services rendered and expenses incurred during the period by Traxi LLC ("Traxi") as financial advisors to the Debtor.

Dated: May 30, 2026

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
Megan K. Young, Bar. No. 31978
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9700
Email: rcostella@tydings.com
          dshaffer@tydings.com
          myoung@tydings.com

*Counsel to Mulford Construction Co., Inc.,*
*Debtor and Debtor-in-Possession*

6581381.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of May, 2026, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below.  With the consent of the Office of the United States Trustee, the foregoing was further served via email on Jeanette Rice (jeanette.rice@usdoj.gov).

/s/ *Dennis J. Shaffer*
Dennis J. Shaffer

## ECF Service List:

- **Nathan D. Adler**    nda@nqgrg.com, terry@nqgrg.com
- **Brian E. Barkley**    bbarkley@barkenlaw.com
- **Garrett E. Brierley**    brierley@councilbaradel.com
- **Eugene A Burcher**    eaburcher@thelandlawyers.com
- **Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
- **Richard L. Costella**    rcostella@tydings.com
- **Andrea Campbell Davison**    ADavison@beankinney.com, dadragna@beankinney.com
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, mlindau@watttieder.com
- **Emily Devan**    edevan@milesstockbridge.com
- **Jessica Lynne Duvall**    jduvall@levingann.com, ltress@levingann.com
- **John Tucker Farnum**    jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **John David Folds**    dfolds@bakerdonelson.com, sparson@bakerdonelson.com
- **James Durling Fullerton**    jfullerton@fullertonlaw.com
- **Shawn Haught**    shaught@wardcolaw.com
- **Kevin G. Hroblak**    kevin.hroblak@icemiller.com, madelin.hill@icemiller.com
- **Michael Kalish**    mkalish@thelandlawyers.com, eaburcher@thelandlawyers.com;mandrews@thelandlawyers.com
- **Shanna Kaminski**    skaminski@kaminskilawpllc.com
- **Emmit F Kellar**    ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, mlindau@watttieder.com
- **Michael J. Levin**    mlevin@silvermanthompson.com
- **Andrew Justin Narod**    anarod@bradley.com, tlynch@bradley.com
- **Craig Palik**    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- **Brandy Michelle Rapp**    brapp@whitefordlaw.com
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Eli Robbins**    erobbins@harrisonlawgroup.com, swilson@harrisonlawgroup.com
- **Joel Ruderman**    jruderman@watttieder.com

6581381.2

3

- **Dennis J. Shaffer**    dshaffer@tydings.com
- **Robert G. Shuster**    rob@shusterlaw.com, courts@shusterlaw.com
- **Lisa Yonka Stevens**    lstevens@milesstockbridge.com
- **Andrew C. Stone**    astone@andrewstonelaw.com, r43012@notify.bestcase.com
- **Brent C. Strickland**    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Irving Edward Walker**    iwalker@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
- **Jill C Walters**    jwalters@bakerdonelson.com
- **Megan Young**    myoung@tydings.com

6581381.2

3