**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**MONTHLY FEE STATEMENT OF TRAXI LLC AS FINANCIAL ADVISORS
TO THE DEBTORS FOR SERVICES RENDERED AND EXPENSES INCURRED
FOR THE PERIOD MARCH 27, 2026 THROUGH APRIL 30, 2026**

Name of Applicant:  **Traxi, LLC**

Authorized to Provide Professional Services to: **Mulford Construction Co., Inc.**

Date of Retention: **March 26, 2026**, **pursuant to Order dated May 7, 2026**

Period for Which Compensation and Reimbursement is Sought: **March 27, 2026 through April 30, 2026**

Amount of Compensation Sought as Actual, Reasonable and Necessary: **$75,908.80 (80% of $94,886)**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$0.00**

This is a: **monthly fee statement**.

Dated: May 30, 2026          **TRAXI LLC**

*/s/ Robert J. Iommazzo*
Robert J. Iommazzo
Managing Director
8 Hemlock Drive
Edison New Jersey, 08820
(212) 810-2748
riommazzo@traxi.com

*Financial Advisors to Mulford Construction Co.,
Inc., Debtor and Debtor-in-Possession*

6581381.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY TRAXI LLC AS FINANCIAL ADVISORS TO THE DEBTORS, FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD MARCH 27, 2026 THROUGH APRIL 30, 2026**

In accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals* [Dkt No. 136] (the "Interim Compensation Order") entered by the Court on May 4, 2026, Traxi, LLC ("Traxi"), as financial advisors to Mulford Construction Co., Inc. (the "Debtor"), submit this Statement of Services Rendered and Expenses Incurred for the period March 27, 2026 through April 30, 2026 (the "Statement Period").

**I.     ITEMIZATION OF SERVICES RENDERED BY TRAXI BY PROFESSIONALS:**

1.     The hours devoted to this case by Traxi professionals during the Statement Period, the hourly rate for each professional and the resulting fees are as follows:

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Robert J. Iommazzo | Managing Director | 45.20 | $595.00 | $26,894.00 |
| Anthony Pacchia | Managing Director | 9.60 | $595.00 | $5,712.00 |
| Karthik Rao | Director | 138.40 | $450.00 | $62,280.00 |
| **Totals** | | **193.2** | | **$94,886.00** |

2.     The time records of Traxi submitted herewith, and incorporated herein as **Exhibit A**, consist of a daily breakdown of the time spent by each professional on each day during the Statement Period.

3.     The blended hourly rate for all services rendered by Traxi during the Statement Period is $491.13 per hour.

## II.    ITEMIZATION OF SERVICES BY CATEGORY:

4.      The following services were rendered by Traxi in the service categories indicated:

| Service Category | Hours | Fees Earned |
|---|---|---|
| 1.  Case Administration | 20.6 | $11,372.50 |
| 2.  Business Operations | 27.6 | $16,422.00 |
| 3.  Cash Flow/Other Financial Analysis | 120.6 | $56,024.50 |
| 4.  Retention of Professionals | 0.0 | $0.00 |
| 5.  Cash Collateral | 0.0 | $0.00 |
| 6.  Schedules and SOFA | 0.0 | $0.00 |
| 7.  Plan and Disclosure | 0.0 | $0.00 |
| 8.  DIP Financing | 24.4 | $11,067.00 |
| 9.  Executory Contracts | 0.0 | $0.00 |
| 10. General Litigation | 0.0 | $0.00 |
| 11. Adversary Proceedings | 0.0 | $0.00 |
| **Totals** | **193.2** | **$94,886.00** |

5.      A detailed itemization of the services rendered in each of the above Service Categories is set forth in **Exhibit A**.

6.      During the Statement Period, Traxi did not incur any reimbursable expenses.

## III.    TOTAL SERVICES RENDERED AND DISBURSEMENTS.

7.      The total services rendered and disbursements made, after adjusting for write-offs, are as follows:

| Category | Amount |
|---|---|
| Fees | $94,886.00 |
| Expenses | $0.00 |

6581381.2

3

## IV.   BILLING JUDGMENT ADJUSTMENTS.

8.   In the exercise of billing judgment, Traxi has written off a total of $2,380.00 for the Statement Period, so that the actual fee requested above has already been reduced by approximately 2.5 percent (2.5%) from that which Traxi might otherwise have requested.

## V.   AMOUNT PAYABLE AFTER HOLDBACK

9.   The amount payable to Traxi for the Statement Period, after adjusting for the twenty percent (20%) holdback, is **$75,908.80**.

10.   Traxi respectfully requests that said amount be paid pursuant to the Court's Interim Compensation Order.

Dated: May 30, 2026                    **TRAXI LLC**

*/s/ Robert J. Iommazzo*
Robert J. Iommazzo
Managing Director
8 Hemlock Drive
Edison New Jersey, 08820
(212) 810-2748
riommazzo@traxi.com

*Financial Advisors to Mulford Construction Co.,*
*Inc., Debtor and Debtor-in-Possession*

6581381.2

4