# EXHIBIT A

## Summary

| SUMMARY OF FEES | | | | | |
|---|---|---|---|---|---|
| | PROFESSIONAL | TITLE | RATE | HOURS | FEES |
| RJI | Robert J. Iommazzo | Managing Director | $595.00 | 45.20 | $ 26,894.00 |
| AJP | Anthony Pacchia | Managing Director | $595.00 | 9.60 | $ 5,712.00 |
| KAR | Karthik Rao | Director | $450.00 | 138.40 | $ 62,280.00 |
| | | | | | |
| | | | Totals | | $ 94,886.00 |

Summary of Hours

| | Case Admin. | Business Operations | Cash Flow/other financial analysis | Retention of Prof. | Cash Collateral | Schedules/ SOFA | Plan & Disclosure | DIP Financing | Executory Contracts | Gen'l litigation | Adversary Proceedings | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AJP | 8.1 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.6 |
| RJI | 6.4 | 27.6 | 10.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 45.2 |
| KAR | 6.1 | 0.0 | 108.5 | 0.0 | 0.0 | 0.0 | 0.0 | 23.8 | 0.0 | 0.0 | 0.0 | 138.4 |
| | 20.6 | 27.6 | 120.6 | 0.0 | 0.0 | 0.0 | 0.0 | 24.4 | 0.0 | 0.0 | 0.0 | 193.2 |

Summary of Fees

| | Case Admin. | Business Operations | Cash Flow/other financial analysis | Retention of Prof. | Cash Collateral | Schedules/ SOFA | Plan & Disclosure | DIP Financing | Executory Contracts | Gen'l litigation | Adversary Proceedings | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AJP | $ 4,819.50 | $ - | $ 892.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,712.00 |
| RJI | $ 3,808.00 | $ 16,422.00 | $ 6,307.00 | $ - | $ - | $ - | $ - | $ 357.00 | $ - | $ - | $ - | $ 26,894.00 |
| KAR | $ 2,745.00 | $ - | $ 48,825.00 | $ - | $ - | $ - | $ - | $ 10,710.00 | $ - | $ - | $ - | $ 62,280.00 |
| | $ 11,372.50 | $ 16,422.00 | $ 56,024.50 | $ - | $ - | $ - | $ - | $ 11,067.00 | $ - | $ - | $ - | $ 94,886.00 |

| | MULFORD CONSTRUCTION CORPORATION |
| --- | --- |
| | Traxi, LLC - As Advisors to the Debtor |
| | Professional Services by Project, Professional and Date |
| | For the Period March 27, 2026 to April 30, 2026 |

| Date | Professional | Description | Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| 3/27/2026 | Robert J. Iommazzo | Review of email wording to vendors | 0.20 | $ 119.00 |
| 3/27/2026 | Anthony Pacchia | Document Review | 1.00 | $ 595.00 |
| 3/28/2026 | Robert J. Iommazzo | Call with Kurt, lawyers and Traxi team | 1.60 | $ 952.00 |
| 3/28/2026 | Robert J. Iommazzo | Review of financial statements, 13 week Cash flow, A/R and A/P | 0.90 | $ 535.50 |
| 3/28/2026 | Robert J. Iommazzo | Review of Merchant Cash Advance agreements | 0.50 | $ 297.50 |
| 3/28/2026 | Robert J. Iommazzo | Call with Traxi associate to discuss cash flow | 0.40 | $ 238.00 |
| 3/28/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss situation | 0.30 | $ 178.50 |
| 3/28/2026 | Robert J. Iommazzo | Call with Kurt to discuss vendor issue | 0.10 | $ 59.50 |
| 3/28/2026 | Robert J. Iommazzo | Call with Kurt to discuss and review first pass at critical vendors email | 0.30 | $ 178.50 |
| 3/28/2026 | Robert J. Iommazzo | Review of first draft of cash flow projections | 0.30 | $ 178.50 |
| 3/28/2026 | Anthony Pacchia | Call w/ Team, Doc Rev. | 1.50 | $ 892.50 |
| 3/28/2026 | Anthony Pacchia | Call w/Team | 1.00 | $ 595.00 |
| 3/28/2026 | Karthik A.Rao | Preparation for general request list | 1.80 | $ 810.00 |

