**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**STIPULATION EXTENDING DEBTOR'S DEADLINE TO RESPOND TO COMMERCIAL CREDIT GROUP, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362(a) AND MEMORANDUM IN SUPPORT THEREOF**

Mulford Construction Co., Inc. (the "Debtor"), the above-captioned debtor and debtor in possession, and Commercial Credit Group, Inc. ("CCG") have stipulated that the deadline for the Debtor to respond CCG's *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362(a) and Memorandum in Support Thereof* [Dkt. No. 185] shall be extended to June 19, 2026.


*/s/ Stephen B. Gerald*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
Stephen B. Gerald, Bar No. 26590
Megan K. Young, Bar. No. 31978
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9700
rcostella@tydings.com
dshaffer@tydings.com
sgerald@tydings.com
myoung@tydings.com

*Counsel to Mulford Construction Co., Inc., Debtor and Debtor-in-Possession*

*/s/ Jessica L. Duvall*
Stanford G. Gann, Jr., Bar No. 07680
Jessica L. Duvall, Bar No. 21241
Levin Gann PA
1 West Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
(410) 321-4666
sgannjr@levingann.com
jduvall@levingann.com

*Counsel to Commercial Credit Group. Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2026, a copy of the foregoing *Stipulation* was served electronically on all parties registered to receive service via ECF:

- **Nathan D. Adler** nda@nqgrg.com, terry@nqgrg.com
- **Brian E. Barkley** bbarkley@barkenlaw.com
- **Garrett E. Brierley** brierley@councilbaradel.com
- **Eugene A Burcher** eaburcher@thelandlawyers.com
- **Aaron L. Casagrande** Aaron.casagrande@Icemiller.com
- **Richard L. Costella** rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- **Andrea Campbell Davison** ADavison@beankinney.com, dadragna@beankinney.com
- **Marguerite Lee DeVoll** mdevoll@watttieder.com, mlindau@watttieder.com
- **Emily Devan** edevan@milesstockbridge.com
- **Jessica Lynne Duvall** jduvall@levingann.com, ltress@levingann.com
- **Mark Edelson** medelson@silvermanthompson.com, dlawal@mdattorney.com
- **John Tucker Farnum** jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **John David Folds** dfolds@bakerdonelson.com, sparson@bakerdonelson.com
- **James Durling Fullerton** jfullerton@fullertonlaw.com
- **Shawn Haught** shaught@wardcolaw.com
- **Kevin G. Hroblak** kevin.hroblak@icemiller.com, madelin.hill@icemiller.com
- **Darnell E. Ingram** darnell@deingram.com
- **Michael Kalish** mkalish@thelandlawyers.com, eaburcher@thelandlawyers.com;mandrews@thelandlawyers.com
- **Shanna Kaminski** skaminski@kaminskilawpllc.com
- **Emmit F Kellar** ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
- **Nicole C. Kenworthy** bdept@mrrlaw.net
- **Jennifer Larkin Kneeland** jkneeland@watttieder.com, mlindau@watttieder.com
- **Michael J. Levin** mlevin@silvermanthompson.com
- **Pierce C Murphy** pmurphy@mdattorney.com, efiling@silvermanthompson.com
- **Andrew Justin Narod** anarod@bradley.com, tlynch@bradley.com
- **Craig Palik** cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- **Brandy Michelle Rapp** brapp@whitefordlaw.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Eli Robbins** erobbins@harrisonlawgroup.com, swilson@harrisonlawgroup.com
- **Joel Ruderman** jruderman@watttieder.com
- **Dennis J. Shaffer** dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- **Robert G. Shuster** rob@shusterlaw.com, courts@shusterlaw.com
- **Howard S. Stevens** hstevens@pascalestevens.com
- **Lisa Yonka Stevens** lstevens@milesstockbridge.com
- **Andrew C. Stone** astone@andrewstonelaw.com, r43012@notify.bestcase.com
- **Brent C. Strickland** bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV
- **Jill C Walters** jwalters@bakerdonelson.com
- **Megan Young** myoung@tydings.com

*/s/ Stephen B. Gerald*
Stephen B. Gerald