UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mulford Construction Co., Inc. | ) | Case No. 26-13271 |
| | ) | |
| Debtor(s) | ) | Chapter 11 |
| | ) | |
| | ) | Judge Lori Simpson |
| | ) | |

**NOTICE OF WITHDRAWAL PROOF OF CLAIM**

**NOW COMES** Lifetime Funding LLC and hereby withdraws Claim 93-1 as Creditor #33209799. The Proof of Claim filed July 17, 2026, is a duplicate filing, filed in error.

Respectfully submitted,

MAURICE WUTSCHER LLP

By: /s/Alan C. Hochheiser______________

Alan C. Hochheiser
OH Bar No. 0041222
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
ahochheiser@mauricewutscher.com

*Attorney for Lifetime Funding LLC*

CERTIFICATE OF SERVICE

I, Alan C. Hochheiser, do hereby certify that on July 17th, 2026, copies of the foregoing pleading were served upon the parties via ECF.

| | |
|---|---|
| Megan Young<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, MD 21202 | Richard L. Costella<br>Tydings & Rosenberg LLP<br>One E. Pratt Street, Suite 901<br>Baltimore, MD 21202 |
| L. Jeanette Rice<br>Office of the U. S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770 | Stephen B. Gerald<br>Tydings & Rosenberg LLP<br>200 Continental Drive, Suite 401<br>Newark, DE 19713 |
| US Trustee – Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770 | Dennis J. Shaffer<br>Tydings & Rosenberg<br>1 E Pratt Street, Suite 901<br>Baltimore, MD 21202 |

Date: July 17, 2026

By:/s/ Alan C. Hochheiser
Alan C. Hochheiser
Ohio Bar No. 0041222
MAURICE WUTSCHER LLP

*Attorney for Lifetime Funding LLC*