# Exhibit B

Mulford Construction Corp.
Projected Cash Flow Model
July 24, 2026
All figures in $

| | Wk.1 31-Jul Proj. | Wk.2 7-Aug Proj. | Wk.3 14-Aug Proj. | Wk.4 21-Aug Proj. | Wk.5 28-Aug Proj. | Wk.6 4-Sep Proj. | Wk.7 11-Sep Proj. | Wk.8 18-Sep Proj. | Total Wk.1 - Wk.8 Proj. |
|---|---|---|---|---|---|---|---|---|---|
| Cash Balance (Beg.) | $ 14,725 | $ 203,253 | $ 204,497 | $ 460,526 | $ 555,851 | $ 611,176 | $ 986,352 | $ 1,026,177 | $ 14,725 |
| **Receipts** | | | | | | | | | |
| Customer Receipts | 511,613 | 31,567 | 531,113 | 150,000 | 225,000 | 300,000 | 300,000 | 300,000 | **2,349,292** |
| Other Receipts (Note 1) | - | - | - | 185,000 | | 350,000 | - | - | **535,000** |
| DIP Loan Proceeds | - | 400,000 | - | - | - | - | - | - | **400,000** |
| **Total Receipts** | **511,613** | **431,567** | **531,113** | **335,000** | **225,000** | **650,000** | **300,000** | **300,000** | **3,284,292** |
| **Disbursements** | | | | | | | | | |
| **Payroll, Benefits, and Other HR Expenses** | | | | | | | | | |
| Gross Payroll | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | (95,000) | **(760,000)** |
| Payroll Taxes | (34,675) | (34,675) | (34,675) | (34,675) | (34,675) | (34,675) | (34,675) | (34,675) | **(277,400)** |
| Benefit Payments - Healthcare | - | (8,000) | (2,908) | - | - | - | (8,000) | (26,908) | **(45,816)** |
| **Subtotal - Payroll, Benefits, and Other HR Expenses** | **(129,675)** | **(137,675)** | **(132,583)** | **(129,675)** | **(129,675)** | **(129,675)** | **(137,675)** | **(156,583)** | **(1,083,216)** |
| **Operating Disbursements** | | | | | | | | | |
| Materials | (20,000) | (20,000) | (22,500) | (15,000) | (22,500) | (22,500) | (22,500) | (20,000) | **(165,000)** |
| Rental Equipment/Fuel/Repair | (12,500) | (12,500) | (15,000) | (10,000) | (12,500) | (12,500) | (15,000) | (10,000) | **(100,000)** |
| **Subtotal - Operating Disbursements** | **(32,500)** | **(32,500)** | **(37,500)** | **(25,000)** | **(35,000)** | **(35,000)** | **(37,500)** | **(30,000)** | **(265,000)** |
| **Utilities and Information Technology Disbursements** | | | | | | | | | |
| Utilities | - | (1,000) | - | - | - | (1,000) | - | - | **(2,000)** |
| Information Technology | - | (9,149) | - | - | - | (9,149) | - | - | **(18,298)** |
| **Subtotal - Utilities and Information Technology Disbursements** | **-** | **(10,149)** | **-** | **-** | **-** | **(10,149)** | **-** | **-** | **(20,298)** |
| **Equipment, Office and Other Disbursements** | | | | | | | | | |
| Equipment Lease/Financing Payments | - | | (65,000) | | - | | | (65,000) | **(130,000)** |
| Office Leases | - | - | | | | | | - | **-** |
| Other Disbursements | (5,000) | (250,000) | (5,000) | (5,000) | (5,000) | (100,000) | (5,000) | (5,000) | **(380,000)** |
| **Subtotal - Equipment, Office and Other Disbursements** | **(5,000)** | **(250,000)** | **(70,000)** | **(5,000)** | **(5,000)** | **(100,000)** | **(5,000)** | **(70,000)** | **(510,000)** |
| **Chapter 11 Professional Fees** | | | | | | | | | |
| Legal Fees (Note 2) | (80,000) | - | - | (40,000) | - | - | (40,000) | - | **(160,000)** |
| Financial Advisory Fees (Note 3) | (75,909) | - | - | (40,000) | - | - | (40,000) | - | **(155,909)** |
| Bankruptcy Trustee Fees | | - | (35,000) | - | - | - | - | - | **(35,000)** |
| Other Chapter 11 Professional Fees | - | - | - | - | - | - | - | - | **-** |
| **Subtotal - Chapter 11 Professional Fees** | **(155,909)** | **-** | **(35,000)** | **(80,000)** | **-** | **-** | **(80,000)** | **-** | **(350,909)** |
| **Total Disbursements** | **(323,084)** | **(430,324)** | **(275,083)** | **(239,675)** | **(169,675)** | **(274,824)** | **(260,175)** | **(256,583)** | **(2,229,423)** |
| **Change in Cash** | **188,529** | **1,243** | **256,030** | **95,325** | **55,325** | **375,176** | **39,825** | **43,417** | **1,054,870** |
| **Cash Balance (End)** | **$ 203,253** | **$ 204,497** | **$ 460,526** | **$ 555,851** | **$ 611,176** | **$ 986,352** | **$ 1,026,177** | **$ 1,069,594** | **$ 1,069,594** |

| Notes | |
|---|---|
| Note 1 | Other receipts comprise proceeds from the sales of Company vehicles as well as advance payments for a project expected to commence in August 2026 |
| Note 2 | Fees for Mulford Construction Corporation's legal advisors are shown at 80%. They received a retainer of $98,262 |
| Note 3 | Fees for Traxi, LLC, Mulford Construction Corporation's financial advisors, are shown at 80%. They received a retainer of $30,000 |