**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**NOTICE OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER: (I)
AUTHORIZING AND APPROVING POST-PETITION SECURED FINANCING, (II)
GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE
EXPENSE STATUS, (III) AUTHORIZING USE OF CASH
COLLATERAL, AND (IV) MODIFYING THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE THAT** on July 27, 2026, Mulford Construction Co., Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Emergency Motion for Entry of Order: (I) Authorizing and Approving Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, and (IV) Modifying The Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Debtor seeks the entry of an interim and final order authorizing the Debtor to enter into a DIP Credit Facility with Kurt Fowler, as lender.[1]  The Debtor will grant the Lender certain security interests on post-petition assets and junior liens on pre-petition assets with established liens, and superpriority administrative expense status for the use of the funds provided under the DIP Credit Facility (Exhibit A to the Motion) and use of Cash Collateral.  The DIP Credit Facility is in the amount of $400,000 and has an interest rate of 10% with a default interest rate of 12%.  The funds will be used to operate the Debtor's business in the ordinary course plus such other expenses that may be approved by the Court as set forth in the Budget (Exhibit B to the Motion).  Interest payments shall be payable monthly on the first day of each month, commencing on September 1, 2026 and continuing on the first day of each successive month thereafter until the Maturity Date. Payments of all unpaid principal, accrued interest and any other fees contemplated hereby shall be due and payable in full on the Maturity Date, which is December 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must contain a complete specification of the legal and factual grounds upon which it is based. If no objections are filed, the Court may, in its discretion, enter an order approving the Motion without a hearing. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Following the Courts approval of the Motion, the Debtor will consummate the transactions approved thereby without further notice or order of Court. All persons or entities receiving this Notice will be bound by the terms and conditions of the Order approving the Motion.

---

[1]  Capitalized terms undefined herein shall have the meanings ascribed to them in the Motion.

6618292.1

**PLEASE TAKE FURTHER NOTICE THAT THE COURT HAS SET A HEARING DATE AND TIME FOR AUGUST 17, 2026 at 3:00 P.M. WITH AN OBJECTION DEADLINE OF AUGUST 10, 2026.**

**PLEASE TAKE FURTHER NOTICE, THAT THE DEBTOR HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING *SEEKING RELIEF ON AN INTERIM BASIS*, WITH THE PROPOSED OBJECTION DEADLINE FOR JULY 31, 2026 at 12:00 P.M. AND AN INTERIM HEARING FOR AUGUST 3, 2026 at 2:00 P.M. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE AS PROVIDED IN SUCH ORDER.**

Dated: July 27, 2026

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
Megan K. Young, Bar. No. 31978
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone (410) 752-9700
Email: rcostella@tydings.com
        dshaffer@tydings.com
        myoung@tydings.com

*Counsel to Mulford Construction Co., Inc.*
*Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2026, the foregoing was served by first class mail or electronic mail, as indicated therein, upon the parties on the attached service list and via the Court's CM/ECF filing system on the parties set forth below:

### ECF Service List

**Nathan D. Adler**    nda@nqgrg.com, terry@nqgrg.com
**Brian E. Barkley**    bbarkley@barkenlaw.com
**Jodie E. Bekman**    jbekman@gfrlaw.com, dferguson@gfrlaw.com
**Garrett E. Brierley**    brierley@councilbaradel.com
**Eugene A Burcher**    eaburcher@thelandlawyers.com
**Aaron L. Casagrande**    Aaron.casagrande@Icemiller.com
**Richard L. Costella**    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com

6618292.1

**Andrea Campbell Davison**   ADavison@beankinney.com, dadragna@beankinney.com
**Marguerite Lee DeVoll**   mdevoll@watttieder.com, mlindau@watttieder.com
**Emily Devan**   edevan@milesstockbridge.com
**Jessica Lynne Duvall**   jduvall@levingann.com, ltress@levingann.com
**Mark Edelson**   medelson@silvermanthompson.com, dlawal@mdattorney.com
**John Tucker Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
**Justin Philip Fasano**   jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawy
ers.com;Fasano.JustinR92003@notify.bestcase.com
**Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
**John David Folds**   dfolds@bakerdonelson.com, sparson@bakerdonelson.com
**James Durling Fullerton**   jfullerton@fullertonlaw.com
**Stanford G. Gann**   sgannjr@levingann.com
**Stephen B. Gerald**   sgerald@tydings.com
**Shawn Haught**   shaught@wardcolaw.com
**Alan C. Hochheiser**   ahochheiser@mauricewutscher.com
**Kevin G. Hroblak**   kevin.hroblak@icemiller.com, madelin.hill@icemiller.com
**Darnell E. Ingram**   darnell@deingram.com
**Michael Kalish**   mkalish@thelandlawyers.com,
eaburcher@thelandlawyers.com;mandrews@thelandlawyers.com
**Shanna Kaminski**   skaminski@kaminskilawpllc.com
**Emmit F Kellar**   ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
**Nicole C. Kenworthy**   bdept@mrrlaw.net
**Michael J Klima**   Jklima@kpdlawgroup.com
**Jennifer Larkin Kneeland**   jkneeland@watttieder.com, mlindau@watttieder.com
**Michael J. Levin**   mlevin@silvermanthompson.com
**Pierce C Murphy**   pmurphy@mdattorney.com, efiling@silvermanthompson.com
**Andrew Justin Narod**   anarod@bradley.com, tlynch@bradley.com
**Craig Palik**   cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cma
rtin@mhlawyers.com
**Brandy Michelle Rapp**   brapp@whitefordlaw.com
**L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
**Eli Robbins**   erobbins@harrisonlawgroup.com, swilson@harrisonlawgroup.com
**Scott R. Robinson**   scottr@hrdlawyers.com, darcyf@hrdlawyers.com
**Joel Ruderman**   jruderman@watttieder.com
**Marc E. Shach**   mes@cooncolelaw.com,
mes@cooncolelaw.com;ccc@cooncolelaw.com;dhc@cooncolelaw.com;zjac@cooncolelaw.com;cm
h@cooncolelaw.com;grg@cooncolelaw.com;abh@cooncolelaw.com
**Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
**Robert G. Shuster**   rob@shusterlaw.com, courts@shusterlaw.com
**Howard S. Stevens**   hstevens@pascalestevens.com
**Lisa Yonka Stevens**   lstevens@milesstockbridge.com
**Andrew C. Stone**   astone@andrewstonelaw.com, r43012@notify.bestcase.com
**Brent C. Strickland**   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-
strickland-3227@ecf.pacerpro.com

6618292.1

3

**US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
**Jill C Walters**    jwalters@bakerdonelson.com
**Megan Young**    myoung@tydings.com

*/s/ Dennis J. Shaffer*
Dennis J. Shaffer

6618292.1

4