**Mail Service List:**

Rocket Capital Management, LLC
c/o Logan Fahrenkopk, Esq.
205 Hudson Street, Floor 7
New York, NY 10013

Ally Bank c/o AIS Portfolio
Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial
Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

Rocket Capital Management, LLC
c/o Stephen Brown (Resident Agent)
10021 Alder Spring Road
ORO Valley, AZ 85737

Blade Funding Inc.
c/o Giuliano law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

E. Andrew Burcher, Esq.
Walsh, Colucci Lubeley & Walsh, P.C.
4310 Prince William Parkway, Suite 300
Woodbridge, VA 22192
(DRB Group Mid-Atlantic)

Ford Motor Credit Company LLC,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Brandy M. Rapp
Whiteford, Taylor, & Preston, L.L.P.
10 S. Jefferson Street, Suite 110
Roanoke, VA 24011
(Caterpillar Financial)

Jill C. Walters
Baker, Donelson,Bearman,
Caldwell & Berk
2235 Gatway Access Point, Suite 220
Raleigh, NC 27607
(John Deere & Co.)

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 7346
Philadelphia, PA 19101-7346

Chaney Enterprises
c/o Ryan Chaney (Resident Agent)
1006 Bramly Court
Hagerstown MD 21742

Core & Main LP
c/o Corporation Service Company (CSC)
(Resident Agent)
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219-4100

Griffith Energy Services, Inc.
c/o Capital Corp. Svcs., Inc.
(Resident Agent)
3206 Tower Oaks Blvd, 4th Flr
Rockville, MD 20852

Iron Sheepdog Inc
c/o Justin Whitmel Earley (Resident Agent)
406 W. Franklin Street
Richmond, VA 23220-4202

James River Equipment
c/o Jeffrey M. Gill (Resident Agent)
1001 Haxall Point, 15th Floor
PO Box 1122
Richmond VA 23218-1122

Maine Drilling & Blasting, Inc
c/o CT Corporation (Resident Agent)
351 W. Camden Street
Baltimore, MD 21201

Pioneer Paving LLC
James Buffington Jr (Resident Agent)
1675 Dennings Road
New Windsor, MD 21776

Sunbelt Rentals
c/o CT Corporation (Resident Agent)
351 W. Camden Street
Baltimore, MD 21201

TrenchTech, Inc.
11217 Maryland Ave
Beltsville, MD 20705

Washington Winwater
3137 Pennsy Drive, Unit C
Hyattsville, MD 20785

WG Construction Company, Inc.
9251 Industrial Court
Manassas, VA 20109

Comptroller of Maryland
Bankruptcy Unit Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

**Maryland Attorney General**
**200 St. Paul Place**
**Baltimore, MD 21202**

**Office of the Attorney General**
**300 W. Preston Street**
**Suite 302**
**Baltimore, MD 21201**

**Securities and Exchange Commission**
**Atlanta Reg. Office and Reorg.**
**950 E. Paces Ferry Rd. NE**
**Suite 900**
**Atlanta, GA 30326-1382**

**Kinsley Construction Co.**
**c/o James S. Davis, Owner**
**334 County Line Road**
**Huntington Valley, PA 19006**

**Jesco Equipment Company Inc**
**1260 Centennial Ave**
**Piscataway, NJ 08854**

**Mulford Construction Co., Inc.**
**171 Skipjack Rd**
**Prince Frederick, MD 20678**

**Lewis Askew, Resident Agent**
**Tiber Hudson LLC**
**601 Pennsylvania Ave, NW Suite 900**
**Washington DC 20004**

**Shawn Doil, Esq.**
**John Giffune**
**Verill Dana LLP**
**1 Portland Square, Floor 10**
**Portland, ME 04101**
**(FCL Builders LLC)**
**Nicholas Smargiassi**
**Saul Ewing LLP**
**1201 N. Market Street**
**Wilmington, DE 19801**
**(FCL Builders LLC)**

**Nathaniel Hull, Esquire**
**1 Portland Square, Floor 10**
**Portland, ME 04101**
**(FCL Builders LLC)**

**Patricia McCardle, Esq.**
**Senior Counsel**
**3811 Turtle Creek Blvd, Suite 1725**
**Dallas, TX 75219**
**(Denali Corp.)**

**Verizon Wireless**
**c/o CT Corporation(Resident Agent)**
**351 W. Camden Street**
**Baltimore, MD 21201**

**Verizon Connect**
**c/o CT Corporation (Resident Agent)**
**351 W. Camden Street**
**Baltimore, MD 21201**