IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | Chapter 11 |
| MULFORD CONSTRUCTION CO., INC., | Case No. 26-13271 (LSS) |
| Debtor. | |

**EMERGENCY MOTION TO SHORTEN TIME
WITH RESPECT TO THE DEBTOR'S EMERGENCY MOTION FOR ENTRY OF
ORDER: (I) AUTHORIZING AND APPROVING POST-PETITION SECURED
FINANCING, (II) GRANTING SECURITY INTERESTS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE STATUS, (III) AUTHORIZING USE OF CASH
COLLATERAL, AND (IV) MODIFYING THE AUTOMATIC STAY**

Mulford Construction Co., Inc., the above-captioned debtor and debtor in possession (the "Debtor"), by and through undersigned counsel, files this *Emergency Motion to Shorten Time With Respect to the Debtor's Emergency Motion for Entry of Order: (I) Authorizing and Approving Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, and (IV) Modifying The Automatic Stay* (the "Motion to Shorten"), and states:

1. Contemporaneously herewith, the Debtor has filed its *Emergency Motion for Entry of Order: (I) Authorizing and Approving Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, and (IV) Modifying The Automatic Stay* (the "Motion").

2. Pursuant to the Motion, the Debtor seeks the entry of an order, pursuant to § 364(c)(2) of the Bankruptcy Code, authorizing the Debtor to enter into the proposed DIP Credit

6608914.1

1

Facility for the purpose of obtaining post-petition debtor-in-possession financing to help fund its business operations.[1]

3.      The Debtor requires immediate access to the funds available under the DIP Credit Facility on an interim basis to ensure it is able to continue funding its business operations in the normal course and to avoid the potential dismissal of its case or conversion to a Chapter 7 case. The Debtor seeks interim approval of the DIP Credit Facility on an expedited basis.

4.      Thus, the Debtor, pursuant to 11 U.S.C. §§ 102 and 105 and Federal Rule of Bankruptcy Procedure 9006(c), moves to shorten the time within which objections are due to the relief requested in the Motion, should the Court require the establishment of such a deadline in advance of considering the interim relief requested in the Motion. Rule 9006(c) permits the Court in its discretion with or without motion or notice to reduce the time to respond, "for cause shown…." *See* Federal Rule of Bankruptcy Procedure 9006(c).

5.      Through the Court's noticing system, the Debtor has established an objection deadline of August 10, 2026, with a hearing date of  August 17, 2026 at 3:00 p.m.  The Debtor is seeking to shorten the objection deadline to July 31, 2026 at noon, and is requesting a hearing on August 3, 2026 at 2:00 p.m. for consideration of the Motion on an interim basis only, which deadline and hearing date coincides with the objection deadline and hearing previously established by the Court on the *Debtor's Motion for Order (I) Authorizing Debtor to Obtain Secured Post-Petition Financing for Insurance Policy Premiums, and (II) Modifying the Automatic Stay (the "Premium Financing Motion").*  The financing sought by the Debtor may be necessary to fund the downpayment with respect to the premium financing as set forth in the Premium Financing Motion.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

6608914.1

6.      The objection deadline sought by the Debtor herein is with respect to the interim relief requested in the Motion only.  The deadline to respond to the relief sought by the Motion on a final basis will remain as provided by the applicable rules.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order: (a) granting this motion; (b) requiring that objections to the relief requested in the Motion on an interim basis be filed and served by the date established by the Court; and (c) granting such other relief as is just and proper.

Dated: July 27, 2026

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
Megan K. Young, Bar. No. 31978
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone (410) 752-9700
Email: rcostella@tydings.com
      dshaffer@tydings.com
      myoung@tydings.com

*Counsel to Mulford Construction Co., Inc.*
*Debtor and Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of July, 2026, the foregoing was served by first class mail or electronic mail, as indicated therein, upon the parties on the attached service list and via the Court's CM/ECF filing system on the parties set forth below:

- **Nathan D. Adler**   nda@nqgrg.com, terry@nqgrg.com
- **Brian E. Barkley**   bbarkley@barkenlaw.com
- **Jodie E. Bekman**   jbekman@gfrlaw.com
- **Garrett E. Brierley**   brierley@councilbaradel.com

6608914.1

- **Eugene A Burcher**   eaburcher@thelandlawyers.com
- **Aaron L. Casagrande**   Aaron.casagrande@Icemiller.com
- **Andrea Campbell Davison**   ADavison@beankinney.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com
- **Emily Devan**   edevan@milesstockbridge.com
- **Jessica Lynne Duvall**   jduvall@levingann.com
- **Mark Edelson**   medelson@silvermanthompson.com
- **John Tucker Farnum**   jfarnum@milesstockbridge.com
- **John David Folds**   dfolds@bakerdonelson.com
- **James Durling Fullerton**   jfullerton@fullertonlaw.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Shawn Haught**   shaught@wardcolaw.com
- **Alan C. Hochheiser**   ahochheiser@mauricewutscher.com
- **Kevin G. Hroblak**   kevin.hroblak@icemiller.com
- **Darnell E. Ingram**   darnell@deingram.com
- **Michael Kalish**   mkalish@thelandlawyers.com
- **Shanna Kaminski**   skaminski@kaminskilawpllc.com
- **Emmit F Kellar**   ekellar@bakerdonelson.com,
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com
- **Michael J. Levin**   mlevin@silvermanthompson.com
- **Pierce C Murphy**   pmurphy@mdattorney.com
- **Andrew Justin Narod**   anarod@bradley.com,
- **Craig Palik**   cpalik@mhlawyers.com
- **Brandy Michelle Rapp**   brapp@whitefordlaw.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov
- **Eli Robbins**   erobbins@harrisonlawgroup.com
- **Joel Ruderman**   jruderman@watttieder.com
- **Robert G. Shuster**   rob@shusterlaw.com, courts@shusterlaw.com
- **Howard S. Stevens**   hstevens@pascalestevens.com
- **Lisa Yonka Stevens**   lstevens@milesstockbridge.com
- **Andrew C. Stone**   astone@andrewstonelaw.com,
- **Brent C. Strickland**   bstrickland@whitefordlaw.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Jill C Walters**   jwalters@bakerdonelson.com

*/s/ Dennis J. Shaffer*
Dennis J. Shaffer

6608914.1

4