IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | Chapter 11 |
| MULFORD CONSTRUCTION CO., INC., | Case No. 26-13271 (LSS) |
| Debtor. | |

**ORDER GRANTING EMERGENCY MOTION TO SHORTEN TIME
WITH RESPECT TO THE DEBTOR'S EMERGENCY MOTION FOR ENTRY OF
ORDER: (I) AUTHORIZING AND APPROVING POST-PETITION SECURED
FINANCING, (II) GRANTING SECURITY INTERESTS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE STATUS, (III) AUTHORIZING USE OF CASH
COLLATERAL, AND (IV) MODIFYING THE AUTOMATIC STAY**

Upon consideration of the *Emergency Motion to Shorten Time With Respect to the Debtor's Emergency Motion for Entry of Order: (I) Authorizing and Approving Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, and (IV) Modifying The Automatic Stay* (the "Motion to Shorten") filed by the above-captioned debtor and debtor-in-possession (the "Debtor"); and this Court being satisfied that the relief requested in the Motion to Shorten is in the best interests of the Debtor's estate and creditors; and after consideration of any oppositions filed thereto; and after due deliberation, and sufficient cause appearing therefore; and after any hearing held thereon; it is therefore, by the United States Bankruptcy Court for the District of Maryland, hereby:

6609169.1

1

**ORDERED**, that the Motion is **GRANTED** as set forth in this Order; and it is further

**ORDERED**, that any objection deadline to the relief requested in the Motion and/or any hearing to be held on the Motion is set forth in the upper left hand corner of this Order; and it is further

**ORDERED**, that the Debtor shall notify the following parties in interest of the entry of this order by serving it on them by facsimile, electronic or overnight mail: (i) the Office of the United States Trustee; (ii) the Debtor's top twenty unsecured creditors; (iii) the Debtor's secured creditors; and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002; and it is further

**ORDERED**, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**END OF ORDER**

cc:     All parties registered to receive service via ECF.

6609169.1