**Exhibit A**

| Make | Model | Serial / VIN # | Year | Description | Mileage | KBB On-line Offer | Carvana On-line Offer | CarMax On-line Offer | Lienholder | Lienholder's Estimated Claim[2] |
|---|---|---|---|---|---|---|---|---|---|---|
| Ford | F-150 | 1FTFX1E57PKD98869 | 2023 | Extended Cab 8' Pickup Bed | 39489 | $28,000 | $30,000 | $25,000 | Ford Credit | $4,814 |
| Ford | F-250 | 1FD7W2B60NEG06933 | 2022 | Crew Cab Utility Bed | 86,702 | $25,000 | $27,000 | $26,000 | Ford Credit | $17,000 |
| Ford | F-250 | 1FT7W2BA3REC55529 | 2024 | Crew Cab Utility Bed | 51,003 | $31,000 | $35,600 | $32,000 | Ford Credit | $28,000 |
| Ford | F-250 | 1FT7W2BA8REC17116 | 2024 | Crew Cab Utility Bed w/ Ladder Rack | 79,075 | $29,000 | $32,200 | $29,575 | Ford Credit | $28,000 |
| Ford | F-250 | 1FT7W2BA6REC68355 | 2024 | Crew Cab 6' Pickup Bed w/ Fuel Tank | 46,941 | $37,000 | $38,000 | $38,000 | Ford Credit | $27,000 |
| Ford | F-150 | 1FTFW5L89RFA73790 | 2024 | Crew Cab | 39,230 | $40,000 | $41,200 | $40,000 | Ford Credit | $40,771 |

---

[2] These amounts are estimates of the amounts due and owing to the lienholder; the Debtor no longer has access to the lienholder's portal.

6610769.2