**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S MOTION TO SELL CERTAIN ENCUMBERED**
**VEHICLES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

Upon consideration of the *Debtor's Motion to Sell Certain Encumbered Vehicles Free and Clear of Liens, Claims, and Encumbrances* (the "Motion"), filed by Mulford Construction Co., Inc. (the "Debtor"), the above-captioned debtor and debtor in possession; and any objections filed thereto; and the Court finding that notice of the Motion has been duly given, that the sale of Vehicles is in the best interest of the Debtor, its estate, and the Debtor's creditors; and that the sale of the Property is in compliance with 11 U.S.C. § 363 and should be approved, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that capitalized terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that the sale of the Vehicles by the Debtor as set forth in the Motion is hereby approved; and is further

6610769.2

**ORDERED**, that the sale of the Vehicles shall be free and clear of all liens claims and encumbrances ("Encumbrances"), with all such Encumbrances to attach to the sale proceeds, if any, with the same validity, force and effect, and in the same order of priority, which such Encumbrances had prior to the sale, subject to any rights, claims and defenses of the Debtor or its estate in connection therewith; and is further

**ORDERED**, that the Debtor is authorized to take all actions necessary to proceed to closing under the Sales Contracts; and it is further

**ORDERED**, that within ten (10) days after consummating the sale of all of the Vehicles subject to the Motion, the Debtor shall file a report of sale with the Court; and it is further

**ORDERED**, that, notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order

cc:     All parties registered to receive service via ECF.

**\*\*END OF ORDER\*\***

6610769.2