## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

### NOTICE OF DEBTOR'S MOTION TO SELL CERTAIN ENCUMBERED VEHICLES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

**PLEASE TAKE NOTICE** that Mulford Construction Co., Inc. (the "Debtor"), the above-captioned debtor and debtor in possession, has filed a *Motion to Sell Certain Encumbered Vehicles Free and Clear of Liens, Claims and Encumbrances* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, by the Motion, the Debtor seeks authority to sell the vehicles identified on **Exhibit A** hereto (the "Vehicles"):

No appraisal of any of the Vehicles has been obtained.

**PLEASE TAKE FURTHER NOTICE** that, other than as set forth on **Exhibit A** hereto, there are no encumbrances claimed or asserted against the Vehicles known to the Debtor, no other secured claims have been filed in the Debtor's case with respect to the Vehicles, and no other encumbrances have been discovered against the Vehicles upon inquiry by Debtor's counsel.

**PLEASE TAKE FURTHER NOTICE**, that the Debtor has received on-line offers to purchase the Vehicles from Carvana Co. ("Carvana"), CarMax Enterprise Servies, LLC ("Carmax"), Kelly Blue Book ("KBB"), and is seeking offers from other potential purchasers. The Debtor seeks authority to sell each Vehicle to the prospective buyer offering the highest amount. The proposed sales are without any auctioneer fees or broker commissions and are subject to Court approval. Neither Carvana, CarMax, KBB, nor any other prospective purchaser is related to the Debtor or any party in interest in this chapter 11 case in any way. The Vehicles will be sold on an "as is, where is" basis.

**PLEASE TAKE FURTHER NOTICE**, that the Debtor believes that the sale of the Vehicles as set forth in the Motion is in the best interests of the Debtor, its estate, and creditors, as it will provide funding necessary for the Debtor's proposed plan of reorganization and assist in meeting the Debtor's operating expenses. The sale will also allow the Debtor to save on the carrying costs associated with the Vehicles, while also allowing it to liquidate excess assets that are not currently being utilized in operations. Given the condition of the Vehicles, coupled with the savings from no auctioneer fees or broker commissions, the Debtor believes that selling the Vehicles as set forth in the Motion will net the highest and best value for the Vehicles.

6610769.2

**PLEASE TAKE FURTHER NOTICE**, that objections to the Motion must contain a complete specification of the legal and factual grounds upon which it is based. If no objections are filed, the Court may, in its discretion, enter an order approving the Motion without a hearing. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Following the Courts approval of the Motion, the Debtor will consummate the transactions approved thereby without further notice or order of Court. All persons or entities receiving this Notice will be bound by the terms and conditions of the Order approving the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion, stating the facts and legal grounds on which the objection is based, must be in writing and filed with the Court and served on counsel for the Debtor, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 20202, Attn: Richard Costella, Dennis Shaffer and Stephen B. Gerald, so to be actually received by **October 31, 2026** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE, THAT THE DEBTOR HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

Dated: August 10, 2026

Respectfully submitted,

TYDINGS & ROSENBERG LLP

*/s/ Stephen B. Gerald*
Richard L. Costella, Bar No. 14095
Dennis J. Shaffer, Bar No. 25680
Stephen B. Gerald, Bar No. 26590
Megan K. Young, Bar No. 31978
One East Pratt Street, Suite 901
Baltimore, Maryland  21202
Telephone (410) 752-9700
Email:  rcostella@tydings.com
         dshaffer@tydings.com
         sgerald@tydings.com
         myoung@tydings.com

*Counsel to Mulford Construction Co., Inc.*
*Debtor and Debtor-in-Possession*

6610769.2

2

**Exhibit A**

| Make | Model | Serial / VIN # | Year | Description | Mileage | KBB On-line Offer | Carvana On-line Offer | CarMax On-line Offer | Lienholder | Lienholder's Estimated Claim[1] |
|------|-------|----------------|------|-------------|---------|------|---------|--------|-----------|------------|
| Ford | F-150 | 1FTFX1E57PKD98869 | 2023 | Extended Cab 8' Pickup Bed | 39489 | $28,000 | $30,000 | $25,000 | Ford Credit | $4,814 |
| Ford | F-250 | 1FD7W2B60NEG06933 | 2022 | Crew Cab Utility Bed | 86,702 | $25,000 | $27,000 | $26,000 | Ford Credit | $17,000 |
| Ford | F-250 | 1FT7W2BA3REC55529 | 2024 | Crew Cab Utility Bed | 51,003 | $31,000 | $35,600 | $32,000 | Ford Credit | $28,000 |
| Ford | F-250 | 1FT7W2BA8REC17116 | 2024 | Crew Cab Utility Bed w/ Ladder Rack | 79,075 | $29,000 | $32,200 | $29,575 | Ford Credit | $28,000 |
| Ford | F-250 | 1FT7W2BA6REC68355 | 2024 | Crew Cab 6' Pickup Bed w/ Fuel Tank | 46,941 | $37,000 | $38,000 | $38,000 | Ford Credit | $27,000 |
| Ford | F-150 | 1FTFW5L89RFA73790 | 2024 | Crew Cab | 39,230 | $40,000 | $41,200 | $40,000 | Ford Credit | $40,771 |

---

[1] These amounts are estimates of the amounts due and owing to the lienholder; the Debtor no longer has access to the lienholder's portal.

6610769.2