Entered: August 12th, 2026
Signed: August 11th, 2026

## SO ORDERED

All objections must be filed by August 24, 2026. An in-person hearing is scheduled for August 31, 2026, at 2:30 pm in Courtroom 3E.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MULFORD CONSTRUCTION CO., INC.,** | **Case No. 26-13271 (LSS)** |
| **Debtor.** | |

### ORDER GRANTING EMERGENCY MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING WITH RESPECT TO DEBTOR'S MOTION TO SELL CERTAIN ENCUMBERED VEHICLES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

Upon consideration of the *Emergency Motion to Shorten Time and for Expedited Hearing with Respect to the Debtor's Motion to Sell Certain Encumbered Vehicles Free and Clear of Liens, Claims, and Encumbrances* (the "Motion to Shorten"), filed by Mulford Construction Co., Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"); and this Court being satisfied that the relief requested in the Motion to Shorten is in the best interests of the Debtor's estate and creditors; and after consideration of any oppositions filed thereto; and after due deliberation, and sufficient cause appearing therefore; and after any hearing held thereon; it is therefore, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion is **GRANTED** as set forth in this Order; and it is further

6610860.1

**ORDERED**, that any objection deadline to the relief requested in the Motion and/or any hearing to be held on the Motion is set forth in the upper left hand corner of this Order; and it is further

**ORDERED**, that the Debtor shall notify the following parties in interest of the entry of this order by serving it on them by facsimile, electronic or overnight mail: (i) the Office of the United States Trustee; (ii) the Debtor's top twenty unsecured creditors; and (iii) the Debtor's secured creditors; and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002; and it is further

**ORDERED**, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

cc:    All parties registered to receive service via ECF.

**\*\*END OF ORDER\*\***

6610860.1