**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| MULFORD CONSTRUCTION CO., INC., | * | Case No.: 26-13271 |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMMERCIAL CREDIT GROUP, INC.,

       \*

    Movant,

       \*

v.

       \*

MULFORD CONSTRUCTION CO., INC.

       \*

    Respondent.

       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON</u>

Commercial Credit Group, Inc. has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to pursue any and all rights and remedies available under state law with regard to the following pieces of equipment:

| Year | Make and Model | VIN or Ser. No. |
|---|---|---|
| 2022 | Talbert 55CC 55 Ton Lowboy Trailer with Converter Dolly | 40FSK5334N1041879 |
| 2022 | Volvo A30G Articulated Hauler | 752750 |
| 2022 | Volvo A30G Articulated Hauler | 752766 |
| 2023 | Peterbilt 537 Cab & Chassis w/ STI 2460 Eagle Pro II Crane Body SN 71039-5239 & Tiger 1069 11,000 lb Crane SN 1185-69 | 2NPMHJ7X3PM870477 |
| 2023 | Western Star 47X Roll-off Truck | 5KKHBPDV1PLUH4814 |
| 2024 | Kenworth T880 Truck with Roll Off Galbreath 60,000 lbs hoist SN:  8277 | 1NKZLP0X6RJ339713 |

| 2019 | Peterbilt 389 Tri-Axle Truck with J&J Dump Body SN T524 537 | 1NPXX4EX8KD616265 |
|---|---|---|
| 2021 | John Deere 750L Crawler Dozer | 1T0750LXAMF394356 |
| 2021 | John Deere 750L Crawler Dozer | 1T0750LXCMF391639 |
| 2020 | Volvo A30G Articulated Hauler | 752024 |
| 2020 | Volvo A30G Articulated Hauler | 752013 |
| 2018 | Hitachi 350LC-6  Excavator | 1FFDDR70PKF940777 |
| 2021 | Peterbilt 337 Tri-Axle Truck with Enclosed Lube Body System SN 5658 | 2NP2HJ7X4MM732479 |
| 2019 | Volvo A30G Articulated Hauler | 742518 |
| 2019 | Volvo A30G Articulated Hauler | 742531 |

A copy of the Motion is attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by August 27, 2026 (parties served by mail may add three (3) days to this deadline), you or your attorney must file with the Clerk of the Court a written response to the motion explaining your position and mail a copy of the response to:

> Stanford G. Gann, Jr.
> LEVIN GANN PA
> 1 West Pennsylvania Avenue, Suite 900
> Towson, Maryland 21204
> (410) 321-4645 – Direct Dial
> (833) 801-1118 - facsimile
> sgannjr@levingann.com

> Jessica L. Duvall
> LEVIN GANN PA
> 1 West Pennsylvania Avenue, Suite 900
> Towson, Maryland 21204
> (410) 321-4666 – Direct Dial
> (833) 801-1118 - facsimile
> jduvall@levingann.com

If you mail, rather than hand deliver, your response to the Clerk of the Court for filing, you

must mail it early enough so that the Court will receive it by the deadline stated above. If you file a timely response to the motion, the hearing on the motion will take place on September 28, 2026 at 2:00 PM (ET) in the Courtroom 3-E, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770, before the Honorable Lori S. Simpson.

IF YOU OR YOUR ATTORNEY DO NOT FILE AND SERVE A TIMELY RESPONSE TO THE MOTION, THE COURT MAY FIND THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING.

Date: August 13, 2026

Respectfully submitted,

*/s/ Jessica L. Duvall*
Stanford G. Gann, Jr., Federal Bar No. 07680
Jessica L. Duvall, Federal Bar No. 21241
LEVIN GANN PA
1 West Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
(410) 321-4666 – Direct Dial
(833) 801-1118 – facsimile
sgannjr@levingann.com
jduvall@levingann.com

*Attorneys for Commercial Credit Group Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2026, a copy of the foregoing Notice was served by mailing a copy thereof by electronic mail or first-class, postage prepaid, upon the following parties:

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

Lewis I. Askew

Atlas Acquisitions LLC

20

Tiber Hudson LLC
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

E. Andrew Burcher
Walsh, Colucci Lubeley & Walsh, P.C.
4310 Prince William Parkway, Suite 300
Woodbridge, VA 22192

John Giffune
Verrill Dana, LLP
1 Portland Square, Floor 10
Portland, ME 04101

Patricia McArdle
3811 Turtle Creek Blvd, Suite 1725
Dallas, TX 75219

Nicholas Smargiassi
Saul Ewing LLP
1201 N. Market Street, Suite 230
Wilmington, DE 19801

