# **Exhibit 6**

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company

**B. E-MAIL CONTACT AT FILER (optional)**
FilingDept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Corporation Service Company

801 Adlai Stevenson Dr

Springfield, IL 62703

MD DEPT. OF ASSESSMENTS & TAXATION
221123-1543000
Lapse Date: 11/23/2027
Date: 11/23/2022
Time: 3:43 PM
Page Count: 1 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Chesapeake Environmental Materials, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 171 Skipjack Road | Prince Frederick | MD | 20678 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of CCI | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 400 Essjay Road, Suite 340 | Williamsville | NY | 14221 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
(1) 2023 Peterbilt 537 Cab & Chassis w/ STI 2460 Eagle Pro II Crane Body SN 71039-5239 & Tiger 1069 11,000 lb Crane SN 1185-69 2NPMHJ7X3PM870477
and all attachments, accessions, improvements, tooling, replacements, replacement parts, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing. In addition to the foregoing collateral, all assets now owned or hereafter acquired. Secured Party includes Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of Commercial Credit, Inc.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
25327 2445 38783

(Rev. 04/20/11)

Run On: Apr 12, 2023 8:32:33 AM


THE NATION'S LIEN MACHINE.™

## Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 2NPMHJ7X3PM870477 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | | | |
| **Organization ID** | 5145 | **Organization Name** | Commercial Credit Group Inc. (NY) |
| **Lien Start** | | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | | **Dealer ID** | |

---

### Last ELT Transactions

Received On

2023-04-08 00:21:42.0                                        Add Record – Perfection of Lien

---

### Borrower / Lesee Details

**Name**

**Address**

---

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | | **Make** | |
| **Model** | | **Year** | |
| **Mileage** | 0 | | |

---

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 57414506 | **Title State** | MD |
| **Tag Number** | | **VIN** | 2NPMHJ7X3PM870477 |
| **Status** | UNMATCHED | **Match Date** | |
| **Lien Expiration Date** | | **Media Type** | Electronic |

---

### State Information

| | | | |
|---|---|---|---|
| **Name** | CHESAPEAKE ENVIRONMENTAL MATERIALS LLC | **Lessee** | |
| **Address** | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| **Vehicle Type** | | **Make** | PTRB |
| **Model** | | **Year** | 2023 |
| **Mileage** | 1 | | |
| **Title State** | MD | **Title Number** | 57414506 |
| **Brands** | Gross Vehicle Weight: 33000 | | |