# Exhibit 10

# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

    CSC

    801 Adlai Stevenson Drive

    Springfield, IL 62703

MD DEPT. OF ASSESSMENTS & TAXATION

230414-0854000

Lapse Date: 04/14/2028

Date: 4/14/2023

Time: 8:54 AM

Page Count: 1 Pg

Debtor Count: 1

Filing Fees: $25.00

Electronic Records Access: $0.00

Total: $25.00

Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); If any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Chesapeake Environmental Materials, LLC | | | |

OR
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 171 Skipjack Road | Prince Frederick | MD | 20678 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); If any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of CCI | | | |

OR
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 Essjay Road, Suite 340 | Williamsville | NY | 14221 | US |

4. COLLATERAL: This financing statement covers the following collateral:
(1) 2023 Kenworth T880 Truck with Roll Off Galbreath 60,000 lbs hoist  SN:  8276 1NKZLP0XXPJ250157 (1) 2024 Kenworth T880 Truck with Roll Off Galbreath 60,000 lbs hoist  SN: 8277 1NKZLP0X6RJ339713  and all attachments, accessions, improvements, tooling, replacements, replacement parts, software and software upgrades and all cash and non-cash proceeds (including rental proceeds, insurance proceeds, accounts and chattel paper arising out of or related to the sale, use, rental or other disposition thereof) of and to all of the foregoing. In addition to the foregoing collateral, all assets now owned or hereafter acquired. Secured Party includes Commercial Credit Group Inc. on behalf of itself and on behalf of all Affiliates of Commercial Credit, Inc.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
28160 2532 25507

(Rev. 04/20/11)

Run On: Jun 6, 2023 10:05:25 AM



## Lien and Title Information Report

5145-Commercial Credit Group Inc. (NY)

| | | | |
|---|---|---|---|
| Account No. | | VIN | 1NKZLP0X6RJ339713 |
| Loan No. | | Branch | |
| Loan Suffix | | | |
| Customer | | | |
| Organization ID | 5145 | Organization Name | Commercial Credit Group Inc. (NY) |
| Lien Start | | Lien End | |
| Original Loan Amount | $0.00 | Lien Balance Amount | $0.00 |
| Lien Type | | Dealer ID | |

---

### Last ELT Transactions

Received On

2023-05-27 00:22:01.0  Add Record - Perfection of Lien

---

### Borrower / Lesee Details

Name

Address

---

### Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle Type | | Make | |
| Model | | Year | |
| Mileage | 0 | | |

---

### Title Information

| | | | |
|---|---|---|---|
| Title Number | 57688136 | Title State | MD |
| Tag Number | | VIN | 1NKZLP0X6RJ339713 |
| Status | UNMATCHED | Match Date | |
| Lien Expiration Date | | Media Type | Electronic |

---

### State Information

| | | | |
|---|---|---|---|
| Name | CHESAPEAKE ENVIRONMENTAL MATERIALS LLC | Lessee | |
| Address | 171 SKIPJACK RD,PRINCE FREDERICK MD,20678-3479 | | |
| Vehicle Type | | Make | KW |
| Model | | Year | 2024 |
| Mileage | 16 | | |
| Title State | MD | Title Number | 57688136 |
| Brands | | | |