**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Mulford Construction Co., Inc.<br>Debtor | Case No. 26-13271 |
| JPMorgan Chase Bank, N.A.<br>Movant<br><br>vs.<br><br>Mulford Construction Co., Inc.<br>Debtor<br>and<br><br>Jonathan A. Grasso<br>Chapter 7 Trustee | Chapter 7 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON**

JPMorgan Chase Bank, N.A. (hereinafter "Movant"), and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a), to enable it to obtain an order granting relief from the automatic stay against the automobile described as:

**2025 Land Rover Range Rover Sport VIN: SAL1L9FUXSA605322**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one.

If you do not want the Court to grant the motion for relief from automatic stay, or if you want the Court to consider your views on the motion, then by October 7, 2026, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Chetan Gopal, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
*Counsel for Movant*

**The hearing is scheduled for ___October 26, 2026 , _at 2:00 pm ___,Courtroom 3-E, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: September 23, 2026

Respectfully submitted,

*/s/ Chetan Gopal*

Chetan Gopal, Esq.
MD Fed. Bar No. 31096
Robertson, Anschutz, Schneid & Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
(470) 321-7112
cgopal@raslg.com
*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on __[DATE]__, the following persons were served a copy of the foregoing motion in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Mulford Construction Co., Inc.
171 Skipjack Road
Prince Frederick, MD 20678
*Debtor*

*Via* CM/ECF Electronic Notice:

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt Street, Suite 901
Baltimore, MD 21202
*Counsel for Debtor*

Stephen B. Gerald
Tydings & Rosenberg LLP
200 Continental Drive
Suite 401
Newark, DE 19713
*Counsel for Debtor*

Dennis J. Shaffer
Tydings & Rosenberg
1 E Pratt Street
Suite 901
Baltimore, MD 21202
*Counsel for Debtor*

Megan Young
Tydings & Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, MD 21202
*Counsel for Debtor*

Jonathan A. Grasso
YVS Law, LLC
185 Admiral Cochrane Drive
Suite 130
Annapolis, MD 21401
*Chapter 7 Trustee*

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
*US Trustee*

Courtney L. Morgan
United States Department of Justice
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
*Counsel for US Trustee*

*/s/ Chetan Gopal*
*Chetan Gopal, Esq.*