IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: *

MULFORD CONSTRUCTION CO., INC. * Case No: 26-13271-LSS
(Chapter 7)

Debtor *

* * * * * * * * * * * *

**TRUSTEE'S NOTICE OF ABANDONMENT OF**
**NON-TITLED TANGIBLE PERSONAL PROPERTY**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Rule 6007 of the Federal Rules of Bankruptcy Procedure and Local Rule 6007-1 of the Local Rules for the United States Bankruptcy Court for the District of Maryland, Jonathan A. Grasso, interim Chapter 7 Trustee (the "Trustee") for the above captioned estate, proposes to abandon all of the Debtor's non-titled tangible personal property to which no relief from stay motion and/or order has been filed/entered as of the filing of this Notice, as burdensome, fully encumbered and/or of inconsequential value and benefit to the Debtor's estate, stating as follows:

**Property Listed on the Debtor's Schedules**

Source: Schedule A/B, Dkt. No. 156.

| Schedule A/B Asset Category | Schedule Value | Liens |
|---|---|---|
| **Part 7: Office Furniture and Equipment** | $50,000.00 | Approximately $7 million in blanket liens |
| **Part 8: Other Machinery and Equipment (excluding property currently subject to relief from stay)** | Approximately $1,040,950.00 | Same as above |
| **Part 11: Various Tools** | $50,000.00 | Same as above |
| **Trustee's Determination of Value (at best)** | $1,141,000.00 | |
| **Total Liens** | | Approximately $7 million in blanket liens |
| **Equity for the Estate** | None | None |

(above assets, and all other tangible personal property of the Debtor except (i) titled vehicles and/or (ii) tangible personal property already subject to a relief from stay motion and/or order is hereinafter referred to as the "Property").

1. The Debtor's Schedule A/B, filed May 11, 2026, lists no real property and various personal property totaling $32,132,672.23, although over $24 million of this value relates to non-titled equipment that is already subject to relief from stay motions and/or orders relating to purchase money security interests in said assets. The Property subject to abandonment pursuant to this notice is valued on the Debtor's Schedule A/B at approximately $1.141 million. The tangible, non-titled equipment identified in Part 8 and Attachment 50 of the Debtor's Schedule A/B that the Trustee believes is not subject to a relief from stay motion and/or order is identified in attached **Exhibit A**.[1]

2. Based upon a review of the Schedules, the Trustee's discussions with (i) the representative for the Debtor, (ii) multiple secured creditors and (iii) a potential auctioneer, the Trustee believes the value of the Property is no greater than the amounts listed in the Schedules, and likely worth much less.

3. There are liens against the Property totaling approximately $7 million which is multiple times larger than the value of the Property (although certain lienholders have liens on other collateral, such as accounts receivable, other equipment and/or vehicles). Asserted blanket liens against the Property through filed proofs of claims include the following: (i) Prince George's County – approximately $538,000, (ii) M&T Bank – approximately $115,000, (iii) Commercial Credit Group – approximately $5.8 million, and Blade Funding – approximately $623,000.[2] These amounts are likely now larger due to interest and legal fees. There is no equity in the Property available for the benefit of the estate or unsecured creditors, and no prospect of a distribution to unsecured creditors from the liquidation of the Property. The Property is fully encumbered.

4. The Trustee has examined the schedules and the other records filed in this bankruptcy case, and has determined that the Property is burdensome to administer and is of inconsequential value and benefit to the estate. The estate has minimal unencumbered assets with

[1] Exhibit A is provided for informational purposes only and does not limit the definition of "Property" subject to abandonment, should it later be determined that there is one or more pieces of tangible, non-titled personal property equipment not listed in Exhibit A to which there is no relief from stay motion or order pending.

[2] The Trustee reserves the right to challenge the lien status and/or claim amount of these claims in the future.

which to try to insure, secure, maintain or market the Property, and the carrying costs of the Property accrue against an estate in which the estate holds no equity in said Property.