| 3/28/2026 | Karthik A.Rao | Document Review | 2.00 | $ | 900.00 |
|---|---|---|---|---|---|
| 3/28/2026 | Karthik A.Rao | Call w/Team | 1.00 | $ | 450.00 |
| 3/29/2026 | Robert J. Iommazzo | Call with Traxi associate to discuss cash flow | 0.20 | $ | 119.00 |
| 3/29/2026 | Robert J. Iommazzo | Email traffic with attorneys | 0.10 | $ | 59.50 |
| 3/29/2026 | Robert J. Iommazzo | Review of messaging to employees and subs | 0.20 | $ | 119.00 |
| 3/29/2026 | Robert J. Iommazzo | Call with Kurt | 0.10 | $ | 59.50 |
| 3/29/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss situation | 0.10 | $ | 59.50 |
| 3/29/2026 | Robert J. Iommazzo | Call with Dennis Shaffer | 0.10 | $ | 59.50 |
| 3/29/2026 | Robert J. Iommazzo | Call with Traxi team and Mulford team re: CF | 2.20 | $ | 1,309.00 |
| 3/29/2026 | Anthony Pacchia | Prepare Employee talking points | 0.80 | $ | 476.00 |
| 3/29/2026 | Karthik A.Rao | Revision to Data Request List | 0.50 | $ | 225.00 |
| 3/30/2026 | Robert J. Iommazzo | Call with Kurt | 0.10 | $ | 59.50 |
| 3/30/2026 | Robert J. Iommazzo | Review of subcontractors and vendor status | 1.00 | $ | 595.00 |
| 3/30/2026 | Robert J. Iommazzo | Emails to attorney re: contractor issue | 0.10 | $ | 59.50 |
| 3/30/2026 | Robert J. Iommazzo | Call with Kurt and subcontractor | 0.10 | $ | 59.50 |
| 3/30/2026 | Anthony Pacchia | Document Review | 1.50 | $ | 892.50 |
| 3/30/2026 | Karthik A.Rao | Drafting of revised TWCF | 2.30 | $ | 1,035.00 |
| 3/30/2026 | Karthik A.Rao | Discussion regarding professional fees/revision to TWCF | 1.30 | $ | 585.00 |
| 3/30/2026 | Karthik A.Rao | TWCF kickoff call | 2.30 | $ | 1,035.00 |

4

| 3/31/2026 | Robert J. Iommazzo | Calls with Kurt re: vendor/customer issues | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 3/31/2026 | Robert J. Iommazzo | Call with IT vendor re: payments and emails | 0.20 | $ | 119.00 |
| 3/31/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss situation | 0.10 | $ | 59.50 |
| 3/31/2026 | Robert J. Iommazzo | Review of first day motions | 0.50 | $ | 297.50 |
| 3/31/2026 | Robert J. Iommazzo | Call Traxi team to discuss cash flow | 0.20 | $ | 119.00 |
| 3/31/2026 | Robert J. Iommazzo | Call with MCC and Traxi team to discuss cash flow | 1.60 | $ | 952.00 |
| 3/31/2026 | Robert J. Iommazzo | Call with Kurt re: subcontractor issue | 0.10 | $ | 59.50 |
| 3/31/2026 | Robert J. Iommazzo | Call with Traxi associate to discuss cash flow | 0.10 | $ | 59.50 |
| 3/31/2026 | Robert J. Iommazzo | Call with Kurt to review sub and vendor issues | 0.80 | $ | 476.00 |
| 3/31/2026 | Robert J. Iommazzo | Call with Kurt re: customer payments | 0.10 | $ | 59.50 |
| 3/31/2026 | Robert J. Iommazzo | Call with MCC and Traxi team to discuss critical vendors | 0.80 | $ | 476.00 |
| 3/31/2026 | Anthony Pacchia | Document Review | 0.50 | $ | 297.50 |
| 3/31/2026 | Karthik A.Rao | TWCF Discussion Call | 0.80 | $ | 360.00 |
| 3/31/2026 | Karthik A.Rao | TWCF Discussion Call (Continuation) | 0.80 | $ | 360.00 |
| 3/31/2026 | Karthik A.Rao | TWCF Discussion Call (Continuation) | 0.80 | $ | 360.00 |
| 3/31/2026 | Karthik A.Rao | TWCF revision in preparation for call | 2.00 | $ | 900.00 |
| 3/31/2026 | Karthik A.Rao | Revision of TWCF | 1.50 | $ | 675.00 |
| 3/31/2026 | Karthik A.Rao | Revision of TWCF and submission to counsel | 2.50 | $ | 1,125.00 |
| 4/1/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss situation | 0.40 | $ | 238.00 |