492C Cedar Lane, Ste 442
Attn: Avi Schild
Teaneck, NJ 07666

Shawn Doil, Esquire
Verill Dana, LLP
1 Portland Square, Floor 10
Portland, ME 04101

Nathaniel R Hull, Esquire
1 Portland Square, Floor 10
Portland, ME 04101

Brandy M. Rapp
Whiteford, Taylor, & Preston, L.L.P.
10 S. Jefferson Street, Suite 110
Roanoke, VA 24011

Jill C. Waters
Baker, Donelson,Bearman, Caldwell & Berk
2235 Gatway Access Point, Suite 220
Raleigh, NC 27607

I further certify that on August 13, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following parties:

- **Nathan D. Adler**    nda@nqgrg.com, terry@nqgrg.com
- **Brian E. Barkley**     bbarkley@barkenlaw.com
- **Jodie E. Bekman**     jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Garrett E. Brierley**     brierley@councilbaradel.com
- **Eugene A Burcher**     eaburcher@thelandlawyers.com
- **Aaron L. Casagrande**     Aaron.casagrande@Icemiller.com
- **Richard L. Costella**     rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- **Andrea Campbell Davison**     ADavison@beankinney.com, dadragna@beankinney.com
- **Marguerite Lee DeVoll**     mdevoll@watttieder.com, mlindau@watttieder.com
- **Emily Devan**     edevan@milesstockbridge.com

21

- **Jessica Lynne Duvall** jduvall@levingann.com, ltress@levingann.com
- **Mark Edelson** medelson@silvermanthompson.com, dlawal@mdattorney.com
- **John Tucker Farnum** jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona** ashley.fellona@saul.com, janice.mast@saul.com
- **John David Folds** dfolds@bakerdonelson.com, sparson@bakerdonelson.com
- **James Durling Fullerton** jfullerton@fullertonlaw.com
- **Stanford G. Gann** sgannjr@levingann.com
- **Stephen B. Gerald** sgerald@tydings.com
- **Shawn Haught** shaught@wardcolaw.com
- **Alan C. Hochheiser** ahochheiser@mauricewutscher.com
- **Kevin G. Hroblak** kevin.hroblak@icemiller.com, madelin.hill@icemiller.com
- **Darnell E. Ingram** darnell@deingram.com
- **Michael Kalish** mkalish@thelandlawyers.com, eaburcher@thelandlawyers.com;mandrews@thelandlawyers.com
- **Shanna Kaminski** skaminski@kaminskilawpllc.com
- **Emmit F Kellar** ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
- **Nicole C. Kenworthy** bdept@mrrlaw.net
- **Michael J Klima** Jklima@kpdlawgroup.com
- **Jennifer Larkin Kneeland** jkneeland@watttieder.com, mlindau@watttieder.com
- **Michael J. Levin** mlevin@silvermanthompson.com
- **James McNally** jmcnally@cohenseglias.com, ddefoor@cohenseglias.com
- **Pierce C Murphy** pmurphy@mdattorney.com, efiling@silvermanthompson.com
- **Andrew Justin Narod** anarod@bradley.com, tlynch@bradley.com
- **Craig Palik** cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- **Brandy Michelle Rapp** brapp@whitefordlaw.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Eli Robbins** erobbins@harrisonlawgroup.com, swilson@harrisonlawgroup.com
- **Scott R. Robinson** scottr@hrdlawyers.com, darcyf@hrdlawyers.com
- **Joel Ruderman** jruderman@watttieder.com
- **Marc E. Shach** mes@cooncolelaw.com, mes@cooncolelaw.com;ccc@cooncolelaw.com;dhc@cooncolelaw.com;zjac@cooncolelaw.com;cmh@cooncolelaw.com;grg@cooncolelaw.com;abh@cooncolelaw.com

- **Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- **Robert G. Shuster**   rob@shusterlaw.com, courts@shusterlaw.com
- **Howard S. Stevens**   hstevens@pascalestevens.com
- **Lisa Yonka Stevens**   lstevens@milesstockbridge.com
- **Andrew C. Stone**   astone@andrewstonelaw.com, r43012@notify.bestcase.com
- **Brent C. Strickland**   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Jill C Walters**   jwalters@bakerdonelson.com
- **Megan Young**   myoung@tydings.com

*/s/ Jessica L. Duvall*
Jessica L. Duvall

23