5. Accordingly, the Property is of no consequential value to the estate and the Trustee has determined that it is in the best interest of the estate to abandon the Property.[3]

6. This abandonment extends only to the Property described above. The Trustee does not abandon, and expressly reserves to the estate all other assets of the Debtor, including but not limited to: (i) titled vehicles, as identified on Attachment A47 of the Debtor's Schedule A/B, (ii) accounts receivable, (iii) cash, and (iv) all causes of action, including the claim against Blythwood Partners, LLC and those relating to avoidance actions and claims, whether or not scheduled.

**PLEASE TAKE FURTHER NOTICE** that this Notice and the Debtor's schedules may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, during its normal business hours.

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, stating the facts and legal grounds on which the objection is based in the objection or an accompanying memorandum of facts and law, and be served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed, the proposed abandonment shall be effective immediately thereafter as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, Trustee Grasso, the U.S. Trustee, and counsel to the Debtor.

[3] Additionally, the Trustee attempted to negotiate a carve out for the sale of the Property, but could not receive consent from all secured creditors.

Dated: October 7, 2026

Respectfully submitted,

/s/ Jonathan A. Grasso

Jonathan A. Grasso, 19278
Paul Sweeney, 07072
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0758
jgrasso@yvslaw.com

Proposed Counsel for the Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 7th day of October 2026, notice of filing the Trustee's Notice of Abandonment of Non-Titled Tangible Personal Property (the "Notice") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notice; and a copy of the Notice was mailed first class, postage prepaid to all creditors and parties in interest, as shown on the attached service list.

/s/ Jonathan A. Grasso

Jonathan A. Grasso

**The following parties received a copy of the filing by first class mail:**

A Plus Paving & Concrete
5545 Woodridge Drive
Waldorf, MD 20601-4301

A.C. Miller Concrete Products, Inc.
P. O. Box 199
Spring City, PA 19475-0199

ACE American Insurance Company
2000 Arch Street
Philadelphia, PA 19103-1412

AGGDirect
10610 Rhode Island Ave #301
Beltsville, MD 20705-2548

Alpha Space Control Company
ATTN: Right Traffic AR
1200 Sharon Road, Suite 1
Beaver, PA 15009-3148

Always Ready Construction
AmeriFactors
P. O. Box 628328
Orlando, FL 32862-8328

Americredit Financial Services dba GM Financial
P. O. Box 183853
Arlington TX 76096-3853

Anne Arundel County Office of Law
Attn Margaret V Dall'acqua
2660 Riva Road, 4th Floor
Annapolis, MD 21401-7055

Antonio's Trucking, Inc.
7202 Montevideo Road
Jessup, MD 20794-9312

Antron Corporation
108 Ridgewood Road
Baltimore, MD 21210-2537

APF Construction Co., Inc.
20475 Point Lookout Rd
Great Mills, MD 20634-2334

Ascentium Capital
Attn Bankruptcy
23970 US 59 North
Kingwood TX 77339-1535

Atlantic Sweeping and Clearing
P. O. Box 220099
Chantilly, VA 20153-0099

Atlas Acquisitions LCC
492C Cedar Lane, Suite 442
Teaneck, NJ 07666-1713

Bowen & Kron Enterprises, Inc.
9315 Pulaski Highway
Baltimore, MD 21220-2417

Brandywine Rentals
P. O. Box 68
Brandywine, MD 20613-0068

Brandywine Trucks & Equipment, Inc.
14000 Crain Highway
Brandywine, MD 20613-2002

Bridget Nolen, Esquire
18 West Church Street
Frederick, MD 21701-5455

C Wood Trucking, LLC
124 Park Road
Pasadena, MD 21122-2924

C.I. Woodworking, Inc.
P. O. Box 59
Cobb Island, MD 20625-0059

C.W Strittmatter, Inc.
Gallagher Elden Law
1906 Towne Centre Blvd. Ste 265
Annapolis, MD 21401-3736

Calvert Utilities, LLC
8184 Telegraph Road
Severn, MD 21144-3204

Canhelco
111 Kingsley Road, SW
Vienna, VA 22180-6504

Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102-3407

Capital One, N.A.
4515 N Santa Fe Avenue
Oklahoma City, OK 73118-7901

Capital SUE LLC
14111 Kydan Court
Brandywine, MD 20613-6125

CareFlex Benefit Solutions
205 West Dares Beach Rd.
PrinceFrederick, MD 20678-3123