| 4/1/2026 | Robert J. Iommazzo | Follow up call with Kurt and counsel | 0.60 | $ 357.00 |
|---|---|---|---|---|
| 4/1/2026 | Robert J. Iommazzo | Call with customer re: payments and follow up discussions | 0.60 | $ 357.00 |
| 4/1/2026 | Robert J. Iommazzo | Call with Kurt re: vendors and subcontractors | 0.50 | $ 297.50 |
| 4/1/2026 | Robert J. Iommazzo | Updates on cash flow | 0.50 | $ 297.50 |
| 4/1/2026 | Robert J. Iommazzo | Call with Kurt and counsel regarding the lien process, pre-petition issues | 0.40 | $ 238.00 |
| 4/1/2026 | Robert J. Iommazzo | Review of cash flow updates | 0.20 | $ 119.00 |
| 4/1/2026 | Robert J. Iommazzo | Call with Kurt re: cash flow | 0.10 | $ 59.50 |
| 4/1/2026 | Karthik A.Rao | Revision of TWCF with changes from Company | 1.20 | $ 540.00 |
| 4/2/2026 | Robert J. Iommazzo | Attend virtual court hearing | 0.50 | $ 297.50 |
| 4/2/2026 | Robert J. Iommazzo | Call with Kurt re: CF, AR and AP | 0.20 | $ 119.00 |
| 4/2/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss status and payments | 0.50 | $ 297.50 |
| 4/2/2026 | Robert J. Iommazzo | Follow up with Kurt re: customer progress and work status | 0.30 | $ 178.50 |
| 4/2/2026 | Robert J. Iommazzo | Call with Kurt re: customer status/critical vendor | 0.30 | $ 178.50 |
| 4/2/2026 | Robert J. Iommazzo | Review of AP critical vendor by job | 0.20 | $ 119.00 |
| 4/2/2026 | Anthony Pacchia | Attend virtual Court Hearing | 0.50 | $ 297.50 |
| 4/2/2026 | Karthik A.Rao | Call with Deanna regarding AR | 0.50 | $ 225.00 |
| 4/2/2026 | Karthik A.Rao | Revision of TWCF with reporting functions | 3.60 | $ 1,620.00 |
| 4/3/2026 | Robert J. Iommazzo | Call with Kurt to discuss job status on one customer | 0.10 | $ 59.50 |

6

| 4/3/2026 | Robert J. Iommazzo | Review of several jobs to determine next steps | 0.80 | $ | 476.00 |
|---|---|---|---|---|---|
| 4/3/2026 | Anthony Pacchia | Call w/ Tom Poss and team | 0.20 | $ | 119.00 |
| 4/3/2026 | Karthik A.Rao | Review of AP data provided by Company | 1.20 | $ | 540.00 |
| 4/3/2026 | Karthik A.Rao | Preparation of critical vendor data for schedule | 1.50 | $ | 675.00 |
| 4/3/2026 | Karthik A.Rao | Preparation of critical vendor schedule | 2.20 | $ | 990.00 |
| 4/3/2026 | Karthik A.Rao | Preparation of Brandywine critical vendor analysis | 1.60 | $ | 720.00 |
| 4/4/2026 | Karthik A.Rao | Update of Critical Vendor Analysis to include Harmony at Laurel | 0.70 | $ | 315.00 |
| 4/5/2026 | Karthik A.Rao | Preparation of Accounts Receivable analysis | 2.80 | $ | 1,260.00 |
| 4/6/2026 | Robert J. Iommazzo | Zoom call re: lien status on various jobs | 0.90 | $ | 535.50 |
| 4/6/2026 | Robert J. Iommazzo | Call with sub-contractor re: bond status, retainage payment | 0.30 | $ | 178.50 |
| 4/6/2026 | Robert J. Iommazzo | Follow up emails and call with counsel | 0.20 | $ | 119.00 |
| 4/6/2026 | Robert J. Iommazzo | Email with counsel re: critical vendors status | 0.10 | $ | 59.50 |
| 4/6/2026 | Robert J. Iommazzo | Review of analysis of jobs identifying critical and non-critical vendors | 0.90 | $ | 535.50 |
| 4/6/2026 | Karthik A.Rao | Update of Critical Vendor Analysis to include additional critical vendors | 0.80 | $ | 360.00 |
| 4/6/2026 | Karthik A.Rao | Call with Company and counsel to discuss critical vendors | 0.80 | $ | 360.00 |
| 4/6/2026 | Karthik A.Rao | Prepare response to Nfusion Capital DRL | 0.80 | $ | 360.00 |
| 4/6/2026 | Karthik A.Rao | Prepare Job Analysis workbook | 2.80 | $ | 1,260.00 |
| 4/7/2026 | Robert J. Iommazzo | Call with Kurt re: subcontractor issue | 0.10 | $ | 59.50 |