Caron East Inc.
P. O. Box 1378
Cumberland, MD 21501-1378

Carter Machinery Company, Inc.
Wagner Falconer & Judd, Ltd.
100 South Fifth Street, Suite 800
Minneapolis, MN 55402-5357

Carter Machinery
Box 64251
Baltimore, MD 21264-4251

CAT Card
P. O. Box 735638
Dallas, TX 75373-5638

Cellco Partnership d/b/a Verizon Wireless
William M. Vermette
22001 Loudoun County Parkway
Ashburn, VA 20147-6122

CFC Security, Inc. dba Solis
300 E Highland Mall Blvd
Austin, TX 78752-3708

Chaney Enterprises
P. O. Box 824896
Philadelphia, PA 19182-4896

Channel Equipment Finance
10900 Wayzata Blvd, Suite 300
Hopkins, MN 55305-1576

Chesapeake Environmental Mat.L
171 Skipjack Road
Prince Frederick, MD 20678-3479

Chip's Transport
5611 Solomons Island Road
Huntingtown, MD 20639-8868

CHS Traffic Control Serv., Inc
5397 Argo Drive
Frederick, MD 21703-7900

CMR Claims Department
P. O. Box 60553
Oklahoma City, OK 73146-0553

Coffman Recycling Center, Inc.
P. O. Box 5292
Laytonsville, MD 20882-0292

Colliflower
P. O. Box 826398
Philadelphia, PA 19182-6398

Comcast Cable
P. O. Box 3005
Southeastern, PA 19398-3005

Comcast
P. O. Box 1931
Burlingame, CA 94011-1931

Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202-1626

Concrete Safety Systems
P. O. Box 300
Midland, VA 22728-0300

ConstructConnect aka Planswift
3825 Edwards Road
Cincinnati, OH 45209-1287

Core & Main LP
P. O. Box 28330
St. Louis, MO 63146-0830

Cox Automotive Mobility
7717 Solution Center
Chicago, IL 60677-0001

CPE, Inc.
P. O. Box 658
Jessup, MD 20794-0658

Crepeau Mourges
1344 Ashton Road, Suite 110
Hanover, MD 21076-3109

CS Disco, Inc.
P. O. Box 737106
Dallas, TX 75373-7106

Curry Supply Co.
1425 11th Avenue
Altoona, PA 16601-3303

D & D Tire Co, Inc
Gallagher Elden Law
1906 Towne Centre Blvd. Ste 265
Annapolis, MD 21401-3736

D&D Tire Co., Inc.
4919 Kenilworth Ave
Hyattsville, MD 20781-2513

DiCarlo Precision Instrument
2006 Northwood Drive
Salisbury, MD 21801-7805

Digital Protection Srvcs, Inc.
520 McCormick Drive, Suite A
Glen Burnie, MD 21061-3284

Dot Diamond Core Drilling, Inc
780 Sugar Lane, P. O. Box 683
Elyria, OH 44035-6312

ECS Mid Atlantic LLC
P. O. Box 604391
Charlotte, NC 28260-4391

Ed's Plant World
11811 Branch Avenue
Brandywine, MD 20613-5610

EJ USA, Inc.
P. O. Box 644873
Pittsburgh, PA 15264-4873

Encore Business Systems, Inc.
P. O. Box 1690
Edgewater, MD 21037-7690

Euler Hermes N.A., Agent for Imperial Wester
Attn: Guy P Young Jr.
100 International Drive, 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes, Agent for Iron Sheepdog Holding
Attn: Guy P Young Jr.
100 International Drive, 22nd Floor
Baltimore, MD 21202-4783

Eureka Concrete Const., Inc.
7840 Cessna Ave., Suite D
Gaithersburg, MD 20879-4159

EyeMed
Fidelity Security Life Insuranc C
P. O. Box 632530
Cincinnati, OH 45263-2530