| 4/7/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss status of job | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 4/7/2026 | Robert J. Iommazzo | Call with counsel and Kurt | 0.50 | $ | 297.50 |
| 4/7/2026 | Robert J. Iommazzo | Calls with several sub-contractors to discuss their situation | 0.50 | $ | 297.50 |
| 4/7/2026 | Karthik A.Rao | Prepared AR and AP schedules in response to Nfusion Capital request | 8.10 | $ | 3,645.00 |
| 4/8/2026 | Robert J. Iommazzo | Traxi  engagement statement review and signature | 0.10 | $ | 59.50 |
| 4/8/2026 | Robert J. Iommazzo | Traxi internal call re: CF | 0.00 | $ | - |
| 4/8/2026 | Robert J. Iommazzo | Review of vendors being considered for critical vendor status | 0.30 | $ | 178.50 |
| 4/8/2026 | Robert J. Iommazzo | Call to review sub-contractors issues by reviewing each sub | 2.50 | $ | 1,487.50 |
| 4/8/2026 | Robert J. Iommazzo | Review of updated CF | 0.30 | $ | 178.50 |
| 4/8/2026 | Karthik A.Rao | Phone call with Brendan/Bob regarding TWCF | 0.40 | $ | 180.00 |
| 4/8/2026 | Karthik A.Rao | Revision of TWCF | 0.80 | $ | 360.00 |
| 4/8/2026 | Karthik A.Rao | Revise Job Analysis workbook | 3.50 | $ | 1,575.00 |
| 4/9/2026 | Robert J. Iommazzo | Call with sub-contractor re: status of work | 0.30 | $ | 178.50 |
| 4/9/2026 | Robert J. Iommazzo | Call with Kurt and counsel re: sub-contractor issues | 0.40 | $ | 238.00 |
| 4/9/2026 | Robert J. Iommazzo | Preparation of critical vendor documentation | 0.50 | $ | 297.50 |
| 4/9/2026 | Karthik A.Rao | Complete work on Nfusion Data Requests | 5.10 | $ | 2,295.00 |
| 4/10/2026 | Robert J. Iommazzo | Call with sub-contractor re: their payment status | 0.20 | $ | 119.00 |
| 4/10/2026 | Robert J. Iommazzo | Call with sub-contractor to discuss their concerns | 0.70 | $ | 416.50 |