FedEx
P. O. Box 371461
Pittsburgh, PA 15250-7461

Fox Capital Partners, LLC
285 Kappa Drive, Suite 120
Pittsburgh, PA 15238-2814

Francis O. Day Co., Inc.
850 East Gude Dr, Suite A
Rockville, MD 20850-1387

Frederick Brick Works, Inc.
P. O. Box 505
Frederick, MD 21705-0505

FrederickTowne Labs, Inc.
Accounts Receivable
P. O. Box 245
Myersville, MD 21773-0245

FSM, Inc.
P. O. Box 1908
Frederick, MD 21702-0908

FW Fleet Clean LLC
P. O. Box 25568
New York, NY 10087-5568

Gardner Road Associates, LLC
12150 TAC Court
Manassas, VA 20109-7902

General Motors Financial Company, Inc.
801 Cherry St, Suite 3500
Fort Worth, TX 76102-6854

Geo-Technology Associates, Inc.
3445-A Box Hill Corporate Center Drive
Abingdon, MD 21009-1223

Global Green Recycling LLC
5900 Sheriff Road
Capitol Heights, MD 20743-6300

GMC Contractors, Inc.
8213 Jumpers Hole Road, Suite 101
Millersville, MD 21108-1267

Griffith Energy Job Site and
Griffith Energy Yard
Griffith Energy Services, Inc.
6996 Columbia Gateway Dr.
Columbia, MD 21046-3303

H. Frank Foland & Son, Inc.
1525 Tilco Drive Unit C
Frederick, MD 21704-6715

Hale Trailer
P. O. Box 1400
Voorhees, NJ 08043-7400

Harrison Greene III
107 Thomas Street
Bel Air, MD 21014-3648

Heather K. Yeung
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, MD 21044-3534

Heavy Construction
Systems Specialists
13151 W. Airport Blvd.
Sugar Land, TX 77478-6161

Heidelberg Materials US, Inc.
300 E John Carpenter Freeway
Irving, TX 75062-2727

Hilltop Signs & Graphics
43935 Commerce Ave
Building A, Unit 3 & 4
Hollywood, MD 20636-3160

Home Land Labs
1220 E Joppa Rd #C505
Towson, MD 21286-5811

INTEGRIS LLC
P. O. Box 674539
Dallas, TX 75267-4539

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

International Cover Systems
352 Earls Road
Middle River, MD 21220-1613

Intyllus Advisors, LLC
6021 University Blvd, Suite 470
Ellicott City, MD 21043-6100

Inwood Quarry
P. O. Box 65
Inwood, WV 25428-0065

Iron Sheepdog Inc.
P. O. Box 541056 Dept 99
Atlanta, GA 30353-4056

J&B Fabricators, LLC
28685 Earth Lite Rd.
Wye Mills, MD 21679-2024

James River Equipment Virginia, LLC
c/o Croessmann & Westberg, P.C.
8000 Towers Crescent Drive, Suite 1575
Vienna, VA 22182-6240

James River Equipment
P. O. Box 745475
Atlanta, GA 30374-5475

Jesco Equipment Company Inc
1260 Centennial Ave
Piscataway, NJ 08854-4332

JESCO, Inc.
McElroy, Deutsch, Mulvaney & Carpenter
Attn: Jeffrey Bernstein, Esq.
1300 Mount Kemble Ave
Morristown, NJ 07960-8000

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
700 Kansas Lane LA4 5599
Monroe, LA 71203-4774