8

| 4/10/2026 | Robert J. Iommazzo | Emails with counsel and Kurt re: subs | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 4/10/2026 | Karthik A.Rao | Prepare  AP/AR responses | 1.10 | $ | 495.00 |
| 4/10/2026 | Karthik A.Rao | Update TWCF | 1.10 | $ | 495.00 |
| 4/11/2026 | Robert J. Iommazzo | Call with counsel for sub contractor to discuss payments | 0.20 | $ | 119.00 |
| 4/11/2026 | Robert J. Iommazzo | Call with Kurt and counsel to discuss construction trust payments | 0.90 | $ | 535.50 |
| 4/12/2026 | Robert J. Iommazzo | Emails re DIP financing | 0.20 | $ | 119.00 |
| 4/12/2026 | Karthik A.Rao | Response to new data request | 0.20 | $ | 90.00 |
| 4/13/2026 | Robert J. Iommazzo | Call with Kurt re: subcontractors issue | 0.20 | $ | 119.00 |
| 4/13/2026 | Robert J. Iommazzo | Profitability analysis of one customer | 0.10 | $ | 59.50 |
| 4/13/2026 | Robert J. Iommazzo | Emails re: payments | 0.10 | $ | 59.50 |
| 4/13/2026 | Robert J. Iommazzo | Call with sub-contractor re: status of work | 0.30 | $ | 178.50 |
| 4/13/2026 | Robert J. Iommazzo | Discussion with Kurt re: payments due to construction trust fund | 0.20 | $ | 119.00 |
| 4/13/2026 | Karthik A.Rao | Work on AP Job listing by open jobs/critical vendors | 4.10 | $ | 1,845.00 |
| 4/14/2026 | Robert J. Iommazzo | Review of payments to several sub-contractors | 0.30 | $ | 178.50 |
| 4/14/2026 | Robert J. Iommazzo | Follow up discussions with counsel and Kurt | 0.20 | $ | 119.00 |
| 4/14/2026 | Robert J. Iommazzo | Follow up call with subcontractor | 0.10 | $ | 59.50 |
| 4/14/2026 | Karthik A.Rao | Complete work on AP Job listing by open jobs/critical vendors | 6.10 | $ | 2,745.00 |
| 4/14/2026 | Karthik A.Rao | Compile response to Nfusion data request | 0.80 | $ | 360.00 |
| 4/15/2026 | Robert J. Iommazzo | Call with sub-contractors | 0.20 | $ | 119.00 |

| 4/15/2026 | Robert J. Iommazzo | Emails with various subcontractors and vendors | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 4/15/2026 | Robert J. Iommazzo | Call with Traxi associate to discuss cash flow | 0.10 | $ | 59.50 |
| 4/15/2026 | Karthik A.Rao | Compile additional data for Nfusion and complete loan application | 1.90 | $ | 855.00 |
| 4/15/2026 | Karthik A.Rao | Follow-up phone call with Alexandra Scoggin of Nfusion regarding loan application | 0.50 | $ | 225.00 |
| 4/16/2026 | Robert J. Iommazzo | Call with sub-contractor's counsel re: status | 0.10 | $ | 59.50 |
| 4/16/2026 | Robert J. Iommazzo | Calls with various subcontractors re: payment status | 0.20 | $ | 119.00 |
| 4/16/2026 | Robert J. Iommazzo | Emails regarding responses to subcontractors questions | 0.10 | $ | 59.50 |
| 4/16/2026 | Karthik A.Rao | Update TWCF with vendor information after critical vendor talks | 3.30 | $ | 1,485.00 |
| 4/16/2026 | Karthik A.Rao | Finalize response to Nfusion Capital | 0.90 | $ | 405.00 |
| 4/17/2026 | Robert J. Iommazzo | Call with Kurt and Traxi team to discuss CF | 1.00 | $ | 595.00 |
| 4/17/2026 | Robert J. Iommazzo | Call with counsel and counsel for contractor | 0.30 | $ | 178.50 |
| 4/17/2026 | Robert J. Iommazzo | Emails with subcontractors re: payment status | 0.20 | $ | 119.00 |
| 4/17/2026 | Robert J. Iommazzo | Emails regarding potential DIP financing | 0.20 | $ | 119.00 |
| 4/17/2026 | Anthony Pacchia | Call w/ KF and Traxi team re: CF | 1.00 | $ | 595.00 |
| 4/17/2026 | Karthik A.Rao | Call with A Scruggs of Nfusion Capital | 0.90 | $ | 405.00 |
| 4/17/2026 | Karthik A.Rao | Responses to Nfusion Capital new requests | 1.90 | $ | 855.00 |
| 4/17/2026 | Karthik A.Rao | Beltsville Logistics Analysis | 2.10 | $ | 945.00 |
| 4/19/2026 | Karthik A.Rao | Clean-up of TWCF model in preparation for call with Bob and Kurt | 3.80 | $ | 1,710.00 |