Kelley's Trucking
11419 Eastern Avenue
Baltimore, MD 21220-1601

Kinsley Construction, LLC
1110 E. Princess Street
York, PA 17403-2520

Kinsley Construction
P. O. Box 2886
York, PA 17405-2886

L/B Water Service, Inc.
593 South High Street
Selinsgrove, PA 17870-1311

Landscape Supply, Inc.
2501 Oak Lake Blvd
Midlothian, VA 23112-3988

Lane Enterprises, LLC
275 Grandview Avenue Suite 300
Camp Hill, PA 17011-1742

Level Land Inc.
P. O. Box 100
Lisbon, MD 21765-0100

Linear Surveys Inc.
42120 St. Andrews Church Road
Leonardtown, MD 20650-4003

Long Fence Company Inc.
215 Washington Avenue, Suite 402
Towson, MD 21204-4752

Long Fence Company, Inc.
8545 Edgeworth Drive
Capitol Heights, MD 20743-3790

Luna Concrete, Inc.
11011 Lanham Severn Road
Glen Dale, MD 20769-9527

M&T Bank
P. O. Box 1508
Buffalo, NY 14240-1508

M2 Equipment Finance
20800 Swenson Drive, Suite 475
Waterford, WI 53185

MADE Design & Build
4780 Old Adelina Road
Prince Frederick, MD 20678-5774

Maine Drilling & Blasting, Inc.
542 Brunswick Avenue
P. O. Box 1140
Gardiner, ME 04345-1140

Martin Marietta
P. O. Box 30013
Raleigh, NC 27622-0013

Martin Safety Solutions, LLC
7882 Brighton Court
Pasadena, MD 21122-6362

Maryland Newsletters
P. O. Box 1358
Olney, MD 20830-1358

Matthew G. Brushwood
2755 Century Blvd.
Wyomissing, PA 19610-3346

Mega Tap, Inc.
P. O. Box 301
Myersville, MD 21773-0301

Mid Atlantic Deck & Fence Co
800 Route 3 South
Gambrills, MD 21054-1621

Mid-Atlantic Waste
THC Enterprises, Inc.
P. O. Box 735343
Chicago, IL 60673-5343

Minority Environmental Solutions and Services, LLC
1575 Postal Rd Unit 147
Chester, MD 21619-7507

Mintek Resources, Inc.
P. O. Box 715090
Cincinnati, OH 45271-5090

Morris & Ritchie Associates, Inc.
3445-A Box Hill Corporate Center Drive
Abingdon, MD 21009-1223

Morris & Ritchie
CSC-Lawyers Incorporating Service Comp
7 St. Paul Street Suite 820
Baltimore, MD 21202-1681

MRB Enterprise Inc.
5727 Indian Court
Alexandria, VA 22303-2607

Mulford Industrial LLC
171 Skipjack Road
Prince Frederick, MD 20678-3479

Mullen's Markings
16177 Marathon Drive
Culpeper, VA 22701-2559

Muller Erosion Site Services, Inc
1910 Association Drive
Reston, VA 20191-1502

Muller, Inc.
1910 Association Drive
Reston, VA 20191-1570

Office of Attorney General
200 St. Paul Place
Baltimore, MD 21202-5994

Piney Reclamation
12065 Forgotten Farm Place
Waldorf, MD 20602-2967

Pioneer Paving LLC
1675 Dennings Road
New Windsor, MD 21776-8515

Piping & Corrosion Specialties, Inc.
c/o Rick M. Grams, Esquire
McNees Wallace & Nurick LLC
600 Washington Avenue, Suite 104
Towson, MD 21204-1303

Piping & Corrosion Specialties
8371 Jumpers Hole Rd
Millersville, MD 21108-1255

Pirtek
9213 Hampton Overlook
Capitol Heights, MD 20743-3851

Pitney Bowes Purchase Power
10 Dan Road, Dock #2
Canton, MA 02021-2809

Poolesville Auto Body
19920 Fisher Avenue
Poolesville, MD 20837-2077

PPC Lubricants
CSC-Lawyers Incorporating Service Comp
7 ST. Paul Street Suite 820
Baltimore, MD 21202-1681

Principal Dental
Principal Life Insurance Company
P. O. Box 77202
Minneapolis, MN 55480-7200

Priority Construction Corp.
1315 W. Hamburg Street
Baltimore, MD 21230-1914

Randall-Reilly LLC
d/b/a Fusable
P. O. Box 2029
Tuscaloosa, AL 35403

Renard Lakes Holding, LLC
Gallagher Elden Law
1906 Towne Centre Blvd. Ste 265
Annapolis, MD 21401-3736