10

| 4/20/2026 | Robert J. Iommazzo | Call with subcontractor's counsel re: status | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 4/20/2026 | Robert J. Iommazzo | Calls with various subcontractors re: payment status | 0.30 | $ | 178.50 |
| 4/20/2026 | Robert J. Iommazzo | Review with Kurt of each job to adjust CF | 1.50 | $ | 892.50 |
| 4/20/2026 | Robert J. Iommazzo | Call with Kurt re: payments and emails regarding same | 0.30 | $ | 178.50 |
| 4/20/2026 | Robert J. Iommazzo | Call with sub-contractor re: payments | 0.10 | $ | 59.50 |
| 4/20/2026 | Robert J. Iommazzo | Calls with customer re: joint checks and payment status | 0.40 | $ | 238.00 |
| 4/20/2026 | Karthik A.Rao | Prep for TWCF call with Kurt and Bob | 0.60 | $ | 270.00 |
| 4/20/2026 | Karthik A.Rao | Phone call with Kurt Folwer and Bob Iommazzo regarding TWCF | 2.00 | $ | 900.00 |
| 4/20/2026 | Karthik A.Rao | Update of TWCF to incorporate changes discussed on call | 2.10 | $ | 945.00 |
| 4/20/2026 | Karthik A.Rao | Update TWCF to include additional forecast weeks, clean up formulas, etc. | 3.30 | $ | 1,485.00 |
| 4/21/2026 | Robert J. Iommazzo | Review of revised CF | 0.50 | $ | 297.50 |
| 4/21/2026 | Robert J. Iommazzo | Call with Kurt and Traxi team to adjust CF | 1.00 | $ | 595.00 |
| 4/21/2026 | Robert J. Iommazzo | Emails with vendors and subcontractors | 0.20 | $ | 119.00 |
| 4/21/2026 | Karthik A.Rao | Update TWCF prior to call with Company | 1.00 | $ | 450.00 |
| 4/21/2026 | Karthik A.Rao | Call with Company management re:  TWCF | 2.30 | $ | 1,035.00 |
| 4/21/2026 | Karthik A.Rao | Update TWCF to incorporate Company input | 2.10 | $ | 945.00 |
| 4/21/2026 | Karthik A.Rao | Comparison of model to previous model | 2.00 | $ | 900.00 |
| 4/22/2026 | Robert J. Iommazzo | Call with Kurt re: payments and emails regarding same | 0.10 | $ | 59.50 |

11

| 4/22/2026 | Robert J. Iommazzo | Call with team to review payment status | 0.20 | $ | 119.00 |
|---|---|---|---|---|---|
| 4/22/2026 | Robert J. Iommazzo | Call with subcontractor re: payments | 0.40 | $ | 238.00 |
| 4/22/2026 | Robert J. Iommazzo | Call with counsel and Kurt re: payments | 0.20 | $ | 119.00 |
| 4/22/2026 | Robert J. Iommazzo | Call with subcontractor re:payment status | 0.70 | $ | 416.50 |
| 4/22/2026 | Karthik A.Rao | Update TWCF with new data from Company | 3.10 | $ | 1,395.00 |
| 4/22/2026 | Karthik A.Rao | Prepare Beltsville Analysis | 1.10 | $ | 495.00 |
| 4/22/2026 | Karthik A.Rao | Update TWCF after call with Deanna in morning | 1.20 | $ | 540.00 |
| 4/23/2026 | Robert J. Iommazzo | Email re: subcontractor payment | 0.10 | $ | 59.50 |
| 4/23/2026 | Robert J. Iommazzo | Call with Kurt on updates of receipts | 0.10 | $ | 59.50 |
| 4/23/2026 | Anthony Pacchia | Call w. counsel re Traxi retention motion | 0.10 | $ | 59.50 |
| 4/23/2026 | Karthik A.Rao | Preparation of deck for NFusion | 3.60 | $ | 1,620.00 |
| 4/23/2026 | Karthik A.Rao | Update of Model with new data | 3.90 | $ | 1,755.00 |
| 4/23/2026 | Karthik A.Rao | Phone calls with Company to discuss changes to model/updates | 0.70 | $ | 315.00 |
| 4/24/2026 | Karthik A.Rao | Phone call with Andy Kuhn re:  projections | 0.50 | $ | 225.00 |
| 4/24/2026 | Karthik A.Rao | Update model to incorporate last two weeks of July and August-October on monthly basis | 3.40 | $ | 1,530.00 |
| 4/24/2026 | Karthik A.Rao | Phone call with Alexandra Scoggins | 0.20 | $ | 90.00 |
| 4/24/2026 | Karthik A.Rao | Drafting and transmission of Critical Vendor List to NFusion | 0.40 | $ | 180.00 |
| 4/24/2026 | Karthik A.Rao | Revision of BA model and drafting of memorandum comparing new model to old | 3.80 | $ | 1,710.00 |