Rinker Materials
P. O. Box 936217
Atlanta, GA 31193-6217

Robert F. Beall & Sons Inc.
8795 Veterans Highway
Millersville, MD 21108-2098

Roche Brothers, Inc.
5304 Kings Ct
Frederick, MD 21703-6981

Rocket Capital Management, LLC
319 Barry Avenue
Wayzata, MN 55391-4123

Rocket Capital NY LLC
1250 E Hallandale Beach Boulevard, Suite 505
Hallandale, FL 33009-4635

Rocket Capital NY LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666-1713

Rose Financial Group, LLC
6602 East 75th Street, Suite 200
Indianapolis, IN 46250-2867

Rotondo Environmental Solution
2560 Huntington Avenue, Suite 303
Alexandria, VA 22303-1448

Roy's Quality Car Care
400 S Cannon Avenue
Hagerstown, MD 21740-5729

Ruhlman Bros., Inc.
65 Musselman Road
Hanover, PA 17331-9500

Sage Const. & Real Estate Form
P. O. Box 230578
Portland, OR 97281-0578

Securities & Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Rd. NE Suite 900
Atlanta, GA 30326-1382

Segmental Wall Specialists
4641 Sudley Road
Catharpin, VA 20143-1229

Service Tire Truck Centers,Inc
2255 Avenue A
Bethlehem, PA 18017-2107

Sitech Chesapeake, LLC
12011 Guilford Road, Suite 109
Annapolis Junction, MD 20701-1004

Southern Maryland Electric Cooperative
Inc SMECO
P. O. Box 1937
Hughesville, MD 20637-1937

Southern MD Hydraulics, Inc.
18-G Irongate Drive
Waldorf, MD 20602-2755

St. John Properties, Inc.
c/o M&T Bank
Box 62707, 1800 Washington Blvd
Baltimore, MD 21264-2707

Start Safety, LLC.
14930 Main St.
Upper Marlboro, MD 20772-3143

Strittmatter Materials
Renard Lakes Holdings, LLC
9102 Owens Drive
Manassas Park, VA 20111-4803

Stuart M Perry Inc.
117 Limestone Lane
Winchester, VA 22602-2272

Sun Recycling
6305 Ivy Lane #520
Greenbelt, MD 20770-6318

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223-2213

Sunbelt Rentals
P. O. Box 409211
Atlanta, GA 30384-9211

T&T Sweeping & Port-O-Let Serv
P. O. Box 70
Clements, MD 20624-0070

Taylor Oil Company
77 Second Street
P. O. Box 974
Somerville, NJ 08876-0974

The Rigging Box Inc
8184 Newington Rd
Lorton, VA 22079-1130

Three Mules Welding Supply
28827 Three Notch Rd.
Mechanicsville, MD 20659-3204

Timmons Group, Inc.
1001 Boulders Pkwy, Suite 300
Richmond, VA 23225-5512

Topcon Solutions
P. O. Box 412798
Boston, MA 02241-2798

Travelers Insurance
One Tower Square
Hartford, CT 06183-0002

True Line Coring and Cutting Of Maryland
1510 Aspen Street
Baltimore, MD 21226-1601

UBEO, LLC
P. O. Box 791790
Baltimore, MD 21279-1790

Ultra Towing & Transport
3340 Leonardtown Road
Waldorf, MD 20601-3623

United Rentals, Inc.
P. O. Box 100711
Atlanta, GA 30384-0711

US Attorney's Office for the District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, MD 21201-3020

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Verizon Connect
P. O. Box 844183
Los Angeles, CA 90084-4183

Verizon Wireless
P. O. Box 25505
Lehigh, PA 18002-5505

Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, NC 27409-9407

Wagner Falconer & Judd, Ltd.
100 South Fifth Street, Suite 800
Minneapolis, MN 55402-5357

WB Waste Solutions
1701 Olive Street
Capital Heights, MD 20743-6705

WeCare Denali
P. O. Box 746463
Atlanta, GA 30374-6463

WEX Bank
Attn: Legal / Bankruptcy
1 Hancock Street
Portland, ME 04101-4217

White Glove Drug
Alcohol Testing, Inc.
537 Ritchie Highway Suite 2E
Severna Park, MD 21146-2930