12

| 4/25/2026 | Anthony Pacchia | Call w. team regarding MCC Job Analysis | 1.50 | $ | 892.50 |
|---|---|---|---|---|---|
| 4/25/2026 | Karthik A.Rao | Job Analysis by Critical Vendor/Non Critical Vendor and All build out and installation in overall model | 3.20 | $ | 1,440.00 |
| 4/26/2026 | Robert J. Iommazzo | Review of job by job cost and profitability with Kurt and Traxi | 1.70 | $ | 1,011.50 |
| 4/26/2026 | Karthik A.Rao | Update model with Gross Margin analysis by job | 2.60 | $ | 1,170.00 |
| 4/26/2026 | Karthik A.Rao | Phone conversations with Bob Iommazzo regarding model and reporting strategy | 0.90 | $ | 405.00 |
| 4/27/2026 | Robert J. Iommazzo | Call with Kurt on various payment updates | 0.10 | $ | 59.50 |
| 4/27/2026 | Robert J. Iommazzo | Call regarding status of various contractor issues and payments | 0.30 | $ | 178.50 |
| 4/27/2026 | Robert J. Iommazzo | Teams meeting with counsel and Kurt | 0.40 | $ | 238.00 |
| 4/27/2026 | Robert J. Iommazzo | 341 Hearing remotely | 0.70 | $ | 416.50 |
| 4/27/2026 | Karthik A.Rao | Phone conversation with MCC and team regarding cash flow | 1.50 | $ | 675.00 |
| 4/27/2026 | Karthik A.Rao | Update cash flow model with new critical vendors, critical vendor payments and sent to MCC team for actual data input | 1.60 | $ | 720.00 |
| 4/27/2026 | Karthik A.Rao | Phone call with Andy Kuhn re:  updates to model | 0.80 | $ | 360.00 |
| 4/27/2026 | Karthik A.Rao | Clean up of model and sent to B Iommazzo to discuss next steps | 0.40 | $ | 180.00 |
| 4/27/2026 | Karthik A.Rao | Phone call with B Iommazzo to discuss model and next steps | 0.30 | $ | 135.00 |
| 4/28/2026 | Robert J. Iommazzo | Call with Kurt re: contractor | 0.10 | $ | 59.50 |
| 4/28/2026 | Robert J. Iommazzo | Call with contractor's counsel re: payments | 0.20 | $ | 119.00 |
| 4/28/2026 | Robert J. Iommazzo | Call with potential DIP lender | 0.20 | $ | 119.00 |

| 4/28/2026 | Robert J. Iommazzo | Emails re: joint checks for one contractor and respective sub | 0.30 | $ | 178.50 |
|---|---|---|---|---|---|
| 4/28/2026 | Robert J. Iommazzo | Call with counsel | 0.10 | $ | 59.50 |
| 4/28/2026 | Karthik A.Rao | Phone call with Andy Kuhn and updating of TWCF with payroll impact of crew leaving company and revised estimates of payroll taxes | 1.00 | $ | 450.00 |
| 4/29/2026 | Robert J. Iommazzo | Review of CF updates | 0.20 | $ | 119.00 |
| 4/29/2026 | Robert J. Iommazzo | Emails re: several sub contractors | 0.10 | $ | 59.50 |
| 4/29/2026 | Karthik A.Rao | Phone calls with South Star and Central Bank of Houston regarding potential DIP lending | 2.10 | $ | 945.00 |
| 4/30/2026 | Robert J. Iommazzo | Call with sub-contractor | 0.10 | $ | 59.50 |
| | | **Total** | **193.20** | **$** | **94,886.00** |