William Angle Young III
201 N Washington Highway, Suite 205
Ashland, VA 23005-1643

Williams Scotsman
Attn: Bankruptcy
901 S Bond Street, Suite 600
Baltimore, MD 21231-3348

WL Construction & Paving Inc
P. O. Box 339
Stephenson, VA 22656-0339

Yellow Iron Parts & Srvc, LLC
4305 Jericho Road
Ruther Glen, VA 22546-2140

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

Lewis I. Askew, Esquie
Tiber Hudson LLC
601 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004

Shawn Doil, Esquire
John Giffune, Esquire
Nathaniel R Hull, Esquire
Verill Dana, LLP
1 Portland Square, Floor 10
Portland, Maine 04101

Patricia McArdle, Esquire
3811 Turtle Creek Boulevard, Suite 1725
Dallas, Texas 75219

Nicholas Smargiassi, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 230
Wilmington, Delaware 19801

**The following parties received CM/ECF notice of the filing:**

- Nathan D. Adler - nda@nqgrg.com, terry@nqgrg.com
- Brian E. Barkley - bbarkley@barkenlaw.com
- Jodie E. Bekman - jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Garrett E. Brierley - brierley@councilbaradel.com
- Eugene A Burcher - eaburcher@thelandlawyers.com
- Jill D. Caravaggio - jill@jill-lawoffice.net, paralegal@jill-lawoffice.net
- Aaron L. Casagrande - Aaron.casagrande@Icemiller.com
- Richard L. Costella - rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- Andrea Campbell Davison - ADavison@beankinney.com, dadragna@beankinney.com
- Marguerite Lee DeVoll - mdevoll@watttieder.com, mlindau@watttieder.com
- Emily Devan - edevan@milesstockbridge.com
- Jessica Lynne Duvall - jduvall@levingann.com, ltress@levingann.com
- Mark Edelson - medelson@silvermanthompson.com, dlawal@mdattorney.com
- John Tucker Farnum - jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- Justin Philip Fasano - jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona - ashley.fellona@saul.com, janice.mast@saul.com
- John David Folds - dfolds@bakerdonelson.com, sparson@bakerdonelson.com
- James Durling Fullerton - jfullerton@fullertonlaw.com
- Stanford G. Gann - sgannjr@levingann.com
- Stephen B. Gerald - sgerald@tydings.com
- Richard Marc Goldberg - rmg@shapirosher.com, ejd@shapirosher.com
- Chaitanya Gopal - cgopal@raslg.com
- Jonathan A. Grasso - trustee@yvslaw.com, MD73@ecfcbis.com; vmichaelides@yvslaw.com
- Shawn Haught - shaught@wardcolaw.com
- Alan C. Hochheiser - ahochheiser@mauricewutscher.com
- Kevin G. Hroblak - kevin.hroblak@icemiller.com, madelin.hill@icemiller.com
- Darnell E. Ingram - darnell@deingram.com
- Michael Kalish - mkalish@thelandlawyers.com, eaburcher@thelandlawyers.com;mandrews@thelandlawyers.com
- Shanna Kaminski - skaminski@kaminskilawpllc.com
- Emmit F Kellar - ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
- Nicole C. Kenworthy - bdept@mrrlaw.net
- Michael J Klima - Jklima@kpdlawgroup.com
- Jennifer Larkin Kneeland - jkneeland@watttieder.com, mlindau@watttieder.com
- Michael J. Levin - mlevin@silvermanthompson.com
- James McNally - jmcnally@cohenseglias.com, ddefoor@cohenseglias.com
- Courtney L. Morgan - courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Pierce C Murphy - pmurphy@mdattorney.com, efiling@silvermanthompson.com
- Andrew Justin Narod - anarod@bradley.com, tlynch@bradley.com
- Craig Palik - cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Brandy Michelle Rapp - brapp@whitefordlaw.com
- Eli Robbins - erobbins@harrisonlawgroup.com, swilson@harrisonlawgroup.com
- Scott R. Robinson - scottr@hrdlawyers.com, darcyf@hrdlawyers.com
- Joel Ruderman - jruderman@watttieder.com
- Marc E. Shach - mes@cooncolelaw.com, mes@cooncolelaw.com; ccc@cooncolelaw.com; dhc@cooncolelaw.com; zjac@cooncolelaw.com; cmh@cooncolelaw.com;grg@cooncolelaw.com;abh@cooncolelaw.com
- Dennis J. Shaffer - dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Robert G. Shuster - rob@shusterlaw.com, courts@shusterlaw.com
- Howard S. Stevens - hstevens@pascalestevens.com
- Lisa Yonka Stevens - lstevens@milesstockbridge.com
- Andrew C. Stone - astone@andrewstonelaw.com, r43012@notify.bestcase.com
- Brent C. Strickland - bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Paul Sweeney - psweeney@yvslaw.com, jbeckman@yvslaw.com; pgomez@yvslaw.com; cadams@yvslaw.com; sweeneypr39990@notify.bestcase.com;r39990@notify.bestcase.com;vmichaelides@yvslaw.com
- US Trustee - Greenbelt - USTPRegion04.GB.ECF@USDOJ.GOV
- Jill C Walters - jwalters@bakerdonelson.com
- Megan Young - myoung@tydings.com

# EXHIBIT A

| EQ# | Item# | Description | Model | Serial Number | Scheduled Value |
|---|---|---|---|---|---|
| AC-002 | 1 | 2022 Doosan 185WDO-T4F Air Com | 185WDO-T4F | 504600ULAFH88 | $ 24,900.00 |
| AC-003 | 2 | 2022 Doosan 185WDO-T4F Air Com | 185WDO-T4F | | $ 24,900.00 |
| DS-001 | 4 | Rome Disc 10TACW-188 | 10TACW-188 | 10TACW-188 | $ 18,000.00 |
| GE-N01 | 45 | Pull behind generator | | M15000170A | $ 12,000.00 |
| ME-004 | 59 | 2015 Hitachi Compact Excavator | ZX60U5 | HCMAFC60T00286025 | $ 53,000.00 |
| RL-010 | 86 | 2019 Hamm Smooth Dirt Roller | H7i | H222-2401 | $ 98,900.00 |
| RL-014 | 90 | CAT CP563E | CP563E | CATCP563HCNT00421 | $ 47,200.00 |
| SL-013 | 92 | 2019 John Deere Skid Loader | | 1T0318GJKJJ340900 | $ 71,300.00 |
| ST-001 | 98 | Osh Kosh Soil Cement Truck | | 10TCDAC325S084486 | $ 189,000.00 |
| TR-001 | 102 | 33in Trench Roller | | | $ 6,000.00 |
| TR-002 | 103 | Wacker roller | | 9568 | $ 8,000.00 |
| TR-004 | 104 | 2015 3 Wacker Trench Rollers | RTX-82SC2 | 20187029/20184680 | $ 92,250.00 |
| TR-006 | 105 | Wacker roller | | 20184042 | $ 10,000.00 |
| TR-007 | 106 | 2014 Wacker Trench Roller | RT82-SCII | 20261477 | $ 19,000.00 |
| TR-008 | 107 | 2014 Wacker Trench Roller | RT82-SCII | 20261475 | $ 20,000.00 |
| TR-009 | 108 | 2016 Wacker Neuson Trench Roller | RT82-SCIII | 20287929 | $ 20,000.00 |
| TR-010 | 109 | 2016 Wacker Neuson Trench Roller | RT82-SCIII | 20290279 | $ 20,000.00 |
| TR-L23 | 113 | 2013 Hydro Trailer Pressure Washer | T2500E-SS35005 | 1H9BSS188D1120625 | $ 8,500.00 |
| WP-001 | 114 | Gorman 6 inch Pump | | 1301832 | $ 15,000.00 |
| | 115 | 2013 Ford Eagle Pro/2359 Crane | F750 | 3FRXF7FLXDV791015 | $ 150,000.00 |
| | 125 | 2020 CAT Excavator w/HYD Thumb | 320GC | CAT00320KLKS00125 | $ 133,000.00 |
| | | | | | $ 1,040,950.00 |